The Honorable Madeline Hughes Haikala
Judge - U. S. District Court
100 Holmes Street NE
Huntsville, AL 35801

Re: Hereford v. Huntsville Board of Education
Friend-of-the-Court submission - in support of the U. S. Justice Department

Dear Judge Haikala:

I write now to submit letters for you to consider during your deliberations of the newly proposed rezoning of the Huntsville school systems. I request that you stay your judgment until the U. S. Department of Justice has had an opportunity to investigate its conclusion that the Huntsville Board of Education has helped to resegregate the city.

I maintain now and have maintained for years that the resegregation of Huntsville is not the product of "market forces" or happenstance. It is the result of actions and inactions by various secretive city agencies. The attached letters will show how this resegregation was accomplished, even in the face of protest by me and others. We warned against these developments for decades. These letters will also show how our warnings were ignored by Huntsville officials.

I propose that your judgment be stayed until the U. S. Department of Justice can investigate further the assertions that I make in these letters. The corroborating evidence is in the files of the Huntsville Housing Authority, the Huntsville-Madison County Hospital Authority, the Huntsville Board of Education, Habitat for Humanity and other city agencies.

If you need other information or support, please let me know at the above address or by email

I will forward this "friend-of-the-court" submission to the various parties: the U. S. Department of Justice, the Huntsville Board of Education and the NAACP Legal Defense Fund.

Yours truly,

*Michael David Smith*

Michael David Smith

(enclosed: three letters-to-the-editor)