Judge Madeline Hughes Haikala
United States District Judge of
The United States Court for
The Northern District of Alabama

Dear Judge Haikala,

This letter serves as a request that the Defendant (Huntsville City Schools) motion not be approved due to the Defendant purposely leaving the Northwest Huntsville community out of the planning process of newly submitted zone lines which will further segregate African-American students. The Defendant has instituted policies that affect the Northwest Huntsville community without community input.

The zoning line plan submitted by Defendant will further segregate the Northwest Huntsville community by combining four predominately African-American failing schools onto one campus which is .06 miles from an active rock quarry (environmental air quality is a health concern).

Students in the Northwest Huntsville community do not have the array of advanced courses and science/technology programs available at schools identifiable as white. All Teachers including Teach for America should be certified to teach in their content area.

Marian Wright Edelman said 'If we don't stand up for children, then we don't stand for much.' Ensuring fair and equitable treatment for students of Northwest Huntsville regardless of race, ethnicity, family economic, or zip code is my desire for the Huntsville City School system.

Very Respectfully,

B   Fant-Thompson