UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SONNIE WELLINGTON HEREFORD, et al.,** | } } } |
| Plaintiffs, | } } |
| v. | } } Case No.: 5:63-cv-00109-MHH |
| **UNITED STATES,** | } } |
| Intervenor Plaintiff, | } } |
| v. | } } |
| **HUNTSVILLE BOARD OF EDUCATION, et al.,** | } } } |
| Defendants. | } |

## NOTICE OF NON-PARTY SUBMISSIONS

Consistent with the Court's April 10, 2014 order (*see* Doc. 304), the Clerk files the attached non-party submissions:

(1)   Letter dated April 23, 2014 from a group identified as Concerned Citizens of Greater Huntsville.[1]   Attached to the letter are 79 signature pages containing approximately 1,350 signatures.  The Court is reviewing the signature pages to determine whether there are duplicate names on the pages.  As soon as the

---

[1] In the signature line of the letter, the group refers to itself as The Concerned Citizens for North Huntsville.

Court has confirmed the number of non-duplicate signatures on the letter, it will place that information in the record.[2]

 (2) Letter dated April 29, 2014 from A. Kvach;

 (3) Letter dated April 30, 2014 from P. H. King; and

 (4) Letter dated April 30, 2014 from the Executive Board of the Huntsville Council of PTAs submitted by E. A. Ferrell.

All personal street addresses, email addresses and telephone numbers are redacted from the attached submissions for the electronic record.

The Court also notifies the parties that Reginald J. Hill, II emailed a letter to the Court on May 1, 2014. Mr. Hill states that he is the founder of and an instructor for "Success 4 the Future" Charity Foundation 4 Kids Ages 3-18. Mr. Hill also indicates that he seeking election to the United States House of Representatives. The Court has reviewed Mr. Hill's letter; however, the Court will not publish his letter in the electronic record because the Court may not serve as a platform for a Congressional candidate. Mr. Hill's letter is available for review in the Court's file in the Clerk's Office.

---

[2] The signatures pages attached to the letter contain personal identifying information such as street addresses and email addresses. Consequently, the Court is not placing the signature pages in the electronic record because the pages would consist almost entirely of redactions. The individuals who signed the signature pages are from Huntsville and surrounding areas, including Meridianville, Madison, Hazel Green, Toney, New Market, and Harvest. There is at least one signature from an individual who provided a Flintville, Tennessee address. As with the other letters that the Court has received, the original signature pages of the Concerned Citizens letter are available for review in the Court's file in the Clerk's Office.

**DONE** and **ORDERED** this 6th day of May, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE