DATE:   April 23, 2014

TO:   Honorable Madeline Hughes Haikala, Judge
      United States District Court for
      the Northern District of Alabama
      Hugo L. Black United States Courthouse
      1729 Fifth Ave. N., Room 319
      Birmingham, Alabama

FROM:   Concerned Citizens of Greater Huntsville

We, the citizens of Greater Huntsville, Alabama, are submitting this petition in support of our community and religious leaders in their attempts to defend the rights of all children to have an equal opportunity for education.

We support their efforts to voice our sentiments to the courts of the past and present inequities that exist in Huntsville City Schools. Like them, we join the Department of Justice and the United States of America in their opinion to the court, which delineates a plan that we believe is in the best interest to achieve quality education for all children.

We support the objectives that facilitate much needed improvements in the areas of instruction, curriculum, and district-wide racial composition reflecting the surrounding community in which we reside.

We are desirous of efforts to rid the stigma of a court ordered decree that labels our school system as racially segregated with continued vestiges of an antiquated past. However, to alleviate those appearances of former times, it is imperative that all leaders begin to honestly identify, and work toward, the elimination and remediation of past transgressions.

In many ways, in spite of benefiting from infinite prosperity from the coffers of Federal appropriations, Huntsville-Madison County has escaped its obligation to execute socioeconomic parity to its black citizens and their community.

We sign this petition, pleading to the court, while praying that our children's education not be sacrificed.


Respectfully submitted,
The Concerned Citizens for North Huntsville