# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| SONNIE WELLINGTON HEREFORD, IV., et al., | ) |
| Plaintiffs, | ) |
| AND | ) 5:63-cv-00109-MHH |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| HUNTSVILLE BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF SUPPLEMENTAL BRIEF FOR THE DISTRICT'S MOTION FOR APPROVAL OF THE DISTRICT'S STUDENT ASSIGNMENT PLAN

COMES NOW, Defendants, Huntsville Board of Education (Hereinafter referred to as "Huntsville") and submits the following Evidentiary Submission Supporting the Supplemental Brief in Support of the District's Motion for Approval of the District's Student Assignment Plan:

EXHIBIT 1:   Deposition transcript of Casey Wardynski taken on May 1, 2014 with attached Government Exhibits 1-7

EXHIBIT 2:   Deposition transcript of Tracy Richter taken on April 30, 2014 with attached Government Exhibits 1-4, 4A, 5A, 7, and 10-12.

EXHIBIT 3:   Deposition transcript of Edith Pickens taken on April 29, 2014 with attached Government Exhibits 1-3, 3A and 4.

EXHIBIT 4:   Deposition transcript of Matthew Cropper taken on May 2, 1014 with attached Defendant's Exhibits 1-8.

EXHIBIT 5:   Plaintiff-Intervenor's Response to Defendants' Discovery Requests.

EXHIBIT 6:   DVD containing videos that depict bus travel up and down Bankhead Parkway and bus travel on Governors Drive from Huntsville Middle School to Monte Sano and Governors Drive from Monte Sano to Huntsville Middle School.

EXHIBIT 7:   2012-2013 Lee High School Magnet Program Enrollment.

RESPECTFULLY SUBMITTED this 16 May 2014.

          s/ J. R. Brooks
J. R. Brooks
Maree F. Sneed
Christopher M. Pape

Attorneys for Defendants

OF COUNSEL
LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
Huntsville, AL 35804
Phone: 256-535-1100
Fax: 256-533-9322

MAREE SNEED
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202-637-5600
Fax: 202-637-5910

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for the parties in this case:

Norman Chachkin, nchachkin@hvc.rr.com

Shaheena Simons, Shaheena.Simons@usdoj.gov

Sarah Hinger, SARAH.HINGER@usdoj.gov

Andrea Hamilton, ANDREA.HAMILTON@usdoj.gov

Praveen Krishna, Praveen.krishna@usdoj.gov

Kelly Gardner, Kelly.gardner@usdoj.gov


                                          /s/ J. R. Brooks
                                          J. R. Brooks