7 June 2014

The Honorable Madeline Hughes Haikala
United State District Court
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Dear Judge Haikala:

My wife and I care deeply about the education of our three children. We are committed to public education and dedicate our energy, time, and resources to our schools as they strive to create environments that will prepare our children for society.

Eighteen months ago, we relocated to Huntsville, having lived overseas for several years. Choosing a school district for our children was the primary motivating factor on where to live in Madison County. We interviewed teachers, spoke with friends and family, reviewed published material, and after much consideration, made a decision to live in the Huntsville High/Huntsville Middle/Monte Sano School district. *Let me assure you this decision was not taken lightly.*

Over the last few weeks, it has become clear to us that under the Department of Justice's proposal, the school district we selected for our family would change dramatically. Moreover, it is disturbingly clear that the background research used to support the DOJ proposal did not reflect local requirements. The DOJ did not take into account limitations to specific local roads proposed as bus routes, and failed to understand demographics of the Huntsville area. Oversights such as these do not provide confidence that the DOJ understands the situation and strongly suggest that the DOJ recommendations are not the best for my family and for Huntsville Schools.

On the contrary, the Huntsville City Schools and Superintendent Wardynski have a proposal that will help not only my family, but all children enrolled in HCS. HCS have done an admirable job of due diligence research and have the best proposal to ensure that all children have an equal opportunity to pursue excellence. The HCS proposal has given consideration to aspects such as demographics, increasing diversity, and best use of funding, with the overall objective of improving the schools as a whole.

I strongly urge you to support the HCS plan, as it is the best plan for my family, my community and all the people of Huntsville.

Respectfully yours,

William A. Stanley