Genevieve S. Crook

June 9, 2014

The Honorable Madeline Hughes Haikala
United State District Court
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Dear Judge Haikala:

I feel that the Department of Justice school rezoning plan is not the best one for the people of Huntsville, Alabama. I would like to specifically address travel safety issues surrounding the Monte Sano/Chapman/Lee feeder pattern.

At least ten minutes will be added to the middle and high school commute for the Monte Sano School zone. In particular, the Dug Hill community must drive over and then <u>around</u> the mountain to reach both Chapman and Lee schools. They will have to drive through the already congested Huntsville Middle School area to reach Chapman and Lee.

There is an alternate route down the mountain for the Monte Sano community to the Chapman and Lee communities. But school traffic on this road instills genuine fear in all of us. On November 19, 1968, a school bus accident on this road killed one child [1]. Family members of the child that was lost that day still live in the mountain neighborhood. The memory of that accident will never leave us. This alternate route is also a recreational road to Monte Sano State Park. Many bicyclists ride this beautiful road for their morning workout. School traffic would most certainly <u>not</u> be welcomed by that segment of our population which comes from all areas of the city.

The point I wish to make is that a school rezoning plan is best done by local school officials and communities. An outside entity such as a consultant to the Department of Justice might not understand all the issues at stake. Even something as simple as "the lay of the land" isn't easily discernable from a "flat map" and yet poses serious consequences. I support the Huntsville City Schools rezoning plan which reflects exhaustive study, discussions, and consideration of all the local factors involved.

Thank you very much for the time and effort that you are devoting to this issue.

Sincerely,

*Genevieve Crook*

Genevieve Crook


(1)  <u>The Huntsville Times</u>, November 19, 1968, Pages 1 and 3