January 27, 2015

Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

RE: Hereford, et. al., vs. Huntsville Board of Education.

Dear Judge Haikala,

I wrote a letter to you on June 16, 2014 (attached) regarding the HCS proposal vs. the DOJ proposal which I stated that I hoped you could support the HCS proposal and now I am writing again in somewhat of support of the new joint proposal **minus one aspect**. I do not believe it makes sense to allow the neighborhood of upper Blossomwood to be moved UP the mountain to Monte Sano rather than back down to Blossomwood where they are currently zoned. There were lots of arguments back and forth in the summer regarding the safety of moving the Monte Sano children DOWN the back side of Monte Sano to Chapman which in this current proposal, they stay at Monte Sano. Now you are asking a small sliver of Blossomwood to go UP the mountain to school. Again, **safety is an issue** which was not addressed. I have driven that route for many years and coming off Parkhill to Governors Drive is a nightmare in the mornings and afternoon. In questionable weather conditions, it is much easier to drive DOWN to Blossomwood than to go UP to Monte Sano. The distance from my house to Monte Sano is 3.4 miles and down to Blossomwood, the distance is 1.4. I don't know how the Governors Bend neighborhood will get out against the traffic to travel to the new school. As it stands now, we travel down Big Cove Road to Blossomwood; the distance is about the same. As the new proposal states, you are asking us to go against traffic everyday as opposed to driving down with the traffic. Come and sit at the entrance out of this area and you will see what daily hurdles we face if the new proposal goes into effect.

Now, if the moving of the lines is due to small numbers currently at Monte Sano and this proposal hopes to accomplish the increasing of enrollment, the research was not adequately conducted in looking at how many children of the families of this neighborhood have children that will fill Monte Sano Elementary. We bought in this neighborhood for our kids to grow up in the neighborhood and go to Blossomwood with their friends. With the current proposal, you are dividing the neighborhood so that your across the street neighbor, carpool rider and best friend will go to a different school.

Keep the sliver of upper Blossomwood zoned as it is to Blossomwood---Don't divide it in half. Governors Drive is a logical cutoff. Please revise this zone line to re-include this sliver to Blossomwood from Governors Drive and over. The filling of a school should not jeopardize the safety of our students…Safety was not considered and should be.

Sincerely,


Beth Moore
2308 Big Cove Road
Huntsville, Alabama 35801
256.603.1236