June 16, 2014

Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

RE: Hereford, et. al., vs. Huntsville Board of Education.

Dear Judge Haikala,

I have been following the above referenced case and am disturbed at what is being portrayed as possible consequences of the case.

I am a parent of three children that attended public school in the Huntsville City School District since 1991, all graduated (Classes of '04, '07, '14) and very successful. However, the problems that I see arising are concerning to say the least. My children were products of Blossomwood, Huntsville Middle and Huntsville High. We had children of all backgrounds at all of those schools and it worked quite well and my children were better for it. What is not working well is the overcrowding, the children that are being transferred in that cause trouble and disruptions. The submitted DOJ plan does just that.

The plan submitted by the HCS will serve the WHOLE community well. What is not going to work is all the transferring, moving around to schools that are not near their homes which will include long bus rides, lack of parental involvement, and lack of student involvement or pride. Studies show that smaller schools work, not the crowded ones where discipline problems become numerous and pride for the school is non existent and parental involvement is lacking.

However, and unfortunately, the city has been divided into four (possibly 5) school districts by the press and the DOJ proposal is fueling the fire:
1. South (Grissom area)
2. Middle (Huntsville/Butler area)
3. North (Lee, Johnson)
4. West (Columbia)
5. East (Hampton Cove area—nobody will touch us)

Please reconsider approving the submitted HCS plan vs. the DOJ solution. You are not hearing from the parents of the students against the DOJ solution because their solution is to give up and to pull their students out of a very successful school district and home school or send them to private school. Public education is alive and well in Huntsville and we would like to keep it that way. Our current leaders are doing their best to make the solution acceptable to all (not every detail or circumstance will be perfect) but there is a group that is making it more about race and their agenda than education success. Most of us get it but we are not being heard.

Sincerely,

*Beth Moore*

Beth Moore
2308 Big Cove Road
Huntsville, Alabama 35801
256.603.1236