FILED
2015 Feb-03  PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

January 28. 2015

Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

RE: Hereford, et. al., vs. Huntsville Board of Education.

Dear Judge Haikala,

I expected school zone lines to be re-drawn as part of negotiations and agreements in the
Proposed Consent order in the above stated case. However, I also anticipated that some
redrawing would make changes that are illogical and in need of correction. A case in
point is the proposed new southern boundary of the Blossomwood Elementary School
Zone. (See attachment enclosed)

The re-zoning map shows that part of the south boundary for Blossomwood Elementary
School follows Governors Drive, a major four lane U.S. highway. This is a logical divide
because children on the south side will not typically cross major highways to interact
with children on the north side. However, the south boundary arbitrarily jumps from
Governors Drive, across a residential property in Blossomwood to Big Cove Road. That
line continues straight up Big Cove Road separating homes that are in the same
neighborhood and that share the same street. The result is that one side will attend
Blossomwood and one side will attend Monte Sano. This action will prevent children
who live in the same neighborhood, on the same street; from developing early friendships
in elementary school for 7+ years because they will go their separate ways with separate
schools, separate carpools, separate afterschool activities but live on the same street.

The way in which the south boundary has been drawn adversely impacts 64 homes
organic to the Blossomwood neighborhood forcing them to Monte Sano Elementary.
These houses were developed as part of the Blossomwood neighborhood. This makes no
sense.

During final discussion of the Proposed Consent order and the rezoning of the
Blossomwood Elementary School line, I respectfully ask that you request a change to this
boundary and keep this neighborhood section in the Blossomwood School district. Or at
the very least, make this area a gray area allowing a choice for the homeowner-
Blossomwood Elementary or Monte Sano Elementary.

Thank you,

Dale E. Moore
2308 Big Cove Road
Huntsville, Alabama 35801