FILED
2015 Feb-05 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **SONNIE WELLINGTON HEREFORD, et al.,** | } } } |
| Plaintiffs, | } } |
| v. | } } Case No.: **5:63-cv-00109-MHH** |
| **UNITED STATES,** | } } |
| Intervenor Plaintiff, | } } |
| v. | } } |
| **HUNTSVILLE BOARD OF EDUCATION, et al.,** | } } } |
| Defendants. | } |

## NOTICE OF NON-PARTY SUBMISSION

Consistent with the Court's April 10, 2014 order (*see* Doc. 304), the Clerk files the attached non-party submission.