FILED

Mr. and Mrs. H. Evins Hamm
2205 Georgian Drive
Huntsville, AL 35801
February 1, 2015

The Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

Dear Judge Haikala:

We are writing in regard to the small area between Big Cove Road and Governors Drive that is proposed to be rezoned from Blossomwood Elementary to Monte Sano Elementary. This area begins at the east end of Big Cove Road and includes the south side of Big Cove Road, Georgian Drive, Chippendale Drive, Parkhill Drive, Parkhill Way and Coventry Circle. It is not a part of, nor does it connect to the much newer development of Governors Bend which is farther up the mountain.

This small area has been a part of the Blossomwood School zone since it was developed 50 years ago. Many of the current residents attended Blossomwood or have children and grandchildren enrolled there now. They wish to continue this tradition and their enthusiastic support of this school.

This area contains at most a dozen children of elementary school age with many of them currently attending private school or are home-schooled. It is obvious that this small number of children affected by the current proposal will have little or no effect on the overall enrollment of either Blossomwood or Monte Sano School.

Parkhill Drive is the only road that directly accesses this area to Governors Drive. Transporting students from this area to Monte Sano Elementary will necessitate a left turn at Parkhill Drive onto eastbound Governors Drive, a lengthy and accident-prone drive up a steep and winding portion of Governors Drive to Monte Sano Blvd. and then another lengthy and winding drive on Monte Sano Blvd. to Monte Sano Elementary. The morning traffic on Governors Drive at school opening time is perhaps the busiest and most congested in Huntsville. Traffic often backs up past the Parkhill Drive intersection and this portion of Governors Drive is often the first to become dangerous in bad weather, as is Monte Sano Blvd.

Ironically, it was transportation problems raised by Monte Sano parents, in regard to the earlier plan to feed Monte Sano into Chapman Middle School, that resulted in that being omitted from the present plan.

It is obvious the proposed plan will result in serious transportation problems while having little effect on either school's enrollment. Therefore, we respectfully request that this

zone change be revisited and feel confident that in doing so you will realize the wisdom of keeping this small area in Blossomwood School.

Respectfully yours,

H. Evins Hamm

Jane A. Hamm