February 1, 2015

Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

RE: Hereford, et. al., vs. Huntsville Board of Education.

Dear Judge Haikala,

First, I appreciate all of the time and effort that has been expended for this Proposal. I respectfully ask you to reconsider the proposed rezoning of the upper east side of Blossomwood to Monte Sano. (Please see attached image). I do not understand the cut over from Governors Drive to remove this section from Blossomwood. Major thoroughfares are usually a good dividing line. My son as well as other children will be removed from their friends and school where they grew up. This section was originally developed as "Upper" Blossomwood and it does not make sense to remove it. My home in particular has been zoned Blossomwood since 1967. Kids in this section will be removed from their neighborhood for seven years as there is no direct connection to Monte Sano. Therefore, the cut off section and Monte Sano are not one neighborhood. The children will not be able to meet at the corner and walk to the parks, trails or playgrounds as my previous three children have been able to do.

Turning left in the mornings and afternoons on to a major road to make the trip to Monte Sano will add danger. Kids will certainly not be able to bicycle to school anymore. How will the students rezoned at Governor's Bend to Monte Sano make the daily trip to school? It is not possible to turn left on to Governor's Drive which is required. Is the city planning on adding another traffic signal at this location? That is asking for more wrecks because the freight trucks will have a very difficult time stopping at this location. This will also add traffic to the already congested Governor's Drive. The return trip to our home will be very troublesome in the mornings. We will have to leave our neighborhood to attend elementary school. That is not right and not how elementary schools should be zoned.

This is my fourth child to attend Blossomwood and I would like for him to be able to finish there. I have put many countless hours helping the school, PTA and neighborhood be a great place to live. Now, I feel like the city I grew up in has dismissed us with one swipe of a pen. The 64 affected homes need to stay zoned for Blossomwood. I respectfully ask you to reconsider this rezoning.

Thank you,

Rich Morrow
1902 Coventry Circle
Huntsville, AL 35801