February 2, 2015

Dear Judge Haikala,

After reviewing the proposed consent order, we wanted to raise some concerns regarding the proposed rezoning plan.

We live in a small area between Big Cove Road and Governors Drive, composed of sixty four homes, at the top of Big Cove Road.

The proposed zoning change moves the southern line for Blossomwood Elementary School in this area to Governors Drive, with the single exception that the line takes a very strange detour to Big Cove Road at #1908 and continues up the hill to the end of Big Cove, separating these few homes from the contiguous neighborhood and rezoning them away from Blossomwood Elementary School, about a mile away, to Monte Sano Elementary School, over five miles away.

This change places these homes in an island between Big Cove Road and Governor's Drive. It also would require them to travel daily up Governor's Drive, and then on up the mountain to reach their new school. With one exception, Parkhill, all of the residential streets in this area connect to Big Cove, not Governor's Drive.

This much longer drive is over a route that is generally agreed to be one of the busiest and most dangerous in the state.

In addition to safety concerns, the proposed change would have an adverse effect on this small neighborhood. Children on the north side of Big Cove Road will attend Blossomwood, while the children directly across the street will attend Monte Sano Elementary.

Absent some logical and compelling reason, the line change appears to be arbitrary and unnecessary.

We would suggest that this proposed zoning be adjusted, leaving our tiny sliver of homes in the safer, closer, more logical Blossomwood district.

Sincerely,

Mary Pat and Dennis Riley
2215 Georgian Drive
Huntsville, Alabama 35801
Phone: 256-534-6674