

**Fw: Merrimack Mill Village's School Assignment (Huntsville City Schools)**
02/12/2015 01:22 PM

From:
To:
Sent by:

History:           This message has been forwarded.

From:         "Clarke & Tori Moore"
To:
Date:         02/12/2015 12:54 PM
Subject:      Fw: Merrimack Mill Village's School Assignment (Huntsville City Schools)

Your Honor,

Please, include my email in the court record.

Thank you for your careful deliberation and ruling,
Tori Moore

**From:** Clarke & Tori Moore
**Sent:** Monday, February 09, 2015 4:41 PM
**To:**
**Subject:** Merrimack Mill Village's School Assignment

I would like to respectfully request that Superintendent Wardynski, the Huntsville City School Board and the US Department of Justice carefully reconsider the assignment of the historical Huntsville neighborhood of Merrimack Mill Village to Ridgecrest Elementary, Westlawn Middle, and Columbia High Schools.

Merrimack Mill Village Historic District is listed on the National Register of Historic Places. A map of the National Historic District can be accessed at the following web address:
http://huntsvillehistorycollection.org/hh/index.php?title=Find:_Merrimack_Mill_Village_Map

The Village, as the neighborhood is affectionately called, is home to 269 dwellings, 90% of which are considered by the National Register to be historically contributing. Construction of these historical homes began in 1900 for employees of the mill which was located on the Triana Boulevard land now occupied by the city soccer fields. The mill residences were built from yellow poplar cut down from land now owned by Redstone Arsenal. The neighborhood

layout is nearly identical to that of Merrimack Mill Village in Lowell, Massachusetts, home to the first Merrimack Manufacturing Company's textile mill.

The homes of Huntsville's Merrimack Mill Village, "...are representative of the common southern mill village building types as identified in Christopher ver Planck's study of textile mill architecture for the Historic American Buildings Survey. Included are examples of Type A, B, M, and J mill houses. There is also an abundance of Type L duplexes that are otherwise found almost exclusively in New England. In addition, the village contains fifteen I-Houses, three American Foursquare houses, one 1920s commercial building (Inv. #259), a 1936 church (Inv. #255), a 1951 church (Inv. #253), and one Colonial Revival highly stylized house (Inv. # 250). There are also two common styles not identified by ver Planck including a bungalow-style duplex with a shed roof and many privy/bathrooms remain that were installed in the rear yards of workers' houses." (Merrimack Mill Historic District National Register Nomination, 2 June, 2009. http://www.shphistoric.com/page8/files/Merrimack%20Mill%20Vill%20NR.pdf)

In 1949 following a change in mill ownership, these homes were offered for purchase to the mill's residents. Though the mill operations ceased in 1989, and the mill was razed in 1992, the residential neighborhood's decline into disrepair began years earlier.

Huntsville's other historic neighborhoods have recovered from their declines and now host walking tours and attract out of town visitors to Huntsville. Twickenham and Old Town Historic Districts began revitalization efforts in the 1970's, and Five Points Historic District followed in the 1980's and beyond. Merrimack's preservation and revitalization efforts began much more recently. In 2006 Merrimack Mill Village Organization was formed, and in 2007 the social center of the original mill neighborhood reopened its doors as Merrimack Hall Performing Arts Center. These two developments kick-started a wave of restoration efforts, and many young couples began moving to the Village in 2008.

My husband and I were one of those couples. We've observed a small renaissance in Merrimack since our home purchase in June of that year. We are grateful for the city's support as we transition into a destination neighborhood for tourists and local and newcomer home buyers to Huntsville. For Merrimack's renaissance to continue, I ask that the city government, please, remember their commitment to support our efforts to keep our neighborhood moving in the right direction. Our successful revitalization will contribute to the city's recruitment efforts and tourism by linking the proposed greenways of the west side's Central Park to Lowe Mill and then to downtown. A textile museum is a dream we also hope to one day realize in our neighborhood. Additionally, work is being done in the neighborhood to link Huntsville's mill neighborhoods to a Southern Textile Mill Trail. Huntsville's name sake and twin textile mill town of Lowell, Massachusetts is now part of the National Park Service. Merrimack Mill Village's future contribution to the city is limited only by our ability to attract interested home buyers to continue our preservation and revitalization efforts.

School assignment is key to our continued revitalization efforts. Our current assignment to Ridgecrest Elementary, Westlawn Middle, and Butler High Schools is the primary reason given

by prospective home buyers to choose other more well established neighborhoods. Twickenham, Old Town and Five Points, all located to the east of Memorial Parkway boast strong, well respected schools. Merrimack's primary challenge to achieving successful and complete revitalization are our school assignments.

City leaders have given their assurances to our family and to many of our neighbors that we can count on them to assist us in fulfilling our revitalization destiny. We believed those promises had been kept when the school board zoning plan assigned our neighborhood to Huntsville High. We were equally pleased with the DOJ's proposal to assign us to Grissom. Please, reconsider West Huntsville's fate, and in particular, the fate of Merrimack Mill Village and Lowe Mill neighborhoods. Our renaissance is dependent on the zoning decisions made this month; please, help us help the city of Huntsville by reaching our full potential.

Thank you!
Tori and Clarke Moore

