

**Comments/concerns_Huntsville City Schools**
Demetris Leverette  02/10/2015 07:33 AM

History:    This message has been forwarded.

Even after the Proposed Consent Order has been available and released, the "unjust" tactics have not changed.

Just last week the BOE approved a "new" Gifted Coordinator for HCS, Wendy Graham, she is white. The problem; only white applicants were selected to be interviewed; even a white/female whose certification has expired/non-valid was included in the interview pool. ▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

The BOE also approved the hiring of a new TOSA (Teacher on Special Assignement), Leslie Zurowski (white) and placed her at Mountain Gap P8; not surprisingly the applicant is white. Making the majority of white TOSA's 18 and 8 African American TOSA's. This is a clear sign that this BOE and Superintendent will not properly follow the "Order".

Also: the wording in the "Proposed Consent Order" may need to read "certified" instead of "qualified". This will help prevent the HCS BOE from purposely hiring Teach for American applicants and placing them in Title 1 schools. Title 1 schools are were the most highly qualified teachers should be working. According to the State Department of Education, Title 1 school should have "highly qualified teachers in each subject area". Of course, the HCS Superintendent would rather have a TFA applicant in these schools, to satisfy the partnership he has secured with the TFA Organization.

In the decree it outlines that the district must provide "materials documenting the basis for any departures from salary schedules and formulas for certified staff"

These are changes to come, what about the inequality that has taken place in the past three years with the arrival of Dr. Wardynski. For example, the Superintendent constantly states that he "pays administrators/district level employees according to the problems in the schools".

However, one particular school, JOJ (Title 1 school) had 4 administrators:The principal (Eric Jones) and his 4 assistants, he was allowed to move here with him from Jackson TN, among certified teachers; Teresa McDaniel, Robert Tomlin and Terrance Morris. Neither assistant and the teachers that were hired from Jackson TN did not through an interview committee panel. The assistants salaries don't follow a salary matrix/schedule.

The concern: what about other administrators in (Title 1 schools) with the same problems that are associated with Title 1 schools (low-income, poverty level schools). Explaining that the reason is because "JOJ is failing" shouldn't be a reason or factor for giving all 3 assistant principals all earning a heavy salaried of 93,000 or more, unless all other failing school administrators are allowed the same criteria. BTW: the scores haven't improved since the arrival of this "Team from Jackson TN".

One particular teacher, the Graduation Coach, a former PE teacher, with no curriculum experience, was hired and receives a 10 month contract. Policy and procedures only allow when

needed or to justify the unjust practices of HCS. This shows additional inconsistencies within the district, especially with the committees that decide placement/hiring/demoting/termination procedures.



This seems to be a conflict in professionalism, seeing all was recruited by the superintendent and will be working and sharing a working environment once both schools are combined with McNair/Jemison. Professional integrity is questionable at the least, seeing that the wives will be evaluated by the "friends from TN". Seems unbelievable/questionable to place those in "close relations in the same building"

Extra-curricular activities need to be consistent and equal:

Any student wanting to try-out for Huntsville High School's cheer-leading squad is required to attend Merrimac Performance Art Studio; students that have not registered and attend the dance studio is "omitted" from trying out to the squad. This affects those students have can not afford the "private" dance studio. This is another way of excluding students and not offering an equal opportunity for minority/low income students.

Several of the special education students who attend AAA and ASFL will be enrolled back in their home school beginning of the new school year. Administrators at both schools have decided to have students "apply or reapply" for possible placement at these magnet school. Several special education have been "secretly" told about the moving of their child but have not been granted a "Parent Meeting" as requested by a newly formed parent group. One of the special education teachers has shared with the parents HCS plan to move the students. The special education teachers have be "directed" not to discuss or share any information about this plan or attend any parent meeting or "they will be subjected to disciplinary actions". The district is in the process of identfying the students home school and have made plans to transfer them back out of the magnet schools. Dr W has made it clear that parents will not be notified until the start of school. This way, space and numbers will have already been decided by the time parents are aware of changes. No formal announcements or decisions will be shared with parents.

Several students (majority African-American students) have been expelled from Huntsville City Schools in Huntsville Al; based their postings on social media pages. In the proposed order, it indicated that this practice will not be allowed any further. However, what about the students who have already suffered and been expelled? Will their discplinary records be cleared. Several of these students have not been placed back in their schools, some have been told they will not get to participate or graduate with their senior class.

Same holds for the elementary students still being housed in the "Little Red House". In the proposed order it states no elementary students will be placed in a an alternative setting, however, there are elementary African Americans boys still in the "Little Red House" alternative school. Will they be returning to their home schools before the end of this semester?

Pg 36 B- equitable distribution of teachers----the district will ensure the departments are equitable as soon as possible not no later than two years after the date of determination.
In other words, if departments are not equitable, they have two years to make changes--- that's too long - kids are suffering !

P 36 C. How long do these AP teachers have to stay at the underrepresented schools once they receive the Monetary Incentives?

In order to ensure the proposed plan will be cared out and followed; One comment made at the last public forum is something to consider:

"Pastors asked that penalties be added for non-compliance" from the district.