

**HUNTSVILLE CONSENT ORDER COMMENTS**
Carol Madry Bell

02/13/2015 12:05 PM

From: Carol Madry Bell
To:
Cc:
History: This message has been forwarded.

Dear Judge Haikala -- The Huntsville Committee of 100 is a non-profit organization of 230 CEOs, professionals and organizational leaders with a focus on long-term strategies that impact economic development and the quality of public education. Our members are diverse in race and gender, live in all areas of the city and county, and many have been actively involved in the rezoning discussions and forums concerning the proposed rezoning plan. The Huntsville Committee of 100 Board has voted to support the Consent Order agreed to by the U.S. Justice Department and Huntsville City Schools for the reasons listed in the Position Statement below. We believe it is in the best interest of our community that this agreement is approved so we can move forward toward Unitary Status, and stand ready to join with other community organizations and individuals in developing a unified vision and support network for academic excellence in Huntsville City Schools. We thank you for your careful consideration of this case and the Consent Order agreement.

**Huntsville Committee of 100 Position Statement in Support of Consent Order:**
* We believe this Consent Order represents hard work and a spirit of compromise by both parties.
* We believe this Consent Order offers a clear roadmap to earning Unitary Status which will benefit our local education system.
* We believe this Consent order offers enhanced and equitable academic opportunity for all students.
* We believe the College Academy Magnet at Jemison High School will provide a valuable boost to our workforce development needs, and will benefit the lives of hundreds of students and their families.

Carol Madry Bell
Executive Director

www.huntsvillecommitteeof100.org



HUNTSVILLE
Committee of 100
Cooperative Solutions to Local Issues