

**Intimation_Lack of Concern_Huntsville City Schools**
Demetris Leverette                                                                02/13/2015 10:28 AM

With the pending/ongoing desegregation order in place with Huntsville City Schools, the Superintendent and the BOE is still trying to operate a dual/unjust educational school system.

The "Proposed Consent Order" reads to what will be required, not to what is currently or has happen to cause great injustices. For example, in the "Proposed Consent Order" it indicates "the District will recommend alternative school placement only for a student in grades seven through 12". There are currently three African-American elementary students placed in the alternative school, which is referred to as, "The Little Red House"; there are 3 African-American more to be assigned on Monday. The Superintended has indicated there will be at least 8 spots available students assigned to the "Little Red House". One of the elementary students in particular has been a in this unproductive learning setting for the entire school year. The "house" is cold and in a unsafe environment (near an neighborhood and the HCS Central office, whereas, traffic is constant). There isn't any place to provide physical education, therefore, the students are subject to going out and walking the sidewalk with a resource office or playing in the front of the central office building.

This current proposal does little to the African-Americans who have suffered gravely since the arrival of this superintendent. Please review the time frame and justification of African-Americans who have been denied promotional opportunities. For example, the "proposal" reads there will be "continuing measures to support the promotion of Black teachers and administrators and interviewing all eligible individuals recommended for the Teacher on Special Assignment ("TOSA") program." However, during the last BOE meeting, another white teacher was hired as a TOSA for Mountain Gap P8.

In the Principal's meeting this week, the Superintendent indicated that he will have the final say as to where/how student are accepted within specific schools. This holds to be planned; with the transfer removal of special education students in AAA and ASFL. The superintendent refusal to meet and share these plans with the students/teachers in each of these schools.

In several occasions, particularly the day the proposed consent order was release publicly, the superintendent has repeatedly told faculty/staff members that they are under a gag order and will be terminated if they discuss the matters of the proposed order". In a meeting to discuss the "proposed order" this week with teachers, the superintendent indicated that "this is America, you can always go work somewhere else".

In closing, the concern now turns into "what happened before the proposal was offered/introduced". The district employment decisions should be re-visited and documentation should be available to verify that all policies and procedures were valid and not racially motivated. The district has demoted/terminated qualified black applicants and replaced them with white less/qualified individuals. The committees used to recommended the demotions/terminations were not racially comparable to those black applicants. This has been a huge problem within the district, "those committees". Principals have not been allowed to offer input and many are upset because of the "lack of input" when making termination recommendation. In his words, the superintendent indicated that he "<u>look at effectiveness, degrees and years of service".</u> This holds to be false, when it comes to African-American employees/applicants.

There are number of African-Americans who has/is suffering because of the actions of this school system. Racially balanced/equitable schools are very important but not at the expense when one class of people suffers the most in the process.