Pat King
Huntsville, AL

February 8, 2015

Section II page 2 Student Assignment Plan and Schools and Grades Served

Change Lakewood, Rolling Hills Dawson Highlands from PK-6 back to PK-6. These schools were originally K-5. With the addition of PK to these schools there is truly not enough classrooms for the 6th grades. Currently 6th grade students are packed into fewer classrooms. Secondly, students are not provided sufficient resources to overcome reading and math deficiencies in the present structure. Thirdly, there are only three (3) majority caucasian schools (Blossomwood, Monte Sano and Jones Valley) that are PK-6 in the entire system. These schools again can be easily identified as majority black.

Section D 2. Page 7 – Timeline and Procedures

   a.  1. Change December District Marketing to January, February or March. November and December are major holiday months for those participants that would be interested in M-to-M transfers. Also during this time parents are usually working extensive overtime because factories are using this time to makeup for time that will be lost due to holiday vacations. Secondly, the district will sufficient time to review M-to-M choices and readily seat availability with the use of technology.

   2. Change Communication to parents/guardians……through at least two media(…) to five (5). With the convenience of technology the District should be able to communicate/advertise M-to-M transfer application period through no less than (radio, tv, mail, robocalls, electronic means). Most M-to-M parents listen to radio and tv to be apprised of community events. Consideration must be taken that all parents are not technologically connected or computer literate. Also section D2 b.6.

   3. Change The District will post……..communication to community groups such as PTA and local community centers. Local Communities should include but not limited to PTAs, local community centers, community organizations, churches, Afterschool Programs, etc.

   b.4. page 7 What will be the acceptable means of accepting the M-to-M transfer, phone call, submittal of acceptance letter at the local school, submittal of acceptance letter at Central Office, etc.?

   b.3. page 11. Why was Redstone Arsenal provided with 6 set aside seats for M-to-M transfers. Given military personnel moved post to post and is already zoned for Columbia and Williams schools that were created specifically for Redstone military residents those 6 set asides should be eliminated. Also military families carefully select school districts based on research prior to relocations.

Secondly, Redstone Arsenal military residents are steadily on the decline and it is no longer a post that house a large number of Enlisted personnel. Therefore this should be a mute item. COL Marks stated in his comments that there are only 162 families residing in the Huntsville City district.

b.4. page 11 Accessibility

This district should provide accessibility to the M-to-M application process through several means that includes paper applications and computer application at every school and in particular every school in the North. The assumption cannot be made that all parents are computer literate and it must not be assumed that parents are willing to disclose they are not computer literate.

Section E.2.c.2. page 16 and 28 The new magnet program should not be "the College Academy- at Jemison/Johnson High School.

This magnet program should attractive, unique and leading edge so students from other district high schools would be more willing to transfer to attend. All high schools prepare high school students for college preparations. These college preparation programs include the dual enrollment to earn college credits while in high school. These programs have been in existence for well over thirty (30) years and while successful there has not been an overwhelming participation in these programs. I too was offered to participate in such a program but selected to attend college fulltime with a scholarship. Also, those students considering to participate in the dual enrollment program will more than likely receive scholarships and other financial resources to attend college. Therefore using the premise of getting two years of free college out the way will not be as attractive as advertised.

An attractive magnet program would be a program that includes state of the art technology. That state of the art technology should include Forensic Science (partner with corporate research Hudson Alpha), Intelligence Technology (partner with the Defense Intelligence Agency) and Information Technology ( partner with CSC, Siemens, Bosch Rexroth, ABB, IRTC, Lockheed Martin, Raytheon, etc.). These are programs of the future and are not currently offered at other schools.

ASFL was the feeder magnet to Johnson High School and this should return. The parents of ASFL in 1997 had prepared the implementation of the IB program at ASFL and to continue that implementation at Johnson until a new administrator derailed those plans. Johnson High School should become an IB School and continue the natural magnet feeder path from ASFL to Johnson High School.

I implore the DOJ and Judge Haikala to reconsider the new magnet program for Johnson High School. This school's magnet program has suffered from the lack of proper resources and district support. This school needs a futuristic magnet program that is attractive, sustainable with corporate support and forward thinking.

. Section E.4.b.2. page18

    Admitting….This District should allow the admittance of students living in the vicinity of each magnet school. There are students that live within blocks of said magnet schools that have to travel miles to other schools in there district.

AAA and ASFL have over the years a very successful magnet program and the District should expand their facilities respectfully to allow room for all students desiring to attend and eliminate all waiting lists while maintaining some sense of racial composition. Racial composition however, should not be a determining factor in the selection of students.

