FILED
2015 Feb-23 AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

Covemont Estates Neighborhood
Contact: Brett Davenport, MD

FILED
2015 FEB 13 A 10: 25
U.S. DISTRICT COURT
N.D. OF ALABAMA

February 10, 2015

The Honorable Madeline H. Haikala
Judge, U.S. District Court
1729 5th Avenue N
Rm 786
Birmingham, AL  35203
Jefferson County

**Re: Proposed Consent Order**

Judge Haikala:

My name is Brett Davenport.  I am a resident of Huntsville, AL, and represent a neighborhood called Covemont Estates.  I write in regards to the most recent proposed consent order that would rezone our neighborhood from Blossomwood Elementary to Monte Sano Elementary.  A recent survey with 75% participation from our neighborhood concluded that 85% of residents in our neighborhood are adamantly opposed to this particular rezoning on the grounds of safety, with a secondary concern of being uprooted from our logical, historical, and convenient neighborhood school.

Our current commute to Blossomwood Elementary has lights protecting all of our left hand turns both to and from the school.  The commute takes 8 minutes from driveway to school.  In contrast, the commute to or from Monte Sano can take up to 4 times this long in traffic, is twice the distance from our neighborhood compared with Blossomwood, and does not have turn signals that will enable our entry to and from our neighborhood.  It requires passage and left-hand turning on a most dangerous stretch of highway that has proven to be tragic for countless numbers of drivers.  Further, the drive is a steep uphill route the entire way, which will make this even more treacherous during inclement weather.  I am certain that this was not considered when the rezoning line was drawn by our officials, and we have urged the board, attorneys, and all other parties involved in this proposal to consider our safety now.

As a secondary concern, it would take parents twice as long to drop their kids off and pick them up from school (up to 30 minutes one way as opposed to 8 minutes currently).  This amounts to kids having less time at home, and parents being less able to be involved in their child's school during a work day.  Most residents in our neighborhood are professionals who work either at the hospital or downtown, both of which are adjacent to Blossomwood Elementary.  We are petitioning you to please

consider our safety if the Huntsville Board of Education and DOJ representatives fail to do so. Please do not allow us to be uprooted from our neighborhood school. Blossomwood Elementary is close, convenient, and built by us.

I've enclosed our neighborhood petition with 73 signatures, along with a map of the 3 locations involved in this decision. Thank you for your time and consideration.

Sincerely,

Brett Davenport, MD
Representative of Covemont Estates

Enc:
1) Neighborhood petition (73 signatures)
2) Map of Covemont neighborhood, Blossomwood Elementary, and Monte Sano

# Petition Against the Current Consent Order Proposal Regarding Rezoning of Covemont Neighborhood

Petition published by Covemont Neighborhood on Feb 02, 2015
Closed on Feb 06, 2015

73 **Signatures**

  11 people recommend this.

**Target:** Huntsville City Schools Board of Education

**Region:** United States of America



Petition Closed    Sponsor    Email    Tweet 0    8+1 0

**Result:**

> The 73 signatures linked to this petition represent a unified opposition to the rezoning of the Covemont neighborhood from Blossomwood Elementary to Monte Sano Elementary. It is unsafe and and imprudent.

## Petition Background (Preamble):

We, the undersigned, are opposed to the current consent order proposal due to the re-zoning of Covemont neighborhood from the Blossomwood Elementary school zone to the Monte Sano Elementary school zone.

Our opposition is rooted in many logistical and safety matters. The commute to and from Monte Sano requires commuters to make very dangerous left hand turns, both coming and going from Monte Sano, at the worst times of day on a stretch of highway that is known to be very dangerous (Governor's Drive on the mountain). This proposed rezoning would place the lives of both our children and their parents at great peril twice a day every school day.

Further, our neighborhood is 1.7 miles from our neighborhood school, Blossomwood Elementary. We can see the school from our neighborhood. It is close to where most of our parents work, and currently allows for optimal parental involvement of working parents. Monte Sano is 4 miles in the opposite direction, and would make involvement much more difficult for working parents.

We are grateful for your efforts in desegregating our schools, and trust that you will take action in response to our reasonable and prudent concerns, which are in the best interest of our children.

## Petition:

> Please amend the current consent order proposal to keep the Covemont neighborhood in the Blossomwood Elementary school zone.

**This petition is closed**

# Petition Against the Current Consent Order Proposal Regarding Rezoning of Covemont Neighborhood

This petition was published by Covemont Neighborhood on Feb 02, 2015
Closed on Feb 06, 2015

Recommend | 11 people recommend this.

