FILED
2015 Feb-23  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

In Section V. Faculty

The "objective" criteria in not specific enough: in the past three years, the HCS central office/cabinet members have created "committees" that use "subjective" opinions to terminate/demote employees. The criteria/evaluations should be available prior to termination/demotions. The "committees" are made up of majority "white" members. The process is "calculating" and "deceitful"; there isn't a rubric used or shared with employees. The non-racial objective criteria and/or evaluations should be made available to all employees. The committee are used to "rid" majority African-Ameriacns teachers and administrators. HCS has a history, pass three years, of terminating employees, then saying, "it's was the committees recommendation". Without any rubric/evaluations tool, just subjective . The evaluation tool shed be apart of the decree/process. "The
criteria/evaluation tool should be available for public inspection and shall be retained by the district"

In an older decree, it reads, but not included in the latest proposed consent order :

"if there is any such dismissal or demotion, no staff vacancy may be filled through recruitment of a person of race, color, or national origin different from that of the individual dismissed or demoted, until each displaced staff member who is qualified has had an opportunity to fill the vacancy and has failed to accept an offer to do so." For example, there are black veteran administrators/teachers that have applied for positions, but have not been interviewed or considered for promotions. That's evidence with the promoting of TOSA (Teachers on Special Assignments) and there are long standing administrators available for promotions.

HCS has a habit of replacing less experience/qualified black applicants in positions. This latest order was released and they have continued to conduct "unequal" hiring/interview practices. The tend to use the notion, "there aren't many Aftican -Ameriacn applying for positions". Which is false, here in Huntsville there is an majority black university, so why will there be a "small applicant pole".

The DOJ should ask for the name/qualifications/race of the employees that have been "unjustly" demoted/terminated and talk to them directly. HCS has a pattern of providing "false/inaccurate" documents to justify their wrongdoings. Whenever two applicants (white and black) are recommended for non-renewal/termination by their immediate supervisor, almost always the white applicant is allowed to be moved/transferred ("for growth opportunities") to another school, however, the black applicant is released from his/her contract.

The hiring practices and retaining of Afican-American employees need to be more specific/indepth. This latest decree does little for the African-Americans employees who have suffered because of inequality. Those employees, without proper factual documentation, should be reinstated because HCS failed to follow the des order already in place.

A few months again, Huntsville City Schools publicly announced the partnership with Appleton Learning to offer "learning labs" at Lakewood and Rolling Hills Elementary. What a great opportunity to those students at both schools. However, everything that is done for the enhancement of kids in the district also has a calculating agenda designed by the Superintendent. On the day The superintendent announced the after-school program for both schools, the Principal of Lakewood indicated that "students who enroll in the program at both Lakewood and Rolling Hills will be fed dinner before being sent home." The kids will get another hot meal during the day," Fred Barnes said.

The problem: HCS continues to capitalized on the backs of students. The principals were told that the students "must go through the lunch line before leaving the after-school program each day". Therefore, the regular school day schedule has been altered so students are pulled out during instructional time ( before dismissal) and provided "supper" to count towards receiving an additional meal, which should be taking place after the start and during the hours of the after-school learning lab but instead the instructional day is cut short.

Each Principals was given a script to read the day if the announcement explaining the details of the after-school programs, neither mentioned how/when the meals will be served. Neither Lakewood or Rolling Hills are on an extended day schedule, therefore, meals should not be allowed during regular instructional time.

The district receives funds for each child served an additional meal. The more meals served, the more reimbursements the district receives in federal funds.