Pamela R. Hill, Ed. S.


February 21, 2015

Honorable Judge Haikala,

I am a teacher in Huntsville City Schools, in Huntsville, Alabama. I spoke at each of the three public meetings regarding the desegregation order for my school system. I want what is best for Huntsville City Schools. I have dedicated my life to it. I am writing you, because I do not believe that neither the current Huntsville City Schools Superintendent, nor the Huntsville City School Board is capable of leading us into desegregation.

I believe Dr. Casey Wardynski was brought to Huntsville City Schools by the "Committee of 100." (It is an elite, mostly white, business group focused on business and profit in Huntsville, AL.) I believe their goal for him was to increase property values and business opportunities in our city. He frequently mentions both when addressing the public. I also believe with his military background, he is very goal oriented with a top-down mindset. He has illustrated this by calling teachers, "feedstock." Being goal-oriented, the school board has directed him to seek desegregation for Huntsville City Schools; and to his credit, he is attempting to do so. And in his demeanor, he is seeking it by suing the Justice Department of the United States of America. Unfortunately, it only appears to be a goal to reach. If he truly wanted desegregation, he would not have alienated some of Huntsville's longest serving public school advocates who passionately want to participate in making desegregation a process where EVERY child in Huntsville City Schools is treated equally.

It seems Dr. Wardynski is not tolerant of opinions different than his own. With his leadership style, desegregation will be difficult, without constant, strict, federal supervision of mandates that you find necessary. Please do not focus on data only. It is imperative that the Justice Department be physically involved, and walk among the students and schools as HCS seeks desegregation.

The Huntsville City Schools Board of Education has also been heavily supported and elected by the aforementioned 'Committee of 100.' Therefore, they frequently vote unanimously on agenda items the Superintendent requests. The School Board has allowed the Superintendent to omit citizen comments from the televised school board meetings. Instead, citizens are handed a small index card that may or may not be read to the board, after a member of the Superintendent's 'cabinet' reads the comment.

As an 18 year veteran teacher, it saddens me that over 850 employees have chosen to retire or resign since Dr. Casey Wardynski's tenure. I continue to stay because I am passionate about Huntsville City Schools. It is not a 'job' or 'goal' for me. I have taught, visited, or participated in activities at all Huntsville City Schools. I KNOW that there are vast discrepancies from one school to the next. Since HCS was my safe place as a child, I want nothing more than for that to continue for every child within our city limits.

Please consider ALL the students in Huntsville City Schools, as you decide on how best to seek desegregation. Although a bold move on Dr. Wardynski's part, I am thankful an unbiased judge is now 'in charge.' I am afraid that without strict intervention, any order you give will be manipulated by people or data, and recorded or reported inaccurately. I look forward to a school system where every child will be treated equally. Thank you for reading my letter and helping Huntsville City Schools.

Sincerely,

Pamela R. Hill