February 27, 2015

Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

RE: Hereford, et. al., vs. Huntsville Board of Education.

Dear Judge Haikala,

After sitting through the public forums, speaking at 3 of them, and then the 4 hour question session by the HCS Board to the HCS attorney, I am deeply disappointed in the outcome at the Board level and would ask that you reconsider and rezone the Big Cove Road area back to Blossomwood Elementary.

I still do not believe that carving out 64 homes in the upper Blossomwood neighborhood achieves the goal that was intended, but rather separates a neighborhood by dividing the street right down the middle. Literally, the house across the street will go down to Blossomwood Elementary while we will be zoned to Monte Sano Elementary. The rezoning plan will create separate friends, separate carpools, and separate afterschool activities for at least 7 years.

The answer that I heard given by the HCS Board attorney to the question on why moving children out of Blossomwood does not accomplish this either....
*Q: How does moving a few Blossomwood and Covemont students out of majority white Blossomwood into majority white Monte Sano help desegregation?*
*A: It frees up room at Blossomwood to bring in minority children to further desegregation there. And those mostly white schools were at the center of the negotiations with DOJ, and leaving them alone was not an option.*

By allowing the rezoning of this small sliver of upper Big Cove Road, it does not free up room at Blossomwood because the children that are assumed to be going to Monte Sano under the new plan do not exist in these 64 homes to make a difference.

Additionally, by rezoning these households to Monte Sano rather than Blossomwood creates a safety hazard that currently does not exist. A trip down Big Cove Road to Blossomwood Elementary is the current travel plan, approximately 1.3 miles. There is only one way out to Monte Sano Elementary via Parkhill, turning left to Governors Drive (see attached maps). The route we will now take to Monte Sano, up Governors Drive under the rezoning plan, is almost triple the distance and safety is a real concern.

Thank you for your consideration,

Beth Moore

2 attachments enclosed



2309 Big Cove Blossomwood zoned

2308 Big Cove Road Monte Sano zoned

Parkhill Road - turn left to go up to Monte Sano, only way up to Monte Sano Elementary from our neighborhood

**64 homes in Blossomwood neighborhood, connected by way of Big Cove Road, will be eliminated from Blossomwood Elementary School zone**

Map annotations:
- Residential streets connect to Big Cove Road
- Big Cove Road
- South boundary jumps from Governors Drive to Big Cove Road here
- Governors Drive
- South boundary
- Big Cove Road
- Governors Drive