Mr. and Mrs. H. Evins Hamm

The Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

Dear Judge Haikala:

This is in reference to our letter of February 1, 2015, which we sent to you, to all members of the Huntsville City School Board, its superintendent and its attorneys. Copies of this letter will also be sent to the same parties.

After conducting four public meetings with no questions or discussion allowed, our school board held a final meeting with its attorney with only the board members allowed to ask questions. The only information we have received about this final meeting is from the local news media which reported that, regarding the subject of rezoning a small part of Blossomwood Elementary to Monte Sano Elementary, the attorney for the school board indicated that no zoning changes had been reconsidered after the comment period because it would require adding more time to the mediation process. The attorney further indicated that he had received "assurances" that the route up Governors Drive is safe for school travel.

To say the least we are most disappointed in the cursory manner in which our legitimate concerns have been handled.

Consequently we must again respectfully request that our concerns be revisited and properly evaluated before any final decisions are made in this regard.

Respectfully yours,

H. Evins Hamm

Jane A. Hamm