Veronica P. Curtis

March 6, 2015

The Honorable Judge Madeline Hughes Haikala
Judge, United States District Court for the Northern District of Alabama
Hugo L. Black United States Court House
1729 5th Avenue N, Room 319
Birmingham, AL 35205

Reference: Case No. 5:63-cv-00109-MHH, Hereford vs. Huntsville Board of Education

Dear Judge Haikala:

In reference to the Proposed Consent Order in the area of the Desegregation Advisory Committee the community is excluded from being a part of the DAC. Community members are stakeholders and should be afforded an opportunity to be participants. The makeup of the committee as stipulated in the Order is composed of students and parents whom I feel will not respond in the best interest of the situation without additional support due to fear of coercion, intimidation and reprisal. These groups have had very little input not necessarily by choice, but by instruction from the School Superintendent and their immediate Supervisors. Fear and intimidation in the past has resulted in little or no participation and possibly negated free, healthy discussion that could have provided positive input for school improvement. Persons placed on this committee are put there because they and their opinions are highly valued and respected to accomplish the desired goal. Any efforts and actions to silence or orchestrate voices on this committee should not be tolerated.

It is my recommendation that for validity and balance of input and expression the committee should be expanded to at least include 4-6 members from the community who have no children, grandchildren or any other connection to the School System at this present time as participating members.

Sincerely,

*Veronica P. Curtis*

**Veronica P. Curtis**