FILED

2015 Mar-09  PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

Veronica P. Curtis

March 3, 2015

The Honorable Judge Madeline Hughes Haikala
Judge United States District Court for the Northern District of Alabama
Hugo L. Black, United States Court House
1729 5th Ave. N, Room 319
Birmingham, AL 35203

**Reference: Case No.:5:63-CV-00109-MHH, Hereford vs. Huntsville Board of Education**

Dear Judge Haikala:

I worked in the Huntsville City Schools System for 34 years and have since retired (August 2010).  I am a native Huntsvillian and am very interested in the Desegregation Case. I have participated at every level allowed throughout the process and eagerly await your response and resolution to this long awaited situation. I appreciate the manner in which you have allowed the community to be included and involved.  Without your direction I feel certain that we would not have had the opportunity to participate up to this point.  I am especially grateful for the ability to reach out to you personally in sharing other information important to the case. This process allows us to feel free to share what we know for sure is happening as you prepare to give direction to all parties involved.  As I move through this community I am often stopped and called by present employees saying "Thank You" for being our voice. "We have been instructed to not discuss anything with anyone". As a result the employees and parents have not been attending and participating in the process.

In that light, an employee has shared a lot of information that I will attach to this letter. She has asked me to submit it to you because she has a fear of reprisal. She submitted something earlier and was not aware that it would be placed on Pacer and her name is listed. She is working in the HCS central office as the SETS Coordinator. Her information is accurate. She feels that this is her only way of letting you know what is taking place even while we are in preparation for court on March 11, 2015.

I hope this information will be accepted in the matter it is presented in an effort to help you to continue to make the important decisions you have to make. I hope my presenting

this information will continue to give this individual at least some relief in getting the much needed information directly to you.

Sincerely,


Veronica P. Curtis