**Huntsville Consent Order comments from The Schools Foundation**
Elizabeth Fleming
Cc:
03/06/2015 03:00 PM

From: "Elizabeth Fleming"
To:
Cc:

Dear Judge Haikala –

The Schools Foundation (TSF) is an education foundation supporting the three public school systems in Madison County – Huntsville City, Madison City and Madison County representing over 50,000 students. We are committed to high-quality public education for all students in Madison County. Our organization exists to be a driving force for excellence in local education. Through corporate and individual support we work with our school systems to supplement the resources and tools available to prepare all of our students to successfully compete in the global workforce.

The Schools Foundation Board recently voted to support the proposed Consent Order agreed to by the U.S. Justice Department and Huntsville City Schools for the reasons listed below. We thank you for your careful consideration of this case and the Consent Order.

We support the proposed Consent Order between Huntsville City Schools and the Department of Justice for the following reasons:
- The proposed Consent Order is the result of deliberation and compromise between Huntsville City Schools and the Department of Justice.
- The proposed Consent Order includes provisions for equal educational opportunities to all students in the following areas: student assignment, magnet schools / programs, course offerings (including the Pre-K Program, Gifted, Math Acceleration and Advanced Placement), extracurricular activities, faculty, facilities and discipline.
- The Proposed Consent Order lays out the path to earning Unitary Status.
- A strong school system under the control of a local school board will provide the best education for our students.

We would like to thank the parties involved in the mediation process for their sensitivity to the comments made at the public forums held after the proposed Consent Order was released. We feel that the clarifications and amendments to the document reflect their attention to the concerns of parents and the community.

Best,

Robert P. Lott, Jr.              Elizabeth Dotts Fleming
TSF Board President              TSF Executive Director

Elizabeth Dotts Fleming
Executive Director
The Schools Foundation
P.O. Box 763
Huntsville, AL 35804

www.theschoolsfoundation.org

Dont forget to Sign Up to Round Up on your Huntsville Utility bill for our schools
Here is the link: http://www.hsvutil.org/myhsvutil/checkbill/roundup/signup.html