James Michael Scherer, Jr.


2015 MAR -9 A 11: 26

26 February 2015
The Honorable Madeline Hughes Haikala
United States District Court
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Dear Judge Haikala:

We currently live within the community of Jones Valley Estates which is scheduled to be rezoned under the Proposed Consent Order negotiated between the DOJ and the Huntsville City Schools.

Under the new zoning rules our neighborhood which is located .2 miles from Whitesburg Elementary and Middle School will be rezoned to a school that is 4.2 miles from our house. The 4.2 mile trip will be made 2x per day, down Whitesburg Drive, through downtown Huntsville and across Governors Dr. We believe this is unnecessary given that we have a perfectly good neighborhood school located less than 1 mile from our house. We simply don't understand how anyone can rationalize sending families on an unnecessary and unsafe trip 2x/day.

Additionally this neighborhood has long been associated with the WES/WMS neighborhoods and our children and families have become dependent on each other as supplements to raising our children. It seems unnecessary to take our children away from the core group of families and neighborhood that have been an integral part of their education.

This all seems totally unnecessary and in fact at the school board meeting to vote on the Proposed Consent Order, the community located in Blossomwood who had children being sent to Monte Sano received permission to keep their children in the Blossomwood school. I'm glad to see that common sense prevailed! Our situation is exactly the same A neighborhood with children being shipped 4 - 6 miles away to another school when they can see a perfectly good school from their existing house. Hopefully common sense will ultimately prevail in our situation as well.

The number of children affected by both of these decision is insignificant to the goal of the lawsuit. I understand and support the reasons for Huntsville City School attempting to end oversight. However, I simply can't support decisions made solely on the premise of statistics. My child is more than just a statistic and deserves to be treated appropriately.

I am asking you to either a) reconsider the zoning of Jones Valley Estates and place the neighborhood into the Whitesburg Elementary, Whitesburg Middle and Grissom Zones or b) allow families to have continuity in their existing feeder patterns from grades 7 - 12.

Best Regards,

James M. Scherer, Jr.