FILED
 2015 Mar-12  AM 08:59
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SONNIE WELLINGTON HEREFORD, et al.,** } } } | |
| Plaintiffs, } } | |
| v. } } | Case No.: **5:63-cv-00109-MHH** |
| **UNITED STATES,** } } | |
| Intervenor Plaintiff, } } | |
| v. } } | |
| **HUNTSVILLE BOARD OF EDUCATION, et al.,** } } } | |
| Defendants. } | |

## NOTICE OF NON-PARTY SUBMISSION

Consistent with the Court's April 10, 2014 order (*see* Doc. 304), the Clerk files the attached non-party submission.