

March 11, 2015

The Honorable Judge Madeline Hughes Haikala
U.S. District Judge, Birmingham, AL

To The Honorable Judge Haikala:

We are writing to you on behalf of the teachers and staff at Jones Valley Elementary School (JVES), a Huntsville City School.  It has come to our attention that children of our very own teachers will not be granted transfer status under the proposed consent order.  As representatives of the Parent Teacher Association (PTA) at Jones Valley Elementary, we would like to request that you consider allowing the children of teachers the opportunity to transfer into the same school in which their parents are employed, regardless of their school zoning.  We make this request after careful consideration and discussions throughout the past year.

This type of transfer is important for the well-being of our teachers and their families which directly affects Jones Valley Elementary School and its' students.  If transfers of teachers' children are not allowed, a tremendous stress and strain is placed on teachers and staff regarding the logistics of getting their children to and from school each day.   Teacher's time can be more efficiently used if the focus is not placed on getting their own children to and from a different school, potentially miles away, but instead on arriving together, at one school, and beginning their duties.  If the children of teachers are not in the same location as their parents, teachers will not be allowed the opportunity to dedicate additional time and effort before and after school in preparing for their classroom students.  They will be forced to limit the amount of time available for classroom preparation, faculty meetings, leadership roles and parent-teacher conferences, all of which are imperative for a successful school.

JVES PTA believes that it is essential to allow the transfer of teachers' children in order to ensure the continued involvement of our Blue Ribbon award-winning teachers and not force them to choose between their employment and their families.  In addition, there is no cost to the Huntsville City School system by allowing the transfer of teachers' children; however, the value that it brings our school cannot be measured.

Given the small number of students affected under this type of transfer and the benefits to our school, JVES PTA believes this is a reasonable request.  It is our hope that the transfer of the children of teachers and staff would be allowed even before decisions made regarding other transfers.  For the sake of our teachers, students, school, and community, as a whole, we respectfully request your thoughtful consideration on this matter.

Respectfully,
Jones Valley Elementary School PTA Board