FILED
2015 Mar-12 AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA



**Amended Consent Order Support**
Joe Alexander    to: haikala_chambers

03/10/2015 09:36 PM

From: Joe Alexander
To:

Dear Judge Haikala -

My name is Joe Alexander, and I have been a resident in Huntsville since 1997. I served as President of Camber Corporation, one of Huntsville's successful aerospace engineering firms, until my retirement 3 years ago. I know firsthand the importance of being able to hire a highly educated and motivated workforce for a company like Camber to be competitive in the 21st Century.

I strongly support the amended consent order between the Huntsville City School System and the Department of Justice because I believe it represents the best opportunity to allow Huntsville City's students to get a quality, college and career-ready education regardless of race, religion, creed, or school location. Never in the over 17 years that I have been a Huntsville resident have I seen a better road ahead for Huntsville City Schools than the amended consent order.

It is time to allow the Huntsville City Schools to get on with the business at hand - the education of our precision children to prepare them for a successful future for themselves and for our great city.

Very respectfully,
Joe

*B. Joseph Alexander*
*Managing Member*
*Alexander Consulting, LLC*