

**teacher letters/consent order for Huntsville city schools**
Miller, Patrick J                                                                                       03/11/2015 01:19 PM

History:           This message has been forwarded.

6 attachments

    
teacher letter 1.docx  teacher letter 2.docx  teacher letter 3.docx  teacher letter 4.docx  teacher letter 5.docx


teacher letter 6.docx


Judge Haikala,
I am writing this letter (and attaching several more) to ask that you consider keeping in place a transfer rule that we currently recognize in Huntsville City Schools that allows the children of teachers to attend the school where they teach. I can't imagine that the numbers involved would jeopardize any ratio or balancing of numbers involved in your consent order decision. This is a small concession that gives these teachers some peace of mind, allows them to be more punctual, and allows their children to stay in the schools where they have developed relationships with both students and teachers.
In recent years, it seems to me, plenty has been done to teachers while very little has been done for teachers. The consent order will displace lots of kids and teachers. It is a stressful time. Easing just a little of the coming burdens by giving us some control over items like these would be a welcome move.
I would also like to inform you that Dr. Wardynski has been very supportive about this issue. He agrees that this would be very positive for our teachers. He has been equally receptive to the other consent order related concerns we have raised. I meet with him monthly and he has assured us he will do all that he can to accommodate our members. I raised the concerns of teachers, who work at sites that are scheduled to close, at one of the public forums and he stated that those employees work for the city and, therefore, have positions. He is working to insure that they know their placement by sometime in April. He has also sought out my input (from the employees themselves) on where the 6th grade teachers who will go back to elementary schools from middle schools would like to be. This means a lot to those folks. Our communication on these matters is professional and positive and, therefore, productive. I think it is critical that employees feel informed and a part of the process. Your consideration on this transfer issue would go a long way in the continuation of this process.
I appreciate the hard work you have obviously done on this case and hope that you can see fit to allow us to work some of these things out on our own. I believe that our association can work with the Board and Superintendent to comply with this order in a way that is fair to all of our employees. I am asking that you allow us a little wiggle room so that we can make these transitions smoothly and without further burdening our already stressed employees.

Thank you so very much for your consideration,
Pat Miller

Huntsville Education Association President
[redacted]