Dear Judge,

My name is Kimberlie Eason and I work at Jones Valley Elementary. I am writing to you about teachers' children transfers. My daughter is five years old and will be in Kindergarten for the 2015-2016 school year. I would love for her to attend Jones Valley for Kindergarten. Not only would she be with me, she would also be around her friends. She is already in the PreK program at Jones Valley. It would not be fair to her to pull her out of the school she is already familiar with. She has grown to love Jones Valley and all the school has to offer. If she is not at Jones Valley, I will miss out on her first day of Kindergarten. Not only is the first day of Kindergarten a milestone for a child, but it is also important for parents. If my child is not allowed to attend the school were I teach, I will never be able to participate in her first day of school. I will also miss out on holiday parties, plays, programs and graduations.

I am also concerned about my role at Jones Valley. Currently, I am on the leadership team, Kindergarten team leader, teacher liaison for the Watch D.O.G.S. program, and a member of the school's discipline team. I am able to contribute so much of my time because my own child is here with me. I would not be able to contribute as much if she is at another school.

I am part of a group of teachers at Jones Valley that simply want our own children to be able to attend the school were we teach.

Thank you for your consideration on this matter.

Kimberlie Eason


**Kimberlie Eason**
Kindergarten Teacher
Jones Valley Elementary