This is a message for anyone who has the power to help me.

My daughter, ▮▮▮▮▮▮▮▮ is a "typical" student in the special needs preschool here at Jones Valley. I have had her on the waiting list to transfer to JVE since birth. There is always room in our kindergarten, so I had no reason to believe she would not be here with me until the recent events. It now seems that she may not be able to attend. My older son, Brody is here and was approved to be grandfathered in. From what I understand, he will have to leave Jones Valley as well. I live in the Chaffee zone, which is a wonderful school, but I am completely in a panic thinking of how I will manage this change. I am also in charge of many after school activities and the school's morning news (voluntarily) that I will have to give up if I have to drop off and pick up my children to and from Chaffee. Sending my children to a different school would complicate life for us and make it very difficult to give so much of myself to Jones Valley.

This is a win-win for the school. I love Jones Valley. I have been here for many years. I have been a part of this PTA, painted murals for the halls, worked on the fundraisers, created sets for plays, and much, much more because my children have been here, and I was able to combine my passion as a teacher and a parent to give more of myself. I give my time to this school knowing that my children are right here with me, and I am not taking time away from them. If they have to leave, I have no clue how I will make it to work on time, especially on days I conduct the morning show or have early morning duties. Early dismissals will be a nightmare. My son will be in 4th grade, and loves his friends. This place is his home! My little one will start kindergarten next year. She knows this school and feels happy here. I am just sick about having to put them in extended care after school. This is an expense I am not prepared for. I also love coming into work early and helping where needed.

When I chose to work for Huntsville City Schools, I knew I would have my children with me. This is one of the greatest benefits for mothers that are also teachers. To take this away now may seem fair on paper. It will be a loss for our family and my school. I will not be able to give to Jones Valley the way I do now. I am begging, as a mother and a dedicated teacher…please afford me this life-changing chance to allow my students to attend school at Jones Valley with me. I am praying that you see how this only benefits everyone. I appreciate your thought and consideration.


Sincerely,
Stacey Besherse
Jones Valley Elementary School