To Whom it May Concern:

My name is Kristen Jackson.  I teach at Jones Valley Elementary, a quaint, neighborhood school in Southeast Huntsville.  I am writing today to express my concern about the lack of consideration that is being given to the children of teachers in the Huntsville City School District.  As far as I am aware, before the negotiations with the Dept of Justice, the transfers of teacher's children zoned outside of their teaching school was not an issue.  When I applied to teach in HCS 7 years ago, as a young teacher with plans for a family, this incentive was very inviting to me.  Soon after I began teaching at Jones Valley, my husband and I had our first child and built our first home.  We built our home one school zone away from Jones Valley, because as I understood it, I would be able to bring my child to work with me.  I never imagined one day I would have the burden of him not being able to attend Jones Valley.

I became a teacher, in part, because it affords me the opportunity to be a parent…and to work for my heartfelt passion of helping children who are in my care each day.  The first day of school is one of the most important days in a teacher's life, a child's life, and a mother's life as well.  If my own child is not with me, I will never see a first day of school, never make it to a Christmas or Valentine's party, and never be able to volunteer in my child's classroom during the school day because I am teaching and caring for children in my own class. In addition, I will not be able to serve my school through before or after school committees, clubs, and teams because I will be restricted to drop off and pick up times at my child's home school.

Therefore, it is my request that as you finalize the new guidelines of this recent proposal, you look at the handful of requests of teachers' kids who fit this situation…not as a number…not as a code…but as the child of a teacher, who is dedicated to his/her own child as well as the many children in his/her classroom.

Sincerely,

Kristen Jackson

1st Grade Teacher