# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **SONNIE WELLINGTON HEREFORD, et al.,** | } } } | |
| Plaintiffs, | } } | |
| v. | } } | Case No.: **5:63-cv-00109-MHH** |
| **UNITED STATES,** | } } | |
| Intervenor Plaintiff, | } } | |
| v. | } } | |
| **HUNTSVILLE BOARD OF EDUCATION, et al.,** | } } } | |
| Defendants. | } | |

## NOTICE OF NON-PARTY SUBMISSION

Consistent with the Court's April 10, 2014 order (*see* Doc. 304), the Clerk files the attached non-party submission.