North Huntsville Community United for Action
P. O. Box 17651
Huntsville, AL 35810

March 2, 2015

The Honorable Judge Madeline Hughes Haikala,
Judge United States District Court for the Northern District of Alabama
Hugo L. Black United States Court House
1729 5th Ave. N, Room 319
Birmingham, AL 35203

Reference: Case No.: 5:63-cv-00109-MHH, Hereford vs. Huntsville Board of Education

Dear Judge Haikala:

North Huntsville Community United for Action (NHCUA) is comprised of Pastors, Elected Officials, Civic and Community Leaders who represent members of the affected class. We are requesting that you revisit the identified areas of concern and give consideration to the suggested issues raised.

In light of the past failures of Huntsville City Schools (HCS) to comply with the existing court order to integrate the school system and the affirmation by the Superintendent, Mayor of Huntsville, and business/corporate leaders that this Proposed Consent Plan will work; we request that Unitary Status not be granted to HCS until such time that the academic performance of those students which are attending predominately African American schools, are on par with the academic performance of those students attending predominately Caucasian schools.

It is of vital importance to this community that the court continues its oversight of HCS to monitor compliance with the Proposed Consent Order and that all verified measurable milestones of the Proposed Consent Order are met before Unitary Status is considered.

Attachments:
1. NHCUA's Concerns
2. NHCUA's Members Signature Page

# North Huntsville Community United for Action (NHCUA) Concerns of the Proposed Consent Order

**Student Assignment:**

1. Student assignment plan still leaves Jemison High and Lee High predominately African-American.

2. There are no plans for development on the part of the city and county for housing or economic development in North Huntsville that would enhance student population at Jemison High whereas, Grissom High which is predominately Caucasian has population growth in that area.

3. The plan leaves failing segregated schools together.

**Majority-to-Minority Transfers:**

1. The original Majority-to-Minority (M-to-M) Court Order Document 67, Section 3B, filed September 2, 1970 gave transferring students priority for space being available. Students who reside on Redstone Arsenal are zoned for Columbia High School, Williams Middle School and Williams Elementary School. These students have the right to apply to attend Magnet Schools Programs and/or to participate in the M-to-M transfer process. Designating six spaces in each school for transfers for Redstone Arsenal students dilutes the available space of regular M-to-M transfer opportunities. If the lottery process is the process of choice for the District then it should be adhered to by all students. Preferential treatment should not be allowed. Therefore, Document 67 should not be deleted but should continue to be enforced.

2. The proposed enrollment applications are scheduled for the * December 1 – January 15 timeline which is obviously not a feasible time since students and parents are concentrating on the holiday break. This application process should be offered year round. ***(Changed to November 15 - January 15, as a result of our continued discussion.)**

3. The lottery process and wait list is inequitable, in that, it is simply another way to exclude a large number of students making request to transfer to other schools.

4. There is a recruitment process in place for Hampton Cove and Goldsmith-Schiffman Elementary; there should be a similar recruitment process in place for Jemison and Lee High Schools.

5. Our concern is that the Majority-to-Minority transfer will not be successful given the guidelines and procedures listed in the Proposed Consent Order, specifically as it relates to Jemison and Lee High Schools zoning.

**Magnet School Programs:**

1. The process for recruitment to Magnet Schools is inequitable.

2. The proposed Policy regarding duplication of courses at the magnet schools should be vigorously enforced.

**Comparability of Teachers:**

1. The school system should keep current information in reference to certification of all teachers/administrators and such information should be made available to the public. Information should be accurate and up to date.

2. All teachers should have proper certification(s) prior to entering the classroom. The teachers should be **properly certified** and **qualified** in their respective content area.

**Equitable Access to Elementary Programs:**

1. All elementary schools should have equitable access to after school programs at their designated school site.

**Equitable Access to Course Offerings:**

1. The proposed curriculum offerings at the New Jemison High School need to be in sync with the workforce demands of the High Tech Huntsville Madison County area.

2. HCS should be held strictly to the proposed agreement of course offerings in the Consent Order.

**Extracurricular Activities:**

1. All extra-curricular activities should not have individual school-imposed requirements, such as dance lessons at a private studio. All schools should follow the same policy for membership in extra-curricular activities to avoid unfair exclusion.

**Faculty:**

1. That HCS strictly adhere to the Proposed Consent Order in reference to recruitment, hiring, assignment, retention, or promotion of administrators, faculty and certified staff.

2. Furthermore, consideration should be given to experienced/certified staff in underperforming schools as stipulated in Title 1 guidelines.

**Facilities:**

1. The new facilities in North Huntsville should be comparable to the new facilities in South Huntsville.

2. We request the court to order a review of facility design and adequacy to accommodate curriculum design and implementation. This would allow design and construction changes to occur before vertical construction begins.

**Discipline:**

1. Faculty should be provided an opportunity for input in the formulation of policies and procedures in reference to discipline.

2. Students expelled under the "Students Against Fear" (SAFe) Program, due to social media postings (i.e., Facebook and twitter) should have their discipline records reflect the removal of the offense from the student's school record.

3. Students who are referred to alternative settings should have a curriculum that mirrors the regular school curriculum.

**Transportation:**

1. HCS should not be granted unitary status in area of transportation, until the goals and milestones of the Proposed Consent Agreement have been fully implemented.

**Desegregation Advisory Committee ("DAC")**

1. The community is excluded from being a part of the DAC. Community members are stakeholders and should be afforded an opportunity to be participants. It is recommended that four community members be added to the DAC.

**Reporting**

1. HCS should be held strictly to the guidelines of the reporting procedures as stated in the Proposed Consent Order. Non compliance, which in effect is disrespectful to the Judge and other participating parties, should result in imposed penalties.

_____
Pastor Jerry Crutcher

_____
State Rep Anthony Daniels, District 53, Madison, AL

_____
Pastor Larry Davidson

_____
Pastor Terrell Harris

_____
Pastor Clarence Johnson

_____
Michael Jennings

_____
Pastor Oscar L. Montgomery, Sr.

_____
Paul Proctor, President Johnson Alumni Assoc.

_____
Bishop Charles Rodgers

_____
Pastor Endia Scruggs

_____
Rev. Robert L. Shanklin

_____
Pastor Wayne Snodgrass

__Not available__
Will Culver, District 5 Huntsville City Council

_____
Pastor O. Wendall Davis

__Not available__
State Rep. A. Laura Hall, District 19 Madison, AL

_____
Commissioner Robert Harrison, District 6

_____
Pastor T. C. Johnson

_____
Pastor Michael Jones

_____
Minister Phillip Muhhamad

_____
Pastor Timothy Rainey

_____
Alice Sams, VP of Madison County NAACP

_____
Pastor Julius R. Scruggs

_____
Richard Showers, District 1, Huntsville City Council

_____
Pastor Mitchell Walker, Sr.