FILED
2015 Apr-16  AM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12                C E R T I F I C A T E
13  0
14
15        I hereby certify that the foregoing is a correct
16   transcript from the record of proceedings in the
17   above-referenced matter.
18
19
20
21
22
23   _____
24      Chanetta L. Sinkfield, RMR    April 16, 2015
25
```