March 18, 2015...THIS IS A COPY OF THE LETTER SENT, SOMEHOW LOST BY THE USPS.

March 13, 2015

Honorable Madeline Hughes Haikala
Hugo L. Black United States Courthouse
1729 Fifth Ave. N., Room 319
Birmingham, AL 35203

RE: Hereford, et. al., vs. Huntsville Board of Education.

Dear Judge Haikala,

Thank you so much for the opportunity to speak yesterday during the citizen's comments. I am truly excited about the direction that the school is moving and believe we can get there; however, I do want to reiterate my concerns about the upper Blossomwood neighborhood and not to be confused with the Covemont neighborhood or Governors Bend. You drive up Big Cove Road and 2/3's of the way up, the zone line changes and the houses on the left will be zoned to Blossomwood and the houses, 64 of them will be zoned for Monte Sano. (see enclosed map). There are less than 10 children that it will affect...same street, even addresses go to Monte Sano, odd addresses go to Blossomwood. This creates a separate neighborhood, separate friends, separate afterschool activities and separate carpools. By moving us up to Monte Sano, you have created an exclusive neighborhood which stands alone and I don't think this is the intent.

There are two ways for us to get out of our area and we have limited access to get out of the neighborhood. Drive up Big Cove Road where it dead ends at my house or turn onto Parkhill which puts you out on Governors Drive at the light. The safety issue becomes real when you have to turn left onto Governors Drive and travel up Big Cove Road at 7:30 a.m. The distance is triple from my house to Monte Sano - 3.4 miles as opposed to 1.4 to Blossomwood. There is not a bus for this route at this time, so the bus safety is not at question.

Please consider moving this small sliver of 64 homes back into the Blossomwood Zone Plan.

Again, thank you,

Beth Moore

☑ 1 enclosure

**64 homes in Blossomwood neighborhood, connected by way of Big Cove Road, will be eliminated from Blossomwood Elementary School zone**

My house
308 Big Cove Rd
deadend

Parkhill

**Residential streets connect to Big Cove Road**

**Big Cove Road**

**South boundary jumps from Governors Drive to Big Cove Road here**

**Governors Drive**

**South boundary**

**Big Cove Road**

**Governors Drive**

Blossomwood

N E S W

Case 5:63-cv-00109-MHH   Document 448-1   Filed 04/20/15   Page 3 of 4



March 22, 2015

FILED
2015 MAR 24  A 9: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

Judge Madeleine Haikala
US District Court
Hugo Black Courthouse
1729 5th Avenue N
Birmingham AL 35203

Re Hereford v. Huntsville School Board   5:63-CV-109 MHH
Friend-of-the-Court Submission

Dear Judge Haikala:

I write to raise concerns about the proposed settlement of the Hereford case. The proposed agreement on the racial desegregation of the Huntsville school system is doomed to fail because some of the major actors in the re-segregation of the Huntsville school system are not parties to the agreement.

To wit: in the last year, while you have been reviewing the merits of the latest attempt to integrate the city schools, the Huntsville Housing Authority has been re-segregating them. In the proposed demolition of the downtown Searcy Homes, the HHA is building two units—naturally enough—in north Huntsville. One is five miles north of downtown and the other is seven miles northwest of downtown.

Moreover, the Housing Authority has just recently proposed to demolish Mason Court/Sparkman Homes and move those units north, also. All of these low-cost housing units could/should be moved south of their present locations. For example, they could be moved to the soon-vacant lot that is now Grissom High School. OR they all could continue where they are and be zoned for Huntsville High School. This is the way to integrate the Huntsville Schools.

I request that you keep Hereford v. Huntsville School Board under advisement/review until the City of Huntsville and all its pertinent secret agencies can be made parties and signatories of any agreement reached. Otherwise, this present agreement is doomed to fail.

Yours truly,

*Michael David Smith*

Michael David Smith

I, Michael David Smith, certify that I have mailed copies of this submission in the matter of Hereford v. Huntsville City School Board to the following persons/agencies by US Post first-class mail:

Huntsville City School Board;

U S Department of Justice;

Dr. Sonnie Hereford Jr.;

The National Association for the Advancement of Colored People;

The Southern Poverty Law Center.

Signed,

*Michael David Smith* (signature)

Michael David Smith