FILED
2015 Jul-14 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA



# North Huntsville Committee United for Action (NHCUA)

P. O. Box 17651
Huntsville, AL 35810

June 22, 2015

Because we know that the Superintendent of the Huntsville City Schools (HCS) System is hostile to Majority-to-Minority ("M-to-M") transfers, we as parents/guardians must always be watchful as the Huntsville City Schools Board implements the M-to-M provisions of the Consent Order dated April 25, 2015.

It is important to remember that **IF YOU ARE NOTIFIED** that your request for an M-to-M transfer for your child has been granted by the HCS, **YOU HAVE TEN DAYS TO NOTIFY HCS** that you will accept the transfer. If you fail to respond within the ten-day period, your request will be ignored and your child will not be allowed to transfer to the predominately white school.

North Huntsville Committee United for Action (NHCUA) respectfully ask the Department of Justice (DOJ) to negotiate with the HCS on this issue. Our request is simple: parents/guardians should be notified of the approval of their M-to-M request either by **e-mail, next-day, or certified mail return receipt requested**. If the DOJ is unable to reach an agreement with the HCS, then we will ask the DOJ to request the Court to order that it be done.

This request should not be a problem for the HCS. It will be a win-win situation for both parties.

In any event, the important thing for you to remember as parents/guardians is that if the M-to-M transfer application is granted, you must respond to the School Board with your acceptance in ten (10) days.

Respectfully,

_signature_
Pastor T. C. Johnson/Chair NHCUA


_signature_
Michelle Watkins/Secretary NHCUA


*From the desk of NHCUA*