FILED
2017 Nov-29 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SONNIE WELLINGTON HEREFORD, IV., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| AND | ) ) CV-63-MHH-109-NE |
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| HUNTSVILLE BOARD OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) |

**SUPPLEMENTAL EVIDENTIARY SUBMISSION
IN SUPPORT OF DEFENDANT'S
THIRD CONSENT ORDER REPORT**

Defendant, Huntsville City Board of Education, hereby supplements the Evidentiary Submission in Support of Defendant's Third Consent Order Report. Namely, this Supplemental Evidentiary Submission replaces the portion of the spreadsheets filed in support of Exhibit IV.H.2 labeled "Elementary" and "Grades 6-8". The school names on the spreadsheets were partially cut off on the original filing. The documents attached to this filing are a replacement for pages 3-5 of Document 565-3, filed on November 15, 2017.

RESPECTFULLY SUBMITTED this 29th day of November, 2017.

      /s/ J.R. Brooks
J.R. Brooks
Christopher M. Pape
Maree F. Sneed

Attorneys for Defendant

OF COUNSEL

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
Huntsville, AL 35804
Phone: 256-535-1100
Fax: 256-533-9322

MAREE SNEED
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202-637-5600
Fax: 202-637-5910

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for the parties in this case:

Shaheena Simons, Shaheena.Simons@usdoj.gov

Andrea Hamilton, Andrea.Hamilton@usdoj.gov

Kelly Gardner, Kelly.Gardner@usdoj.gov

Andrew Jondahl, Andrew.Jondahl@usdoj.gov

/s/ J. R. Brooks
J. R. Brooks

# SUPPLEMENTAL EXHIBIT IV.H.2.

| Consent Order Reference: IV.H.2 | Elementary | | | | | 2016-2017 School Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| School Name | Core Activity | Core Activity/Club Name | Grades Eligible for Participation | Participation Target | Participation Rate - Black | Participation Rate - White | Participation Rate - Other | Participation Rate - Black | Participation Rate - White | Participation Rate - Other | Eligible Black Students | Eligible White Students | Eligible Other Students |
| AAA K-5 | Math Club | Math Club | 4, 5 | 3% | 28 | 22 | 6 | 29% | 55% | 40% | 95 | 40 | 15 |
| ASFL K-5 | Math Club | Math Club | 4, 5 | 3% | 11 | 2 | 3 | 13% | 9% | 12% | 86 | 23 | 25 |
| Blossomwood Elementary | Math Club | Math Club | 4, 5, 6 | 3% | 12 | 65 | 3 | 15% | 52% | 16% | 82 | 125 | 19 |
| Chaffee Elementary School | Math Club | Math Club | 3, 4, 5 | 3% | 9 | 31 | 12 | 27% | 27% | 22% | 33 | 113 | 54 |