Section E.6. page23

..If, however, a student in grades six through 12 who is enrolled in a magnet school/program is not successful....

Students in the magnet school/program should never be considered for removal even though the magnet school is required to develop an "improvement plan". This process is too subjective for teachers and administrators desiring to remove certain student due to any type of prejudice. I am aware of several cases currently at magnet schools are in the process of removing students without cause. There are going to be students that are going to struggle in certain subjects but school resources should be available so those students succeed. Too many school personnel are allowed not work with the struggling student to be successful and therefore those students are removed from said magnet programs.

Therefore, each student should be provided "Due Process" to determine removal of said student. No personnel from the District, neither the magnet school nor the PTA should be part of said hearing panel. The parent should be allowed an advocate as a resource and speaker for said student. The panel should be made up of members of the community.

Secondly, magnet programs should be able to accommodate all handicapped students and therefore language should be added in this "Proposed Consent".

Section III page 35....Equitable Access to Course Offering and Programs

B.2.b and c page 35 How will positive effectiveness be monitored and corrected if necessary. If training is ineffective who will make the determination and what will be the penalties for ineffective Professional Development in Culture Diversity?

Section III C. 2 page 37....Equitable Distribution of Teachers...Probationary Review Process

The review shall include measurement tools.....student achievement data, student discipline data,...classroom observation.

Student achievement data, student discipline data and classroom observation is too subjective especially in the schools with a large percentage of impoverish families. There is a vast amount of data that proves a teacher should not be evaluated on student achievement data and student discipline data because it is directly affected by poverty and students in a single parent home environment. This is very unfair measurement tools. Classroom observation by school personnel and/or district personnel is too

subjective when the goal can become to remove a great and effective teacher due to personality conflicts. While the Court would like to believe the District is objective there is more evidence it is more subjective than objective when the working environment consist of fear and intimidation from the current leadership.

Section V.A2.. page 60 Faculty

The District will ensure the equitable selection of Black Principals.

To be eligible for recommendation the Teacher On Special Assignment (TOSA) should have at least seven (7) years of teaching experience and hold a Masters of Administration degree. Changing this requirement as stated above will provide said teacher with sufficient teaching experience to become effective in the classroom, mentor new teachers and provide an opportunity evaluate and learn all aspect of being an effective leader. The first three years of being a teacher is spent on learning students and learning effective classroom management. Therefore the later four (4) years allows a teacher to grow into becoming effective teacher, experienced resource for students and a resource for their peers. Growing into a effective school leader takes time and maturity I in order for the student to obtain the best education the district has to offer. It is evident in the current student test scores that such acceleration of inexperience teachers to school leadership has not been positively effective on such test scores.

Section VII D. Alternative School Program

   ADD: The District shall not "subcontract" the Alternative School Program.

   The District should be totally responsible for the Alternative School Program and the personnel working with students in the program. The District should ensure the Alternative School Program have certified teachers, counselors, social workers and other pertinent personnel to remediate the behavior of the student and move to re-integrate the student back to their home school.

Since the subcontracting of the Alternative School Program there have be criminal cases against personnel hired by the subcontractor. It is the responsibility of the District to provide a safe school environment for all of its students and currently there have been lapses in its responsibility.

Section IX . B. page 80 Desegregation Advisory Committee

   In the selection of the DAC the court should ensure parents selected to serve should not be current or past officers of the Huntsville PTA, corporate officers, or influential member of the community. The DAC should be representative of common parents/guardians of the district. These members should not be allow to accept any type of positions in the district or be able to accept a position within five (5) years of serving on DAC. Also, members should not be allowed to accept any monetary gifts.

Other Comments:

1. Reconsider the consolidation of Davis Hills Middle School and Johnson High School. Parents and the community were told many different versions of the plans and renovation of these schools. Parents have grave concerns of a middle school and high school on the same site separated only by a door. It is imperative consideration be given to age, mentality and maturity of middle school and high school students. These students should not be on the same campus especially in an urban environment. Rural schools are more prone to for this type setting because the majority of the students are bused to and from school.
2. Reconsider the consolidation of Morris Elementary and Westlawn. Although both should be "Rebuilt" Morris serves a much smaller neighborhood and Westlawn serves a much broader neighborhood . Westlawn is also the consolidation of Stone Middle School. Both these schools will serve a growing majority minority population that will need services that is possibly more unique than most city schools.

I implore the DOJ and Judge Haikala to consider all of the comments above and use the current data to verify the validity of all the suggested changes above. The community members such as myself expects Huntsville City Schools to provide an excellent education to each of its students and the above changes will assist the district to do what is right for all of its students including the minority and poor students of this district.