**Public Signature List**

Search sigs by last name [ Go ]

**Signatures 73 to 1 of 73**

| #  | Name                     | Date         |
|----|--------------------------|--------------|
| 73 | Linda Steed              | Feb 06, 2015 |
| 72 | Larry Burmeister         | Feb 06, 2015 |
| 71 | Stephanie Burmeister     | Feb 06, 2015 |
| 70 | Melissa Nix              | Feb 06, 2015 |
| 69 | Janice and Henry Everitt | Feb 06, 2015 |
| 68 | Patty Smith              | Feb 06, 2015 |
| 67 | John McKinney            | Feb 06, 2015 |
| 66 | Anonymous                | Feb 05, 2015 |
| 65 | Leigh Brown              | Feb 05, 2015 |
| 64 | Arlynn Wilson            | Feb 05, 2015 |
| 63 | M Butler                 | Feb 04, 2015 |
| 62 | K Butler                 | Feb 04, 2015 |
| 61 | Pamela Lowe              | Feb 04, 2015 |
| 60 | Nicole yates             | Feb 03, 2015 |
| 59 | Anonymous                | Feb 03, 2015 |
| 58 | Susan King               | Feb 03, 2015 |
| 57 | Eleanor Thurber          | Feb 03, 2015 |
| 56 | Sally Howard             | Feb 03, 2015 |
| 55 | Walt Grundy              | Feb 03, 2015 |
| 54 | Beverly Still            | Feb 03, 2015 |
| 53 | Anonymous                | Feb 03, 2015 |
| 52 | Billie Robertson         | Feb 03, 2015 |
| 51 | MeLisa Teague            | Feb 03, 2015 |
| 50 | Karen Ferguson           | Feb 03, 2015 |
| 49 | Paige Evans              | Feb 03, 2015 |
| 48 | Robert Walker            | Feb 03, 2015 |
| 47 | Jane Grimwood            | Feb 03, 2015 |
| 46 | Jana Brazelton           | Feb 03, 2015 |
| 45 | Elizabeth Pugh           | Feb 03, 2015 |
| 44 | Bruce Newman             | Feb 03, 2015 |
| 43 | Hamlin Caldwell          | Feb 03, 2015 |
| 42 | Joel Sherrill            | Feb 03, 2015 |
| 41 | Kimberly Walker          | Feb 03, 2015 |
| 40 | Tina BeckTinaB           | Feb 03, 2015 |
| 39 | Anonymous                | Feb 03, 2015 |
| 38 | Nona Perdue              | Feb 03, 2015 |
| 37 | Libba Gantt              | Feb 03, 2015 |
| 36 | Kimberly Smith           | Feb 03, 2015 |
| 35 | Sharon Chamberlain       | Feb 03, 2015 |
| 34 | Loren Chamberlain        | Feb 03, 2015 |
| 33 | Trisha Bragg             | Feb 03, 2015 |
| 32 | Andy Gantt               | Feb 03, 2015 |
| 31 | Patricia Hair            | Feb 03, 2015 |
| 30 | Anonymous                | Feb 03, 2015 |

| | | |
|---|---|---|
| 29 | glenn toups | Feb 03, 2015 |
| 28 | Anthony Moriarty | Feb 03, 2015 |
| 27 | Sophie Mantooth | Feb 03, 2015 |
| 26 | Alan Hislop | Feb 03, 2015 |
| 25 | Amy Dilocker | Feb 03, 2015 |
| 24 | wesley crunkleton | Feb 03, 2015 |
| 23 | David Lehman | Feb 03, 2015 |
| 22 | Allenda Moriarty | Feb 03, 2015 |
| 21 | James Davenport | Feb 03, 2015 |
| 20 | Alan Bibb | Feb 02, 2015 |
| 19 | George McDonough | Feb 02, 2015 |
| 18 | Jerry Robinson | Feb 02, 2015 |
| 17 | Arnie & Louise Rhodes | Feb 02, 2015 |
| 16 | Carol Bryant | Feb 02, 2015 |
| 15 | Robert Reynolds | Feb 02, 2015 |
| 14 | Lea Ann Smith | Feb 02, 2015 |
| 13 | Lee West | Feb 02, 2015 |
| 12 | Paul Carter | Feb 02, 2015 |
| 11 | Wonsuck Kim | Feb 02, 2015 |
| 10 | Jane Troup | Feb 02, 2015 |
| 9 | Marianna Wester | Feb 02, 2015 |
| 8 | Douglas Brown | Feb 02, 2015 |
| 7 | steven cost | Feb 02, 2015 |
| 6 | Allison Click | Feb 02, 2015 |
| 5 | Wyatt Howell | Feb 02, 2015 |
| 4 | Leslie Cost | Feb 02, 2015 |
| 3 | Margaret Ann Bibb | Feb 02, 2015 |
| 2 | Brett Davenport | Feb 02, 2015 |
| 1 | Kelly Davenport | Feb 02, 2015 |

- N/G - not given by the signer
- N/C - field not collected by the author
- S/C/P - State, County or Province
- View - mouseover to view comment
- Dates displayed in the signature list are based on CST (GMT-6) and CDT (GMT-5)
- Anonymous signatures signify people who have chosen not to display their names publicly. [?]
- A comment in red indicates that the signer has hidden their comment from public view. [?]