| Challenger Elementary School | Math Club | Math Club | 3, 4, 5 | 3% | 3 | 15 | 7 | 9% | 8% | 13% | 33 | 182 | 53 |
| Chapman P-5 | Math Club | Math Club | 3, 4, 5 | 3% | 7 | 6 | 4 | 18% | 10% | 27% | 38 | 59 | 15 |
| Dawson Elementary School | Math Club | Math Club | 3, 4, 5, 6 | 3% | 20 | 3 | 6 | 13% | 19% | 18% | 156 | 16 | 33 |
| Farley Elementary School | Math Club | Math Club | 3, 4, 5 | 3% | 10 | 76 | 24 | 53% | 57% | 63% | 19 | 133 | 38 |
| Goldsmith Schiffman Elementary School | Math Club | Math Club | 3, 4, 5 | 3% | 10 | 112 | 19 | 36% | 40% | 38% | 28 | 277 | 50 |
| Hampton Cove Elementary School | Math Club | Math Club | 4, 5 | 3% | 5 | 41 | 5 | 31% | 27% | 24% | 16 | 151 | 21 |
| Highlands Elementary School | Math Club | Math Club | 4, 5, 6 | 3% | 46 | 2 | 9 | 29% | 29% | 43% | 160 | 7 | 21 |
| Jones Valley Elementary | Math Club | Math Club | 3, 4, 5, 6 | 3% | 4 | 45 | 4 | 5% | 24% | 10% | 83 | 185 | 40 |
| Lakewood Elementary School | Math Club | Math Club | 3, 4, 5, 6 | 3% | 40 | 2 | 5 | 21% | 20% | 11% | 187 | 10 | 45 |
| Martin Luther King Jr Elementary | Math Club | Math Club | 3, 4, 5 | 3% | 41 | 10 | 11 | 27% | 56% | 33% | 151 | 18 | 33 |
| McDonnell Elementary School | Math Club | Math Club | 4, 5 | 3% | 4 | 5 | 11 | 16% | 26% | 14% | 25 | 19 | 79 |
| Monte Sano Elementary School | Math Club | Math Club | 4, 5, 6 | 3% | 1 | 13 | 0 | 6% | 18% | 0% | 18 | 72 | 6 |
| Montview Elementary School | Math Club | Math Club | 4, 5 | 3% | 21 | 0 | 6 | 36% | 0% | 50% | 58 | 2 | 12 |
| Morris Elementary School | Math Club | Math Club | 3, 4, 5 | 3% | 85 | 39 | 57 | 87% | 72% | 77% | 98 | 54 | 74 |
| Mt. Gap K-5 | Math Club | Math Club | 3, 4, 5 | 3% | 3 | 33 | 7 | 21% | 23% | 29% | 14 | 142 | 24 |
| Providence Elementary School | Math Club | Math Club | 3, 4, 5 | 3% | 32 | 13 | 12 | 14% | 19% | 15% | 225 | 69 | 82 |
| Ridgecrest Elementary School | Math Club | Math Club | 4, 5 | 3% | 4 | 4 | 11 | 4% | 7% | 9% | 93 | 58 | 125 |
| Rolling Hills Elementary School | Math Club | Math Club | 3, 4, 5, 6 | 3% | 30 | 2 | 10 | 16% | 22% | 29% | 186 | 9 | 34 |
| University Place Elementary School | Math Club | Math Club | 3, 4, 5, 6 | 3% | 24 | 1 | 13 | 13% | 8% | 20% | 184 | 13 | 65 |
| Weatherly Elementary School | Math Club | Math Club | 4, 5 | 3% | 6 | 48 | 8 | 21% | 41% | 28% | 28 | 117 | 29 |
| Whitesburg K-5 | Math Club | Math Club | 3, 4, 5 | 3% | 5 | 21 | 7 | 6% | 24% | 12% | 81 | 89 | 60 |
| Williams P-5 | Math Club | Math Club | 3, 4, 5, 6 | 3% | 20 | 29 | 11 | 9% | 21% | 13% | 228 | 141 | 88 |

| Consent Order Reference: IV.H.2 | Grades 6-8 | | | 2016-2017 School Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Core Activity | Core Activity/Club Name | Grades Eligible for Participation | Participation Target | Total Participants | Black Participants | White Participants | Other Participants | Black Participation Rate | White Participation Rate | Other Participation Rate | Eligible Black Students | Eligible White Students | Eligible Other Students |
| AAA | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 56 | 23 | 26 | 7 | 26% | 43% | 41% | 88 | 61 | 17 |
| AAA | Math Team | Math Team | 6 - 8 | 3% | 9 | 6 | 2 | 1 | 5% | 2% | 4% | 128 | 93 | 27 |
| AAA | Academic Club or Team | Academic Team | 6 - 8 | 3% | 10 | 3 | 6 | 1 | 2% | 6% | 4% | 128 | 93 | 27 |
| AAA | Academic Club or Team | Robotics | 6 - 8 | 3% | 21 | 7 | 12 | 2 | 5% | 13% | 7% | 128 | 93 | 27 |
| AAA | Academic Club or Team | Thespian Honors | 6 - 8 | 3% | 78 | 38 | 32 | 8 | 30% | 34% | 30% | 128 | 93 | 27 |
| AAA | Student Leadership Organization | Student Government | 6 - 8 | 3% | 22 | 12 | 9 | 1 | 9% | 10% | 4% | 128 | 93 | 27 |
| ASFL | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 32 | 12 | 13 | 7 | 19% | 33% | 24% | 63 | 39 | 29 |
| ASFL | Math Team | Math Team | 6 - 8 | 3% | 10 | 2 | 5 | 3 | 2% | 7% | 7% | 89 | 67 | 42 |
| ASFL | Academic Club or Team | Academic Team | 6 - 8 | 3% | 8 | 0 | 5 | 3 | 0% | 7% | 7% | 89 | 67 | 42 |
| ASFL | Academic Club or Team | Robotics | 6 - 8 | 3% | 18 | 10 | 7 | 1 | 11% | 10% | 2% | 89 | 67 | 42 |
| ASFL | Academic Club or Team | Future City | 6 - 8 | 3% | 9 | 2 | 4 | 3 | 2% | 6% | 7% | 89 | 67 | 42 |
| ASFL | Student Leadership Organization | Student Government | 6 - 8 | 3% | 19 | 9 | 4 | 6 | 10% | 6% | 14% | 89 | 67 | 42 |
| Challenger Middle | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 35 | 2 | 27 | 6 | 4% | 14% | 11% | 54 | 192 | 57 |
| Challenger Middle | Math Team | Math Team | 6 - 8 | 3% | 26 | 2 | 16 | 8 | 3% | 5% | 11% | 75 | 302 | 74 |
| Challenger Middle | Academic Club or Team | Academic Team | 6 - 8 | 3% | 9 | 0 | 5 | 4 | 0% | 2% | 5% | 75 | 302 | 74 |
| Challenger Middle | Academic Club or Team | Cyber Patriot | 6 - 8 | 3% | 29 | 0 | 21 | 8 | 0% | 7% | 11% | 75 | 302 | 74 |
| Challenger Middle | Academic Club or Team | Robotics | 6 - 8 | 3% | 11 | 2 | 7 | 2 | 3% | 2% | 3% | 75 | 302 | 74 |
| Challenger Middle | Student Leadership Organization | Student Government | 6 - 8 | 3% | 48 | 12 | 27 | 9 | 16% | 9% | 12% | 75 | 302 | 74 |
| Chapman Middle | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 0 | 0 | 0 | 0 | 0% | 0% | 0% | 145 | 52 | 27 |
| Chapman Middle | Math Team | Math Team | 6 - 8 | 3% | 4 | 2 | 2 | 0 | 1% | 3% | 0% | 225 | 71 | 44 |
| Chapman Middle | Academic Club or Team | Academic Team | 6 - 8 | 3% | 7 | 0 | 5 | 2 | 0% | 7% | 5% | 225 | 71 | 44 |
| Chapman Middle | Academic Club or Team | Robotics | 6 - 8 | 3% | 11 | 3 | 3 | 5 | 1% | 4% | 11% | 225 | 71 | 44 |
| Chapman Middle | Academic Club or Team | Student Ambassadors | 6 - 8 | 3% | 27 | 14 | 9 | 4 | 6% | 13% | 9% | 225 | 71 | 44 |
| Chapman Middle | Student Leadership Organization | Student Government | 6 - 8 | 3% | 40 | 25 | 8 | 7 | 11% | 11% | 16% | 225 | 71 | 44 |
| Hampton Cove Middle | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 129 | 6 | 105 | 18 | 16% | 30% | 30% | 37 | 351 | 61 |
| Hampton Cove Middle | Math Team | Math Team | 6 - 8 | 3% | 4 | 0 | 4 | 0 | 0% | 1% | 0% | 37 | 351 | 61 |
| Hampton Cove Middle | Academic Club or Team | Academic Team | 6 - 8 | 3% | 14 | 1 | 11 | 2 | 3% | 3% | 3% | 37 | 351 | 61 |
| Hampton Cove Middle | Academic Club or Team | Robotics | 6 - 8 | 3% | 25 | 3 | 18 | 4 | 6% | 4% | 4% | 51 | 506 | 90 |
| Hampton Cove Middle | Academic Club or Team | Science Olympiad | 6 - 8 | 3% | 23 | 2 | 15 | 6 | 4% | 3% | 7% | 51 | 506 | 90 |
| Hampton Cove Middle | Student Leadership Organization | Student Government | 6 - 8 | 3% | 66 | 4 | 55 | 7 | 8% | 11% | 8% | 51 | 506 | 90 |
| Huntsville Jr. High | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 105 | 18 | 81 | 6 | 9% | 32% | 8% | 192 | 252 | 71 |
| Huntsville Jr. High | Math Team | Math Team | 7 - 8 | 3% | 17 | 3 | 12 | 2 | 2% | 5% | 3% | 192 | 252 | 71 |
| Huntsville Jr. High | Academic Club or Team | Academic Team | 7 - 8 | 3% | 9 | 1 | 5 | 3 | 1% | 2% | 4% | 192 | 252 | 71 |
| Huntsville Jr. High | Academic Club or Team | Robotics | 7 - 8 | 3% | 19 | 5 | 8 | 6 | 3% | 3% | 8% | 192 | 252 | 71 |
| Huntsville Jr. High | Academic Club or Team | Speech and Debate | 7 - 8 | 3% | 25 | 9 | 12 | 4 | 5% | 5% | 6% | 192 | 252 | 71 |
| Huntsville Jr. High | Student Leadership Organization | Student Government | 7 - 8 | 3% | 27 | 10 | 15 | 2 | 5% | 6% | 3% | 192 | 252 | 71 |
| McNair Junior High | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 16 | 13 | 0 | 3 | 4% | 0% | 6% | 340 | 16 | 51 |
| McNair Junior High | Math Team | Math Team | 7 - 8 | 3% | 9 | 9 | 0 | 0 | 3% | 0% | 0% | 340 | 16 | 51 |
| McNair Junior High | Academic Club or Team | Academic Team | 7 - 8 | 3% | 5 | 4 | 0 | 1 | 1% | 0% | 2% | 340 | 16 | 51 |

| Consent Order Reference: IV.H.2 | Grades 6-8 | | | | 2016-2017 School Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Core Activity | Core Activity/Club Name | Grades Eligible for Participation | Participation Target | Total Participants | Black Participants | White Participants | Other Participants | Black Participation Rate | White Participation Rate | Other Participation Rate | Eligible Black Students | Eligible White Students | Eligible Other Students |
| McNair Junior High | Academic Club or Team | Robotics | 7 - 8 | 3% | 20 | 16 | 1 | 3 | 5% | 6% | 6% | 340 | 16 | 51 |
| McNair Junior High | Academic Club or Team | Greenpower | 7 - 8 | 3% | 18 | 15 | 1 | 2 | 4% | 6% | 4% | 340 | 16 | 51 |
| McNair Junior High | Student Leadership Organization | Student Government | 7 - 8 | 3% | 11 | 10 | 0 | 1 | 3% | 0% | 2% | 340 | 16 | 51 |
| Mt. Gap Middle | National Honor Society | National Junior Honor Society | 7, 8 | 3% | 77 | 5 | 62 | 10 | 16% | 33% | 26% | 32 | 188 | 39 |
| Mt. Gap Middle | Math Team | Math Team | 6-8 | 3% | 13 | 1 | 8 | 4 | 2% | 3% | 6% | 50 | 311 | 63 |
| Mt. Gap Middle | Academic Club or Team | Academic Team | 6-8 | 3% | 6 | 1 | 4 | 1 | 2% | 1% | 2% | 50 | 311 | 63 |
| Mt. Gap Middle | Academic Club or Team | Greenpower (6-8) | 6-8 | 3% | 24 | 0 | 21 | 3 | 0% | 7% | 5% | 50 | 311 | 63 |
| Mt. Gap Middle | Academic Club or Team | Robotics | 6-8 | 3% | 64 | 2 | 53 | 9 | 4% | 17% | 14% | 50 | 311 | 63 |
| Mt. Gap Middle | Student Leadership Organization | Student Government | 6-8 | 3% | 30 | 2 | 25 | 3 | 4% | 8% | 5% | 50 | 311 | 63 |
| Westlawn | National Honor Society | National Junior Honor Society | 7, 8 | 3% | 15 | 6 | 6 | 3 | 7% | 22% | 4% | 87 | 27 | 80 |
| Westlawn | Math Team | Math Team | 6-8 | 3% | 5 | 2 | 0 | 3 | 1% | 0% | 2% | 135 | 46 | 128 |
| Westlawn | Academic Club or Team | Academic | 6-8 | 3% | 8 | 4 | 1 | 3 | 3% | 2% | 2% | 135 | 46 | 128 |
| Westlawn | Academic Club or Team | Robotics | 6-8 | 3% | 7 | 2 | 1 | 4 | 1% | 2% | 3% | 135 | 46 | 128 |
| Westlawn | Academic Club or Team | Cyber Security | 6-8 | 3% | 6 | 3 | 3 | 0 | 2% | 7% | 0% | 135 | 46 | 128 |
| Westlawn | Student Leadership Organization | Student Government | 6-8 | 3% | 18 | 11 | 2 | 5 | 8% | 4% | 4% | 135 | 46 | 128 |
| Whitesburg | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 84 | 9 | 52 | 23 | 10% | 35% | 20% | 94 | 149 | 117 |
| Whitesburg | Math Team | Math Team | 6-8 | 3% | 11 | 6 | 1 | 4 | 4% | 0% | 2% | 138 | 229 | 192 |
| Whitesburg | Academic Club or Team | Academic Team | 6-8 | 3% | 10 | 0 | 8 | 2 | 0% | 3% | 1% | 138 | 229 | 192 |
| Whitesburg | Academic Club or Team | Green Power Team | 6-8 | 3% | 45 | 8 | 27 | 10 | 6% | 12% | 5% | 138 | 229 | 192 |
| Whitesburg | Academic Club or Team | Robotics | 6-8 | 3% | 18 | 3 | 13 | 2 | 2% | 6% | 1% | 138 | 229 | 192 |
| Whitesburg | Student Leadership Organization | Student Government | 6-8 | 3% | 13 | 2 | 6 | 5 | 1% | 3% | 3% | 138 | 229 | 192 |
| Williams Middle | National Honor Society | National Junior Honor Society | 7 - 8 | 3% | 0 | 0 | 0 | 0 | 0% | 0% | 0% | 199 | 67 | 82 |
| Williams Middle | Math Team | Math Team | 7 - 8 | 3% | 1 | 0 | 0 | 1 | 0% | 0% | 1% | 199 | 67 | 82 |
| Williams Middle | Academic Club or Team | Academic Team | 7 - 8 | 3% | 5 | 4 | 1 | 0 | 2% | 1% | 0% | 199 | 67 | 82 |
| Williams Middle | Academic Club or Team | Yearbook | 7 - 8 | 3% | 19 | 6 | 4 | 9 | 3% | 6% | 11% | 199 | 67 | 82 |
| Williams Middle | Academic Club or Team | Robotics | 7 - 8 | 3% | 1 | 1 | 0 | 0 | 1% | 0% | 0% | 199 | 67 | 82 |
| Williams Middle | Student Leadership Organization | Student 2 Student | 7 - 8 | 3% | 35 | 17 | 8 | 10 | 9% | 12% | 12% | 199 | 67 | 82 |