*1* FILED
2022 Jan-31  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

1              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
2                 NORTHEASTERN DIVISION

3

4  SONNIE WELLINGTON HEREFORD,   *
   IV, et al.,
5                                *
         Plaintiffs,             *    5:63-cv-109-MHH
6                                *
      vs.                             January 21, 2022
7                                *    1:00 p.m.
   HUNTSVILLE BOARD OF
8  EDUCATION,                    *
                                      Birmingham, Alabama
9         Defendant.             *

10

   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
11
             TRANSCRIPT OF VIDEOCONFERENCE HEARING
12                     RE: DAC REPORT
        BEFORE THE HONORABLE MADELINE HUGHES HAIKALA
13              UNITED STATES DISTRICT JUDGE

14  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2   For the Plaintiffs:      John Mark Debro
                              Grace, Matthews & Debro
                              108 North Jefferson St.
 3                            Huntsville, AL 35801
 4
 5   For Intervenor           Andrea E. Hamilton
     Plaintiffs:              Kelly Gardner
 6                            Robin Deykes
                              United States Department of Justice
 7                            Civil Rights Division
                              Educational Opportunities Section
 8                            950 Pennsylvania Ave, NW
                              Washington, DC 20530
 9
10
     For the Defendant:       Christopher M. Pape
11                            J.R. Brooks
                              Zachary Braden Roberson
12                            Lanier, Ford, Shaver & Payne
                              2101 West Clinton Avenue, Suite 102
13                            Huntsville, AL 3585
14
15   Also Present:           Christie Finley
                             George Smith
16
17
     Court Reporter:          Leah S. Turner, RMR, CRR
18                            Federal Official Court Reporter
                              1729 5th Avenue North, Room 210
19                            Birmingham, AL 35203
20
21
22
23
24
25
```

1          This cause came to be heard and was heard on the
21st day of January 2022, before the Honorable Madeline Hughes
2    Haikala, United States District Judge, holding court for
United States District Court, Northern District of Alabama,
3    Northeastern Division, in Birmingham, Alabama.

4          Proceedings continued as follows:

5              P R O C E E D I N G S

6          THE COURT:  Good afternoon, everyone.  We are here

7    today in case 63-109.  This is Hereford versus the Huntsville

8    Board of Education, and we are here to discuss the DAC report

9    and the superintendent's response to the report.  Thank you

10   all for being available this afternoon.

11         Is the United States ready to proceed?

12         MS. HAMILTON:  Yes, Your Honor.

13         THE COURT:  Mr. Debro, are you ready?

14         MR. DEBRO:  Yes, Your Honor.

15         THE COURT:  And is the board ready to proceed?

16         MR. PAPE:  Yes, Your Honor.

17         THE COURT:  Very good.  The Court has reviewed the

18   DAC's report and the Court has reviewed the superintendent's

19   response, and I thought maybe it would be best for us just to

20   walk through that response, through the report and response.

21   And, Mr. Pape, maybe the best place to start before we dig in

22   to the report is introductions.  There may be some

23   introductions you would like to make this afternoon.

24         MR. PAPE:  Yes, Your Honor.  Thank you very much for

25   the opportunity to do that.  In trying to make sure we balance

1  the technological aspects of having a Zoom hearing, just for

2  the sake of the court reporter, we do have a few of us in the

3  same room, thus the mask, and so we are going to try to use a

4  single mic coming through my screen if possible, if anyone

5  else needs to speak.  If that doesn't work or we're not loud

6  enough, we're happy to pause briefly to make sure we can get

7  the people unmuted correctly without having the echo sound if

8  at all possible.  So I just wanted to put that on everyone's

9  radar that we will try to navigate that.

10          THE COURT:  Thank you.

11          MR. PAPE:  As far as introductions, we have two of

12  the district team with us today.  We have the superintendent

13  Ms. Christie Finley, who is present, to participate in our

14  meeting today, and we also have Dr. George Smith, who is the

15  chief student equity officer.  He is also present here today.

16  I know that the Court has met with Ms. Finley in the past,

17  both in her previous role and in her current role, but I don't

18  believe -- although the Court has read testimony through

19  affidavits from Dr. Smith in the past, at least as to the

20  transportation motion for unitary status, but I don't believe

21  that Dr. Smith has ever had the opportunity to actually be

22  before the Court in any official proceedings, so I think this

23  is his first time.

24          THE COURT:  Very good.  I guess one other just

25  preliminary matter, Ms. Finley pointed out in her response and

I think the DAC did a good job of acknowledging in its report

that the past couple of years have been extremely challenging

for the Huntsville school district as they have been for every

school trying to operate in the midst of the pandemic, and so

the Court certainly recognizes that and understands that

information that is available to the Court in both the

district's annual report and in the DAC conversation with the

district is going to be impacted by all the different ways in

which the pandemic has affected education.

        The Court also recognizes that the district,

unfortunately, to add to a difficult situation, the district

was the victim of a cyber attack in the past school year and

that that impacted the district in various ways.  Perhaps the

most significant, for purposes of our conversation, is the

district's ability to process applications for M—to—M

transfers.

        So the Court is sensitive to those two issues and

believes that we still can have a constructive conversation

about the information in the DAC report, with all of us

recognizing that the pandemic to the greatest extent and the

cyber attack to a lesser extent are factors in everything that

we are seeing this year.

        So if there are any other preliminary matters,

preliminary remarks that anyone would like to make, the floor

is open, so please let me know if anybody would like to speak.

1          All right.  Well, why don't we, then, just walk

2   through the report.

3          Mr. Pape, were you planning to take the lead today?

4          MR. PAPE:  Yes, Your Honor.

5          THE COURT:  Then I will hand this over to you.

6          MR. PAPE:  Your Honor, I'm happy to take the factors

7   in the order of the report, but I thought potentially it might

8   make more sense -- I expect that there will be a couple of

9   factors that will be briefer in discussion and then maybe a

10  few that, just given the history and recent events, might take

11  a bit longer.  If the Court is okay with maybe jumping around

12  just a little bit, we may try to start with the less detailed

13  factors or the issues that I expect will take less time.

14         THE COURT:  That's fine with me.  Is that okay with

15  you, Ms. Hamilton?

16         MS. HAMILTON:  Yes, Your Honor.  That's fine.

17         THE COURT:  Mr. Debro, is that all right with you?

18         MR. DEBRO:  Yes, that's fine with me, Your Honor.

19         THE COURT:  Sound good.  All right.  Mr. Pape?

20         MR. PAPE:  Thank you, Your Honor.  The first factor

21  that we wanted to highlight was the student assignment factor.

22  This is one that the DAC identified both some positives

23  related to the M-to-M and magnet processing, and they also

24  raised concerns pertaining to the growth in the district, I

25  think were two of the major issues, and I think I can speak

1    briefly to those.

2          The Court has already recognized in the opening

3    remarks the major impact that the district felt for student

4    assignment was unfortunately the ill timed -- I don't know if

5    there's ever a good time, but the ill timed cyber attack in

6    December of 2020.  That did cause the data that we reported in

7    November on behalf of the district to be different than what

8    we have reported in the past.  It was impacted, and largely

9    where the impact was felt were in those mechanisms and

10   safeguards that the district has in place to minimize families

11   applying for schools that either were likely to be full or

12   maybe were not otherwise qualified for, which is more of an

13   issue that we had -- it's hard to say this -- maybe closer to

14   9, 10 years ago when we were looking at this data before we

15   got in the habit of having these systems in place that we have

16   now.

17          I'm happy to say that I think that that will be a

18   one-year problem, and confirming with Dr. Smith and other

19   members of the district team, the process of receiving M-to-M

20   applications this year and magnet applications this year

21   should be back to normal.  The vendor that helped us

22   originally design the M-to-M and magnet transfer website has

23   helped the district recreate that, and they said that

24   outwardly facing, it should feel similar to families and the

25   district.  It's supposed to be better than before.  So

1    hopefully it's easier to pull the data and process for the

2    district, but I believe the safeguards are back in place, and

3    we expect that those same issues that were present in the

4    '20-'21 school year will not be present moving forward.  So we

5    think that's good news.  Unfortunately we were not able to fix

6    it mid year last year, but we were able to correct it this

7    year.

8            Another issue that the DAC raised was about student

9    growth and population growth, and that is an exciting issue to

10   have for the City of Huntsville.  It has been exciting for

11   several years but it's also one that is a challenging issue.

12   Not to belabor the point, but as I'm sure the parties can

13   imagine and are aware of and the Court can be similarly,

14   there's a lot of coordination that goes between the district

15   and the City and even the Chamber of Commerce and other

16   entities that are responsible for helping bring new business

17   to the area and get new jobs to the area.

18           The district also has been working with a

19   demographer for many years, Cooperative Strategies.  They have

20   had some of their representatives appear earlier in this

21   matter and they have been helping the district with

22   assessment, accountability, individuals like Dr. Smith with

23   typical demographic approaches which look at things like live

24   births and where we might see natural growth.

25           The problem has been and the difficulty has been

1    that certainly gives us a trajectory of where we might grow,

2    but it doesn't account for an overnight announcement from the

3    chamber where we add 2000 new jobs and where those individuals

4    may live.

5           But the district has been working both on a round of

6    potential -- I say potential.  I know the superintendent would

7    love to not call these potential and would love just to be

8    able to move forward with improvements, long-term facilities

9    planning, things like 5, 10, 15 years down the road, looking

10   to see where we might have people moving and what buildings

11   need to be refreshed, et cetera, but the district is really --

12   a goal for this calendar year, '22, is to take what the

13   superintendent believes is instructionally appropriate and

14   also embed those other layers, those other components, working

15   with the City leaders, where we think the growth will be and

16   how we can stage a long term plan.

17          The district had some sad news in December but also

18   a pleasant surprise that came out of that.  The district's

19   CSFO accepted a job in private industry in December, which is

20   Mr. Dustin Daehn.  He had done a great job for the district

21   over the last year and a half, and we were very sad to see him

22   go.  That's one of the downsides of Huntsville growing as it

23   does.  There's a lot of competition for jobs.  But the

24   pleasant surprise out of the change was that the district

25   added Mr. Andy Craig, who was the deputy superintendent of

1   finance for the State department and he has now joined the
2   district's team as CSFO.  So he brings with him a wealth of
3   experience as former superintendent and finance director in
4   Hoover as well as his time in the State department.  So I
5   think he has a lot of experience with helping with long-term
6   planning, and so his joining of the team is well-timed to be
7   able to help with this process.  So it's still in the early
8   steps of being able to have a plan, a longer term plan, done
9   for facilities, but it's not -- we're talking about student
10  assignment, but I think you can't talk about one without the
11  other when we have the growth that we have.

12          So I just wanted to put that on the Court's radar
13  that we did have this turnover, but we don't think we're going
14  to see like we may have in the past some of our turnover, the
15  interruption or the concerns about finance, because Mr. Craig
16  has already joined the team.  He has been on site now I guess
17  going on three weeks.  He has hit the ground running.  He is
18  already familiar with some of the issues that the district had
19  with finances because he was part of the team from the State
20  that came in to help when we had the financial concerns three,
21  four years ago.  So it's just very fortunate.  If you have to
22  have turnover, this turned into a positive situation.

23          So, to us, that's kind of a high-level response to
24  some of the concerns raised by the DAC in that section, and
25  I'm happy to answer questions or help facilitate the answering

1    of questions if the Court or any of the other parties have

2    any.

3            THE COURT:  All right.  Ms. Hamilton, anything for

4    the United States with respect to student assignment?

5            MS. HAMILTON:  Yes, Your Honor.  Before I get

6    started, I realize that I would be remiss to not just mention

7    that we appreciate what the DAC put into the report.  As we

8    were looking at their analysis and review of data and their

9    discussion of complaints that have come their way and other

10   information, it was very apparent that they put a lot of time

11   into these reports and presenting to the Court very thoughtful

12   and well-rounded analysis of the issues that were presented to

13   them, and that's true for student assignment but also for many

14   of the other areas.

15           THE COURT:  I'm going to interrupt you real quickly

16   just to echo what you said, Ms. Hamilton, and to acknowledge

17   that looking at everybody who is assembled here today, I

18   realize that there's a space missing, and that's my fault.

19           There should be a representative of the DAC with us

20   today, and so I will try to make sure that I don't repeat that

21   mistake in the future, because since the superintendent is

22   here, since Dr. Smith is here, it would be very appropriate to

23   have a DAC representative as well, and I'm sorry I didn't

24   think of it earlier.

25           I apologize for the interruption.  Please go ahead.

1          MS. HAMILTON:  No problem at all, Your Honor.  So

2    with regard to student assignment, we appreciate the

3    discussion that the DAC concluded in their report.  For the

4    M-to-M program specifically, our general takeaways are very

5    similar to those of the DAC and that Mr. Pape just shared.

6          With regard to the cyber attack, the school district

7    did bring that issue to our attention as soon as it happened,

8    and we engaged in several conversations and discussions about

9    what impact basically their computer system being taken off

10   line had on both the M-to-M program as well as the magnet

11   program, and we asked that the district continue to keep us

12   updated, but we were made aware of the fact that the timeline

13   for M-to-M process can be delayed, that the software that they

14   used would no longer be available and that they would have to

15   work and find an alternative in a short period of time, and we

16   recognize that it may have impacted some aspects of the

17   selection process.

18         One of the things that we saw in subsequent data was

19   that the number of students was a rising difference compared

20   to prior years.  In fact, in the '19-'20 school year one of

21   the things that were highlighted was that for the first time

22   the district did not provide any school to this space.  So we

23   did want to bring that to the Court's attention.

24         We also understood that due to the switch to a

25   different computer system, the district encountered an issue

where the system had accidentally extended offers to a few
students at select schools where the schools didn't actually
have capacity for those students, and in subsequent
conversations with the district they confirmed that was the
case, but also shared that because that was an issue that
wasn't the fault of the students, they went ahead and granted
the students those spaces notwithstanding the fact the schools
were over capacity.

It is our understanding in recent conversations with
the district that for the upcoming school year, the current
M-to-M application process is under way.  I believe the window
either just closed or is about to close, in fact, and that as
far as the district understands, things are proceeding much
more normal compared to this past school year.

With regard to capacity issues, the things that
Mr. Pape just shared regarding several of the schools being
over capacity and the district experiencing growth is accurate
within our assessment as well.  I think in the facilities
conversation, this may come up more, but one of the issues
that have been brought to our attention was that the district
felt the need to utilize modular units this school year when
it had moved away from that practice.  The superintendent
actually mentioned in her -- I think it was in the cover memo
of the annual report, and you also heard it in recent
conversations with the district, that those modular units have

1    not actually been utilized this school year.  And, again, I'm

2    sure we will get into that discussion later, but it's our

3    understanding that as a work around the over capacity issues,

4    that's a short-term solution while the district continues to

5    explore long-term solutions that will also be helpful.

6              THE COURT:  Thank you, Ms. Hamilton.

7              Mr. Debro, anything for you on student assignment?

8              MR. DEBRO:  Nothing at this time, Your Honor.  I've

9    been monitoring as well, but a lot of the information we have

10   had has been limited, but I've been keeping up with the

11   reports and just kind of staying abreast of what's going on

12   and the gains that the district is making, but I will reserve

13   some comments for later on after the report.

14             THE COURT:  All right.  I will just say as a general

15   comment, it likely will be something that we will circle back

16   to later.  Because it's appropriate for this Green factor, I'm

17   going to say it, but it's probably something we can discuss as

18   a broader issue later in our conversation.

19             But, Superintendent Finley, in your response to the

20   DAC's analysis on student assignment, you indicated that you

21   felt like the DAC didn't understand the requirements of the

22   consent order with respect to student assignment and that that

23   misunderstanding may have led to some inaccurate analysis on

24   the part of the DAC, and what I read in the DAC report that I

25   think may be the broader issue that may be worth discussion is

1   that the DAC actually acknowledges that the consent order is

2   difficult to understand in several respects.  It is a highly

3   detailed order that has many requirements, and I think the DAC

4   is interested in the district communicating the obligations

5   that it has under that order in a way that's available to as

6   many people as possible and not just lawyers who have been

7   entrenched in it for years and administrators who have been

8   responsible for implementing it.  So I will just leave that

9   there and we can perhaps circle back to it later in our

10  conversation.

11          Mr. Pape, which Green factor do you want to turn to

12  next, please?

13          MR. PAPE:  Yes, Your Honor.  I think the next one

14  that we would address would be extracurricular activities.  I

15  will just do the same type of approach here and highlight some

16  of the big pieces.  I think that extracurricular activities is

17  actually similar to a statement that the Court just made as

18  well.  And actually there's a few spots, and I think this

19  might be what the Court intended in terms of circling back

20  around.  I think it is a helpful discussion because I do

21  think -- there was actually an earlier discussion that we had

22  related to Highlands with the Court in the fall, and I will

23  kind of jump ahead to that because I think that that might be

24  an underlying theme throughout our response.

25          I do want to acknowledge again, once again, that I

1    think the board in its -- or the superintendent in the

2    response prepared to the Court, in rereading it, understands

3    exactly what the Court meant.  I think before when we were

4    talking about Highlands, it may be that notwithstanding that

5    the district -- we felt like we were providing accurate

6    information, but maybe we had missed the mark on tone in terms

7    of a response.  And I think and as an important part and maybe

8    when we close out the Green factor, if there's a discussion,

9    an opportunity for the superintendent to speak more directly

10   about it, I think part of the issue -- and I took that

11   criticism back to the district and I think it's well taken in

12   terms of tone, because it is apparent in a few different spots

13   in the, I think, DAC's reports, which a lot of effort went

14   into, but they are -- as Your Honor pointed out, they are not

15   lawyers that have worked on this for nearly a decade and have

16   had experience with it and administrators who have been trying

17   to work on it, and so there is an opportunity for, I think,

18   clarifying what the requirements might mean or how we are

19   working to achieve equity even if the terms of the consent

20   order themselves get a little -- may lead to people talking

21   past one another.

22             So I do think in some of the formal response that

23   goes into the filings, since it does go on the record, I do

24   think sometimes and maybe that the framework -- this is just

25   the framework that the parties came up with in the consent

1    order.  I do think that sometimes this framework actually ends
2    up leading to more of a formal response since it does have
3    that -- it is on the record, and trying to preserve the
4    aspects as best as possible, and it doesn't actually do a
5    great job, at least the couple times I've been privy to be a
6    part of the superintendent's communications with the DAC when
7    they actually have their face-to-face or their Zoom, I don't
8    think that these reports actually do a great job of capturing
9    what that real dialogue looks like.  It's typically a lot more
10   congenial than you might get in reading the -- you know, here
11   is the document, here is the formal response.
12           And so I think that's evident in several sections
13   where the district might have been a little more formal in its
14   response and maybe the tone would not be -- does not
15   adequately reflect or accurately reflect what I think the
16   relationship might be, and I think in this section is another
17   situation where I think the district took some exception to
18   the characterization of the DAC saying that there's some
19   inequity in the clubs when the district wants to defend its
20   position because it believes it has been trying to be
21   equitable in its clubs.  And there are some things that we
22   want to talk about, some internal criticisms, that the
23   district has been addressing with itself in trying to address
24   the clubs, but I just thought that was an overarching comment
25   that is probably worth making earlier in this presentation.

```
 1              So with that, I can -- I sort of derailed, and
 2    I apologize.  Back to extracurricular activities.  A couple of
 3    the major issues that the district identified, it realizes --
 4    and Dr. Smith has done a lot of work on this with Mr. Scott
 5    Stapler, who is the district's coordinator of extracurricular
 6    activities and athletics.  And there has been some difficulty.
 7    I think extracurricular activities in large respects -- the
 8    data does not actually do a fantastic job, and this is on the
 9    district, but it has not done a great job of capturing some of
10    the efforts and gains made in extracurricular activities.  And
11    what I mean by that, it is not easy with some of the State
12    data tracking mechanisms that the district has available to it
13    to accurately capture how some of these clubs -- how often
14    they are meeting and the number of students participating,
15    just due to the fluid nature of how some of these clubs meet,
16    especially at the younger grade levels.  It's not always just
17    every day this club meets at a certain time.  It may only meet
18    a couple times a year, and we're relying on teachers to track
19    information.
20              So there has been a major focus at the district
21    level to make sure that those clubs are aligned in the consent
22    order and also aligned to any instructional programming,
23    anything that goes with the district's mission or strategic
24    plan, that the district makes sure that its data is focused
25    and accurate, because when we get these self-reported other
```

1    clubs from some of the schools, the district knows that
2    there's some other clubs that are meeting at some of these
3    schools but the data is not being kept, and so when we end up
4    reporting each year, we don't -- it makes it look like the DAC
5    put out in its report that there's only a couple of these
6    other clubs at certain schools that we know have more clubs
7    than that but we don't have data to support it because the
8    teachers did not, in everything else they have going, did not
9    give us great data, and it's not necessarily -- that's not to
10   blame the teachers at all.  It's just we're trying to find a
11   way of how do we take the load off the teachers to streamline
12   this process.

13        We expect that the reporting for the upcoming year
14   will look different and have some -- hopefully some backup
15   data that we can show how we changed the processes this year
16   to track that data throughout the year and try to improve that
17   process to accurately depict what the schools are actually
18   doing, hopefully alleviate some of the confusion that if the
19   DAC members don't have better data, then how could they know
20   what's going on, and if they have those concerns, we want to
21   be able to show that we're actually providing these
22   opportunities for students.

23        So that is a major component of the district's work
24   this year, is doing a better job of actually capturing what we
25   believe is happening in schools related to clubs in a way that

1    is not confusing and is more accurate to the Court.

2            There were a couple of instances raised, one or two,

3    at the end of the extracurricular section that we also want to

4    point out related to possible race discrimination in the DAC's

5    2020-'21 report, I believe.  The district did not find any

6    evidence in any of its records about which specific student

7    this might be.  There wasn't a complaint raised at the school

8    that year.  That said, we have been in communications with the

9    United States, have talked to them that we would like to have

10   one of our liaisons be able to communicate with the DAC to see

11   if they could give us anymore information without violating

12   the confidentiality of the individual who raised the concern.

13           It will likely be Dr. Smith who will work with the

14   DAC to see if we can get that information, because we want to

15   be able to address it.  We also don't want to undermine the

16   confidence in the process, but we don't have that information

17   about who that might be.  So we just did want to let the Court

18   know we aren't ignoring that situation.  We are trying to get

19   to the bottom of it in a way that it doesn't put the DAC in a

20   bad light or make them have to give information they are not

21   comfortable with giving.

22           So I think those would be the high level things, our

23   high level concerns for extracurricular, subject to any

24   additional questions and concerns.

25           THE COURT:  Ms. Hamilton?

1          MS. HAMILTON:  Your Honor, the United States also

2     independently reviewed the extracurricular activity data

3     information for the '18-'19 and '19-'20 school years during

4     this time frame, and one thing I will note at the outset is

5     that the district is in compliance with the provision that

6     requires that schools offer a baseline number of clubs or

7     activities, both elementary and secondary level.  So as the

8     DAC noted, one of the issues is that to the extent that

9     schools are offering activities beyond that core number, as

10    they should, that there are disparities in what's being

11    provided throughout the district.

12          As Mr. Pape noted, one of the areas where we've had

13    conversations with the district is ensuring they have accurate

14    data of what is being provided at these schools and also what

15    the participation rates look like, and that way they can also

16    better support these schools to ensure that schools that

17    aren't offering a wide array of opportunities are able to

18    better target the needs of their students and provide as many

19    opportunities as they can.

20          Similar to that, Your Honor, we have also noticed --

21    and this goes beyond the DAC's report, but the fact that

22    participation rates have been dropping, taking into account

23    this past school year and the end of the '19-'20 school year.

24    I believe the superintendent may have mentioned this in her

25    response, but we understand that the implications of Covid and

1  students not attending school in person had a very large

2  impact on students being able to participate in

3  extracurricular activities, which is understandable.

4          With that said, to the extent that some of those

5  participation rates were still concerning, we certainly

6  continue to encourage the district to analyze why that is.  We

7  also wanted to note that we really appreciated -- I believe it

8  was in the '19-'20 DAC report, the DAC's comments where they

9  articulated reasons why it is important that this is given

10 priority.  I should say increasing participation rates is a

11 priority.  And one of the things that they noted is that these

12 clubs are a great tool for students to gain confidence and

13 social skills, but they also link back to the fact that if

14 students are participating in math club and other related

15 activities in elementary and middle school, they are much more

16 likely to enroll in honors and AP when they get in high school

17 because they are being exposed to these more challenging

18 opportunities.

19         And so we thought that was really helpful insight

20 that the DAC provided as well as suggestions that they

21 offered, and we wanted to point that out to the Court, and

22 also just point that out to the district that we found that

23 very valuable.

24         And the last comment I would make is just

25 reiterating Mr. Pape's points at the end relating to the

1    complaints about the athletics teams and the fact that we are

2    interested to learn more about what happened, and we

3    appreciate the district's efforts to see if we can get more

4    information from the DAC.

5              THE COURT:  It sounds like, Ms. Hamilton, that you

6    may be the person or someone on your team may be the right

7    person to begin a conversation with the DAC to see whether

8    there is additional detail that the parties can then use to

9    try to understand those situations better, so thank you for

10   any work that you do in that regard.

11             Mr. Debro, anything for you?

12             MR. DEBRO:  Nothing at this time, Your Honor, other

13   than the fact that we are still monitoring this and getting

14   some community feedback on the matters related to the

15   extracurricular activities and the clubs on how things have

16   changed, and I know Covid has affected a lot of the response

17   and a lot of the activity of the students, but we will

18   continue to monitor what is going on when it comes down to the

19   offerings, because it appears that there's still some

20   inadequacies that we need to work on, so we will keep working

21   on our end to get some additional information on that that we

22   can share with the district and find out from the DAC as well.

23             THE COURT:  All right.  One thing that I read -- and

24   you all can correct me if I'm wrong.  Sometimes I read and

25   then I confuse things in paperwork, so if I've done that here,

1    let me know.  But first of all, the district has fulfilled its
2    baseline obligation under the consent order, so that's
3    terrific that the district is doing that, but I believe part
4    of the district's response to the issue of club participation
5    and just the scope of the different extracurricular activities
6    that are available in schools across the district was, well,
7    we want to be sure that we are providing clubs that are
8    responsive to the student's interests.  And that certainly is
9    a factor that is appropriate for the district to take into
10   consideration, but in the context of these desegregation
11   cases, that approach can sometimes be a slippery slope.
12          You know, when we started our conversation in this
13   case years ago when I first became involved, one of the
14   comments about the disparities in AP courses was, well, the
15   students in certain schools aren't asking for AP courses and
16   so we're not providing them because there's no interest.  If
17   students don't know what opportunities are available to them,
18   if students aren't told, hey, you might enjoy this type of
19   club or that type of club, they aren't going to ask, because
20   they simply don't have the experience and the information that
21   would cause them to ask.
22          There was a comment about being responsive to what
23   people want in discipline in terms of training.  There was a
24   comment along those lines I believe also with respect to the
25   extracurricular activities, and I just think that's something

```
1    everyone should be sensitive to.
2              Mr. Pape, what's next, please?
3              MR. PAPE:  Yes, Your Honor.  As I was going back
4    through my notes, not to belabor extracurriculars, I would be
5    remiss -- I think I left off an important point.  The
6    district -- the earlier conversation about extracurricular,
7    the point is well taken from the Court.  I do recall the
8    incident the Court is talking about, about AP courses and how
9    that can be a potential for problems.  I did neglect to
10   identify -- and I know the parties looked over -- the high
11   schools, I think, are a better representation where the
12   district has had success in meeting the needs but without
13   having the number of club opportunity problems that we see at
14   the lower grade levels, and I should have emphasized that a
15   little bit more.  I'm really talking about the lower grade
16   levels and tracking that information, whereas the higher grade
17   levels -- and I think the DAC acknowledged that you can look
18   and see a school like Jemison offering 56 clubs compared to
19   Huntsville High School identifying 51 clubs.  Years ago that
20   would have been unheard of.
21             So I do think we have a model that could work and is
22   working with our older students.  It's just about trying to
23   see if we can get that with the younger students.  I wanted to
24   make sure that I identified that, that we do acknowledge that.
25             The next Green factor we have identified was faculty
```

and staff.  And for this factor, a couple of points we wanted
to address generally about the -- it's related more to the DAC
report, but then also we know that in some of our earlier
conversations that the parties themselves have also raised
concerns about teacher retention, so we're going to put that
in this discussion as well for faculty and staff.

But taking faculty and staff at a high level, I
think the district agrees with the members of the DAC and I
just know anecdotally -- and I don't want to speak for the DAC
members because they are not present, but I do know at least
anecdotally that Mr. Gregory has spoken at least to one of our
board members and even expressed some -- he is the current DAC
chair -- expressed some interest in knowing where the district
was in attempting to pursue unitary status in faculty and
staff.

The district has publicly -- I have spoken publicly
with the board and we did identify faculty and staff as a
factor.  We are currently working on a draft motion that we
plan to share with the United States in the coming weeks.  I
just wanted to let the Court know that that has been a focus
of ours, was putting that motion together in a similar
fashion, if at all possible, to how we presented the
transportation information.

Obviously, that's merely for update purposes.  The
district feels like given its Singleton ratio, its principals

1    and the other aspects of that factor, the district does feel

2    like it is in a strong position and has met its requirement.

3    Obviously, we will see where we go from there in working with

4    the United States, but I would be remiss not to mention that

5    there has been some discussion about that, and I believe the

6    DAC members and Mr. Gregory was aware of that.  I think he has

7    been tracking the board meetings and purely anecdotally

8    appeared to have a positive conversation with one of our board

9    members about our consideration of that.  That doesn't

10   necessarily mean anything.  I just wanted to put that on the

11   Court's radar that there is a dialogue about that.

12            That said, there was some good points and some

13   concerns raised by the United States and Mr. Debro in some of

14   our conversations related to teacher retention, and I wanted

15   to speak briefly about some of the steps that the district is

16   taking related to teacher retention.  I think some of these

17   steps would likely -- in a motion as we're preparing it would

18   likely -- it would appear in kind of a future good faith

19   section of a motion, but just to preliminarily discuss them

20   for today's purposes.

21            An interesting statistic was that starting '17-'18,

22   that school year, and Ms. Finley actually took over the

23   superintendent, interim superintendent, and --

24            THE COURT:  Can I interrupt you for one minute,

25   please?

1          Sorry about that, Mr. Pape.  Go ahead.

2          MR. PAPE:  Oh, no problem.  The superintendent

3     actually took over being interim in '18, so the first

4     statistic was right before she started as interim before

5     becoming superintendent, but the retention rate that we report

6     as part of our now strategic plan where we look at retention

7     of teachers was 79 percent, 79 percent retention rate.  That

8     number improved to 85 percent the next year, and then 89

9     percent.  So almost 90 percent retention rate for the '19-'20

10    school year.  Then unfortunately we did see a dip down to

11    '20-'21 where the rate went back down to 81 percent.

12         So we were seeing momentum, roughly 79 to 89 percent

13    over a couple of years, and then we did lose some momentum

14    after that year of Covid, full year of Covid instruction.  And

15    so we think on our end, the superintendent's team has

16    identified why they think that are having that success, and

17    one of the main reasons was the previous administration had

18    made more common use of nonrenewals for teachers in their --

19    more often than not their first year if they were not

20    appearing to be a strong teacher.

21         The district under Ms. Finley has implemented

22    coaching plans for the teachers that likely in the past, maybe

23    under a different leadership, would have been nonrenewed.  And

24    so what we've seen, though, is that that investment in

25    coaching, the superintendent's team, they think they have seen

1  that investment pay off in a higher retention rate and fewer

2  teachers either being nonrenewed or leaving.

3       That investment from the district and the plans put

4  in place by the principals, that's now a requirement.  If the

5  teacher is going to be nonrenewed before they are able to earn

6  tenure, the superintendent expects to see where that teacher

7  has been coached, where they have had their issues identified,

8  and that the principals have tried to be instructional leaders

9  in that school and help them.  So that, we think, was a very

10  important retention piece leading up to Covid.

11       That game has changed a little bit, and I don't like

12  to keep coming back to Covid as a game changer, but I think

13  it's important to acknowledge that that did lead to a lot of

14  teachers making retirement decisions and resignation decisions

15  likely due to health reasons and safety concerns as well as

16  stress reasons.  We know that that's impacting education as it

17  is impacting most every field, I think, in this country.

18       But that said, there are some things that I think

19  bear mentioning related to teacher retention.  One of them is

20  a relatively new development.  There's a company in Huntsville

21  named RippleWorx that has worked previously with the

22  Huntsville Police Department, Huntsville Hospital, at least

23  locally, and they have some other clients as well, and what

24  they focus on is -- and this is going to be my sort of

25  inartful explanation, but almost like a daily pulse of morale

1    from your team, your employees.  This is focused on employees,

2    not students.  And they have different systems and procedures

3    that allow sort of daily and weekly check-ins about what are

4    the issues that are causing morale concerns.  And they

5    specialize in front line workers.  Like I said, they work with

6    police departments, hospital workers.

7              So the superintendent has actually worked to build a

8    collaboration with this company to apply those same processes

9    to front line education workers.  It's impossible to say that

10   the education team is not a front line worker.

11             This is a very new, like, last couple of weeks,

12   entered into an agreement with RippleWorx to start this

13   semester, and that's a big -- that's something the team is

14   very excited about trying to find more ways to hear from staff

15   about what are the true things that are causing them that

16   daily stress that may be simple fixes or just touch points

17   could help the district especially as we get into that April,

18   May, June, July, which is where you see a lot of the retention

19   issues manifest.  You don't see it necessarily as much mid

20   year.  I mean, we have seen it, but not like you do at the end

21   of the year.

22             There are a couple of other things that I think the

23   district has implemented this year that are worth noting to

24   the Court.  During the fall, the district tried to find a way

25   to provide both additional investment in all of its faculty

1   and staff, both financially and professionally, and they

2   developed a program of Professional Learning Academy, PLA, is

3   a system that the district has used to offer additional career

4   development that we could tie and have tied to things like

5   positive school climate, culturally responsive teaching,

6   implementation of PBIS and using data for your certified and

7   for classified -- there have been different topics that are

8   more appropriate for your nonteaching staff.

9           But by completing these, you get high quality

10  professional development plus a significant two to three

11  thousand dollar or fifteen hundred to three thousand dollar

12  range, depending on the different category, extra compensation

13  for your time.  So trying to do things that other districts

14  were not doing to try to encourage folks to stick it out and

15  stay with the district despite this difficult time, and I

16  think that that has been a fairly universally popular process,

17  has been successful.  Of course, like I said earlier, we hope

18  to see that success pay off in April, May, June, when teachers

19  are making that determination about what district they are

20  going to teach at next year.  But that investment, we think is

21  important.

22          Then there's also just simple things that don't

23  necessarily cost a lot of extra money, but the district has

24  tried really hard to emphasize and celebrate its teachers of

25  the year, any of its teachers that become nationally board

1  certified.  The district has a huge partnership with an entity

2  in Huntsville that is helping to fund national board

3  certification so that those teachers get that opportunity

4  without having to invest their own money in that process.  And

5  just simple things like celebrating those individuals for

6  their accomplishments.  And also in the case of the teachers

7  of the year, those individuals have actually been added to the

8  superintendent's -- one of the superintendent's advisory

9  committees so that their voices can be heard as leaders in

10  their school directly with the superintendent.  I believe she

11  met with them recently.

12          So just things like that, the district has really

13  been trying to invest.  Teacher retention has just been a core

14  component, part of the strategic plan, part of the goals for

15  the superintendent.  And so notwithstanding the district's

16  excitement and efforts of trying to prove that it is ready to

17  go to unitary status hopefully to the Court, the

18  superintendent acknowledges that that doesn't -- that's not

19  the end of the struggle by any stretch, and ensuring that we

20  have high quality teachers at school and making sure that they

21  feel valued.

22          So I think that those long-term plans and retention

23  are an important component.  But I'm also, again, happy to

24  answer any other questions or followups after that.

25          THE COURT:  Thank you, Mr. Pape.

1          Ms. Hamilton?

2          MS. HAMILTON:  I will give my colleague, Kelly

3     Gardner an opportunity to respond.

4          MS GARDNER:  So, Your Honor, in response to some of

5     the issues that were raised by the DAC, I will just note at

6     the outset that each year the United States takes the very

7     comprehensive information we get from the district related to

8     faculty and staff and we conduct our own independent analysis

9     of that.

10         We agree in large measure with the number of the

11    things that the DAC pointed out in the area of faculty and

12    staff, including that the district has made fairly substantial

13    progress on increasing the number of black principals that

14    exist throughout the district.  One of the conversations that

15    we had with the district early on related to the imbalance in

16    the racial composition of principals within the district when

17    you look at that side by side with the racial composition of

18    assistant principals.  We think we had some concerns about

19    whether efforts were being made and assistant principals were

20    being supported sufficiently so that they could continue

21    developing and advancing to the position of principal, and I

22    think what we're seeing now is that there has, in fact, been

23    an increase in the percentage of black principals in the

24    district.

25         I know that the DAC pointed out that there has been

1    a slight decrease in the percentage of black assistant

2    principals in the district, and I think one of the things

3    we're looking at is whether that's the beginning of some trend

4    or is that the result of assistant principals being elevated

5    and kind of progressing and moving out of that category.

6           On the issue of incentive pay, it sounds like the

7    district has decided to discontinue that.  I know that

8    incentive pay has been something that we have obtained data on

9    and that our statistician looks at each year.  Our

10   statistician tends to look at incentive pay from the

11   standpoint of examining whether there are any statistically

12   significant differences in the pay awarded to a teacher based

13   on whether that teacher is assigned to a predominantly black

14   or predominantly white high school, and there has not been in

15   recent years any sort of statistically significant association

16   in that respect.

17          Ordinarily if the district were to continue awarding

18   incentive pay, we certainly would look at some of the things

19   the DAC raised.  If the district is not going to be awarding

20   any incentive pay, there won't be anything in that respect for

21   us to look at, but I know that that has historically been a

22   part of our analysis.

23          The other area that the DAC raised was the issue of

24   exigent circumstances, and I think there have been some years

25   where there have been at this point a small number of

interviews that teachers may have missed because of some
unanticipated circumstance.  I think in at least one of the
years the DAC addressed, there were nine such interviews
missed.

This is an area that we also had quite a bit of
conversation about in the early years of the consent order.
The number of exigent circumstances used to extend into the
hundreds, and so at this point while we acknowledge that there
are a handful of interviews that were missed, that is, I
think, a relatively -- has been a relatively small percent of
the total number of interviews that have been conducted.  I
think under two percent.  It sounds like there may be some
change in the district where teachers are not currently
serving on interview committees.  So I think we certainly will
look forward to hearing more about any change in that respect.
But I did just want to note that in general, while there may
be some small number of exigent circumstances, it is
significantly different than where we were when we started
this process.

There are two areas that are also addressed by the
DAC's report, the Singleton ratios and I think the DAC had
some comments about the complexity of the applicant data that
the district provides.  We just note that -- I think it's
admirable that the DAC sort of has endeavored to take a look
at every single area.  Certainly there isn't necessarily an

1  expectation on the part of the United States that the DAC

2  engage in statistical analysis of applicant data.  That data

3  is incredibly voluminous.  There are duplicate entries, and so

4  it really takes someone who is fairly experienced with

5  statistics and with Microsoft Excel to work with that data.

6        We do have a statistician on our staff who looks at

7  that data every year and breaks it down for us and tells us

8  about what the statistically significant findings are, whether

9  there are associations between the race of an applicant and

10  the likelihood of their being hired.  So that's something that

11  the United States has tracked over time and continues to track

12  as we receive data from the district.  So I just wanted to

13  note that while the DAC may not be able to do that, that is an

14  analysis that the United States undertakes every year.

15        I will allow Ms. Hamilton to add anything she wants

16  to your attention.  I will just say that we appreciate hearing

17  from the district the initiatives that they are thinking about

18  in terms of working through this issue.  It certainly is

19  something that we are seeing in many places given some of the

20  challenges that have been intensified in recent years, and we

21  look forward to working cooperatively with the district as

22  they sort of continue to think through and implement new

23  measures to try to stabilize and improve teacher retention.

24        I will just note that we understand that the

25  stability of the teaching force is an important part of the

1    district's work and it has consequences for many other Green

2    factors, including when it comes to academic programming and

3    students being able to access that when it comes to teachers

4    understanding and being trained and retaining knowledge in

5    terms of discipline and positive school climate.  So certainly

6    we are interested in helping the district ensure that its

7    teaching force remains stable.

8            THE COURT:  Thank you, Ms. Gardner.

9            Ms. Hamilton, is there anything you would like to

10   add?

11           MS. HAMILTON:  I don't have anything to add, Your

12   Honor.

13           THE COURT:  All right.  Mr. Debro?

14           MR. DEBRO:  Thank you, Your Honor.  In reviewing the

15   reports, especially the one from the DAC, I have been noticing

16   some things as well as matters we've keeping up when it

17   relates to news reports as well as communications with the

18   community.  There has been a morale issue and there has been

19   an exodus of some minority employees of the district.  Some of

20   it may be related to retirement.  Some just may be related to

21   disgruntled employees.

22           I know I've had various matters that I have been

23   able to work with Mr. Pape on on various administrators and

24   other positions on matters outside of this action here, and it

25   seems as though that those have exited from the district going

into other areas, whether they are minorities and are serving in an administrative position, the district has replaced them with other minorities in those positions.  It's great to know that the Department of Justice, United States, has information where they can track data when it comes down to candidates for hire because it would be helpful at some point in time to be able to look at how that information has come about.

I know I have received information over time as relates to employees applying for certain positions that have been minorities and they have not -- they felt as though they have not been given the opportunity to go ahead and move into those positions.  It would be helpful to have that information to be able to compare that data with this information to make sure that these are just not isolated incidents that these particular people are going through.

I did notice that the -- still monitoring the Singleton ratio as pointed out by the DAC when it comes down to demographics of students as well as the teachers.  It appears that we currently are probably still at a flat area when it comes down to that ratio compared to years past, but we will continue to monitor that as well as the information locally to see what we can do in comparison, but it would be helpful to know the United States' information, what it has when it comes down to data in comparison to the candidates for hire as well as those that are leaving the system.

1         THE COURT:  Thank you, Mr. Debro.

2         Mr. Pape, if you would, help us understand just

3    briefly.  I noted in the superintendent's response what

4    Ms. Gardner mentioned and that is that teachers no longer are

5    part of the interview process.  So help us understand who is

6    part of the interview committee and how the process is working

7    currently, please.

8         MR. PAPE:  Yes, Your Honor.  I believe I know the

9    answer to that.  If I don't, if I get the answer incorrectly

10   I'm happy to turn it over to Ms. Finley.

11        I believe that part of the impetus of moving away

12   from having as many teachers participate on that committee was

13   in an effort to lessen some of the load on our teachers,

14   especially in light of the -- you know, the 2020-2021 school

15   year was exceptionally challenging and having to balance the

16   virtual students and along with the in-person students and

17   just everything in between.

18        So the whole point of -- going back to the earlier

19   days of the consent order, I believe the original idea was

20   this gave teachers who had an interest in earning some

21   leadership ability or just see what it's like to be on the

22   administrative side a chance to do so, and that is still an

23   important role and an important aspect of the superintendent's

24   plan.

25        I did forget to include one thing on my retention

1    list, and there's another -- it's called the ILA, which I
2    don't want you to get confused with the PLA, Instructional
3    Leader Academy, internal to -- Leadership Academy, internal to
4    the district's teachers.  It's not like an external academy.
5    And I hesitate to even make this comparison, because it
6    doesn't come with the same -- it's not like an assistant
7    principal opportunity.  There's not -- you're not placed in a
8    school or something like that.  It's an actual academy for
9    those teachers who are interested in learning about what it
10   means to be an administrator and they can participate in this
11   program.
12          So while there's not the same opportunity to
13   participate in some of the interviews, there is this new
14   opportunity.  Who is still participating in the interviews are
15   your district level administrators, and largely the reason why
16   the district has been able to minimize a lot of those exigent
17   circumstances at times when the district fell out of the
18   demographic makeup, that would approximate the district's
19   demographic makeup, is that we have a team led by the talent
20   management department who works with other district
21   administrators to make sure that we have a diverse pool of
22   individuals from our district's leadership to be able to
23   participate.
24          So there is still a diverse group of individuals
25   handling those interviews, but to my knowledge that was the

```
 1   main reason for lessening the load on some of our teachers and
 2   let them focus more on that aspect.
 3           I don't know, Ms. Finley, if you have anything else
 4   that you want to add.
 5           SUPERINTENDENT FINLEY:  I don't.
 6           MR. PAPE:  That is the answer to that question.
 7           THE COURT:  So if the interview committee is
 8   composed of district level administrators, is the district
 9   making sure that the black members of the committee are
10   sufficiently high in leadership that they feel comfortable
11   sharing their thoughts and giving their input in the interview
12   process?  Because I can see a situation where, you know,
13   depending on who you select to be on the committee, the person
14   might qualify as an administrator but may not feel comfortable
15   fully participating in the interview process.  So is the
16   district keeping an eye on that?
17           MR. PAPE:  Your Honor, I would say they are.  The
18   district is fortunate in that unlike some of our other matters
19   that our firm works with in other school districts that have
20   active desegregation matters that don't necessarily have the
21   diversity and teachers and leadership that Huntsville has,
22   notwithstanding the challenges and ongoing efforts that the
23   district has taken, the district is fortunate to have
24   diversity in its leadership from the deputy superintendent
25   down to coordinators that do also qualify, to chiefs that are
```

1   kind of a step below our deputies like Dr. Smith and others

2   that are on that tier of leadership.

3          So I believe that the district would -- its position

4   would be that we do have a diversity of leadership both in the

5   tiers of administrator and within those tiers themselves

6   diversity so that the individuals should be able to

7   participate and have some confidence.

8          I would not want to speak for all individuals.

9   There may be some intimidation if they are sitting next to a

10  chief or deputy and they themself may be a coordinator, I

11  wouldn't want to say universally that that never occurs, but I

12  do think given the diversity at the central office, there is

13  opportunity for there to be a diverse group, skills and racial

14  demographics in those panels.

15         THE COURT:  Thank you.  What is the next Green

16  factor?

17         MR. PAPE:  Your Honor, I think at this point the

18  last two or three items that we have identified could likely

19  be lengthier discussions, but the first one would be equitable

20  access or student achievement.

21         MR. DEBRO:  Your Honor, I know this is out of turn,

22  but I wanted to have a followup with the district, if at all

23  possible, on the last area that we were just on.

24         THE COURT:  Okay.

25         MR. DEBRO:  If they would just explain a little bit

1   about the application process.  Because it's not necessarily

2   interviews; it's the way the application goes through and

3   maybe persons are not getting interviews where they make it to

4   that level where the district is able to go ahead and move to

5   what they were just speaking of.

6        So I just wanted to be able to educate the Court

7   about the application process, because that is different as

8   opposed to the interview.

9        THE COURT:  All right.

10       MR. PAPE:  In lieu of attempting to explain the

11  whole application process, I do know that teachers apply

12  through the online portal and postings that the district have

13  places through.  I believe it's called Teaching Alabama.  It's

14  an online portal.  It's part of the reason why –– going back

15  to an earlier issue that was raised.  Part of the reason why

16  that applicant data is so cumbersome, and I do actually share

17  and understand the DAC's frustration with that data.  It is

18  difficult.  There are items that are duplicates.  There are

19  items that appear to be duplicates but are, in fact, not

20  duplicates because they are for a different school that has

21  the same job title that someone would apply for, and so it is

22  frustrating, and I think there's not a great way to

23  necessarily capture that info in a way that also complies with

24  the Court's order.

25       But that said, Dr. Smith has reached out to the DAC

1  now that they have the reports and offered to sit down with

2  them.  We share the United States' concern that we don't have

3  the expectation that they become expert statisticians and work

4  on every single report and try to discern what is

5  statistically significant.  That said, Dr. Smith does try to

6  do that, and he does help the district with those type of

7  matters.  So we're going to make him available and other

8  members of the team if they do have data questions.

9          But to the actual process, I know Dr. Smith has

10 actually been working on that process with us and as part of

11 our work in determining our readiness for unitary status, and

12 I think Ms. Finley can also speak a little more to that.  So

13 if either of you all would like to speak to that, I'm happy to

14 let you speak to the Court instead.

15         Dr. Smith, would you like to go since you have been

16 looking at it recently?

17         DR. SMITH:  Yes, sir, absolutely.  Good afternoon.

18 I will backtrack for a second and just speak to the question

19 about the interview committees and kind of the dynamics on

20 those.

21         We are fortunate to be a large enough district where

22 we do have a good number of district level coordinators and

23 curriculum specialists.  So when we're talking interviews that

24 the teachers are undergoing, typically you're not going to

25 have somebody like a deputy superintendent sitting on that

1  interview committee.  Typically it's going to be individuals

2  who are curriculum specialists who are those coordinators who

3  have -- you know, not implying that there's necessarily a

4  power dynamic between us, but they would be more on kind of a

5  level playing field if someone looked at the outside structure

6  of the organization.  And what they do is there's just a pool,

7  kind of, of those individuals and they just rotate different

8  days of when those screening committees are going to happen.

9        So, for instance, you know, the superintendent is

10  not going to be sitting on a screening committee of a

11  first-year teacher with, say, our curriculum specialist,

12  things like that.  Hopefully that clarifies the question about

13  what those committees look like now that we don't have those

14  teachers involved in that process.

15        I apologize.  What was the second question?

16        THE COURT:  What is the application process for

17  teachers, please?

18        DR. SMITH:  Okay.  I can speak -- I will share the

19  DAC's comments about that it can be difficult to look at.  As

20  a matter of fact, I'm looking at a lot of it right now over

21  the past four years as we prep that information.  As far as

22  the candidates go -- I don't want to misspeak on that one.

23  I'm not as familiar as what happens up to the screening

24  process, but as Mr. Pape said, I know that they apply.  I know

25  once they are screened, everyone is given that opportunity for

the application and then -- or, excuse me, given the
opportunity for the interview.  The interview committee gets
together and they have a scoring that they do, and then based
on that score, if they are in a certain range, they are sent
to a school where there might be an opening.

I think Mr. Debro is asking about the piece between
applying kind of on an online system to the screening.  Is
that correct, sir?  I see a nod.  I don't want to misspeak on
that.  Let me see if I can --

MR. DEBRO:  That's correct, as well as the
principals and assistant principals, because that was one of
the other issues that had come up.

DR. SMITH:  Okay.  On the teacher side, let me see
if I can do some digging and a get little bit more about that
step that happens between the application and kind of where
they actually get screened and moved to the interview of
teachers.  I will make a note of that.

On the principal and assistant principal side of
things, when those postings come out, essentially what -- we
try to give preference to our local talent.  So if you're an
HCS individual, I know that you are going to get screened.
They're going to go through and look at kind of the
requirements and things like that.  And then that happens, I
think, for the majority of the external candidates as well.
Based on that, if they meet those requirements, then they kind

1    of go into a pool, and when openings come up, we go and we

2    look at that pool and they pull up individuals.

3            You might have a case where someone would interview,

4    say, a year ago, even maybe beyond that, two years ago, and

5    there wasn't an opening at that time, but they might be called

6    back in if that interview was still active.  If they are still

7    interested in the position and asked, hey, okay, I know we

8    interviewed you sometime in the past but we have this opening

9    and we think it would be a good fit; are you still interested.

10           So the applicant pool for APs and principals is a

11   little bit more floating than I think it is for teachers.

12   There's also -- just keep in mind, there's not a ton of those

13   hiring that happens year to year, but I will say that's

14   actually the last piece of the data that I'm looking at is our

15   AP and our principal and some of the same concerns of the DAC.

16   I'm just trying to weave through and figure out exactly how

17   best to make sense of that data.  I'm happy to share, once

18   that's completed, any information I have about that and I will

19   look into the other piece about the screening process.

20           MR. PAPE:  Your Honor, if I may.  It may be

21   helpful -- because I know that Ms. Finley works more -- to

22   Dr. Smith's point, and he is correct, I did blend those.  The

23   superintendent's team, some of the deputies tend to work more

24   on the principal selection and interview process.  If the

25   Court would like to hear more about that, it may be

1  appropriate if Ms. Finley could add a little commentary,

2  assuming you would like to have a little more discussion about

3  this.

4       THE COURT:  That's fine.  If Ms. Finley, if you want

5  to add anything to the information that is before us, please

6  go ahead.

7       SUPERINTENDENT FINLEY:  Good afternoon, Your Honor,

8  Thank you for allowing me to join in today.  First, I would

9  like to say the talent management has done an excellent job,

10  and I would also like to thank the DAC for the work they do.

11  I've said this many times in my previous roles.  I thoroughly

12  enjoyed working as liaison with them, and I actually miss

13  that, but I have some ideas at the end, and maybe we can

14  circle back, and I know you mentioned that, Your Honor.

15       But in regards to assistant principals and

16  principals, I'm committed to rebuilding the bench from within.

17  And as you mentioned earlier, you have seen that we have hired

18  more black principals.  We actually used those assistant

19  principals as a model to build the principal pool.  But as it

20  relates to the screening process, so based on that job

21  description, the talent management team looks to see if those

22  applicants meet the qualifications; so do they have their

23  administrative degree, do they have years of experience as a

24  classroom teacher, and then they go through that screener and

25  then go through actually about three layers, I believe is what

1    we have now for assistant principal.

2           The initial interview team is composed of district

3    staff, and then the next level includes our deputy

4    superintendents that then submit names to me, and then

5    actually the three of us, the two deputy superintendents,

6    Dr. Scott and Dr. Sullivan and myself, sit in and interview

7    those final candidates for principals.  And what we're seeing

8    now, I guess you would say it's a good problem to have is

9    because we have elevated a lot of our assistant principals, so

10   we have some openings for assistant principals, and that's

11   what we see right now, is the beauty of the Instructional

12   Leadership Academy to really start growing that pool of APs so

13   we can build a bench from within.

14          All that to say is that we want to build in those

15   layers especially for our APs and principals to make sure that

16   not only there's layers to that but also that we are looking

17   at the capacity to fill in schools to make sure we are putting

18   the right people in place as we grow the capacity of our

19   instructional leaders.

20          THE COURT:  Thank you.  All right.  Mr. Pape, the

21   topics that we have left to discuss are academic access and

22   outcomes to a certain extent, facilities, and discipline.  Are

23   those the three you were thinking of?

24          MR. PAPE:  Yes, Your Honor.

25          THE COURT:  Let's talk about facilities, first,

1    please.

2          MR. PAPE:  Your Honor, I mentioned this earlier.

3    Really, the bulk of our facilities discussion is Highlands

4    Elementary.  I think we did have a discussion about modular

5    buildings that I know the United States touched on briefly

6    during student assignment having to do with our growth.  At

7    this point those have been placed but they are not ready.  I

8    don't have a very long update to provide related to that, just

9    they have not -- supply chain has hindered our ability to use

10   those, so the schools are having to get creative with their

11   placement of classes throughout the building, cafeteria,

12   auditorium, wherever they can place students.  It has not been

13   ideal, but the facilities team is not for lack of trying.

14   It's just like everyone, we are subject to the materials we

15   are able to receive right now.  So I do expect that the

16   modular buildings will continue to be used for a short term.

17   That is not part of the superintendent's long-term plans.

18   That said, the earlier discussion about Mr. Craig joining the

19   team will likely drive a lot more of the discussion related to

20   facilities longer term.

21          I think the DAC also identified maintenance

22   concerns.  There was a delay in getting some of that

23   information to the DAC.  Some of that was, frankly, driven by

24   the fact that there's not -- the program that the district

25   uses is not -- it does have a user interface that allows it to

1  be easy exported to an understandable report, and then

2  intervening between that was also just Covid began, and I

3  think this request took a longer to get resolved than we

4  typically did with our information request for the DAC.  So

5  that was something that we tried to work on, and it was an

6  early priority project for Dr. Smith.  He has worked on

7  getting that information and also providing it in a way that

8  is more usable so that we can have a similar situation like we

9  do, like, with the candidate report.  We wanted to provide

10  information that was usable.

11      So he has provided some summary information to try

12  to help them understand that maintenance.  It's broken down by

13  different craft depending on if it's electrical or

14  lock-and-key or maintenance or plumbing, et cetera, and he

15  tried to break those down by different craft and provide some

16  information to try to alleviate some of the concerns the DAC

17  had about delays in certain things being done at different

18  schools.

19      I don't believe he has had a chance to sit down with

20  the DAC yet.  I think they have gotten that information, but

21  knowing that they are volunteers and parents, I don't know how

22  much they have gotten to dig into that yet.  I believe they

23  received that sometime mid to late fall.  But I did want the

24  Court to know that we made that a priority that they received

25  the information they wanted.

 1          The rest of our planned discussion is about

 2    Highlands.  I mentioned this earlier.  I will reiterate it

 3    again.  The Court's point is well taken on the tone of the

 4    message.  I know we talked about that from this fall.  And it

 5    may have been overly formal and did not -- it did not, in

 6    itself, I think, accurately portray the fact that the human

 7    beings -- the superintendent, the board members, the

 8    individuals like Dr. Smith and the district who have met with

 9    the community, I think did do in-person and in their

10    conversations, their letters, their meetings, have tried to

11    really recognize that at the end of the day, there's almost

12    nothing that we're going to put down on paper or say that's

13    going to make up for the disruption they felt and the

14    frustration they felt, and we've tried to acknowledge that.

15          I say "we."  I believe the district has tried to

16    acknowledge that as often as they can in those in-person

17    meetings starting with the one in early August or late July

18    when we had to make the announcement up through as recently as

19    last week when the superintendent, Dr. Smith, and others met

20    with the PTA to check in and let them know how things were

21    going with the renovation, and also to share some exciting

22    updates that I want to share with the Court as well that did

23    not -- they weren't ready in time to share in this report.

24          But actually as of last night, the board voted on

25    some additional renovations to do for the Highlands Elementary

school that were more cosmetic and kind of bringing it --
making it more modern, things like flooring and repainting and
adding some ceiling that more fit with our modern aesthetic
for schools as opposed to the '50s, '60s aesthetic that some
of our schools have.  And the PTA was made aware of this, was
excited.  The school leadership as well.  I believe Dr. Smith
has also tried to keep the DAC in the loop about that process.

The superintendent and the facilities team are going
to work with the PTA and the school leadership to get their
feedback on things like color and where we can on the things
related to that, just so that there's some involvement, and
students will be also be involved, just making sure that they
have some say in their school and the way it will -- we are
excited to say when they come back in August of next year.

In many ways, what should have been a good news
story of a new roof, a new HVAC, which would largely alleviate
a lot of maintenance issues at that school, it's unfortunate
that some of the mistakes made by the district led to some of
these issues, but the long-term is going to be that when those
students get to return in August, they will have -- the inside
of their school will feel refreshed and then the actual
maintenance components, which may not make the students -- you
know, you can't see a new roof, a new HVAC every day.  It
doesn't have that same effect.  I mean, I'm happy, from a
representation of the district's standpoint, that that

1    happened, because those maintenance issues and the lack

2    thereof, rather, that they will have with this new roof and

3    HVAC will be huge, but for them to see new paint and all the

4    other aesthetic materials I think will be very exciting.

5            So the district has tried to stay in constant

6    contact, regularly supporting.  They are going to finish the

7    year at Cavalry Hill, which will allow the district to be able

8    to complete those renovation projects by the start of the

9    school year, using that time wisely while they are already at

10   the other location, and continuing to try to support them at

11   that location so that they can move back for the next school

12   year.

13           And I think that's the bulk of the update that's not

14   otherwise contained in the district's response related to

15   Highlands.  And, again, I'm happy to answer any questions or

16   address any other issues.

17           THE COURT:  All right.  Thank you.

18           Ms. Hamilton, are you handling facilities?

19           MS. HAMILTON:  Yes, Your Honor.  Starting with

20   Highlands, the district continues to keep us updated regarding

21   the latest developments at Highlands.  We have already shared

22   with the Court our concerns about the miscommunication and

23   other issues that led to students at Highlands having to

24   attend school at Cavalry Hill School.  We do appreciate the

25   district's steps that have been taken by the district

1    throughout the school year to ensure that the Cavalry Hill

2    facility is appropriate for students to receive educational

3    services as well as the steps that they continue to take to

4    ensure that when students do return back to the Highlands

5    facility, that it will be both inhabitable and also there will

6    be those additional renovations to really make it a welcoming

7    environment for students.

8            The district did inform us of their plans to move

9    forward with the additional renovations at Highlands this

10   semester, to which we have no objection.  It's our

11   understanding that in addition to those renovations, the

12   district also plans to finish replacing the HVAC system and

13   also addressing some of the issues related to the asbestos

14   concerns.  As the Court is aware, there were concerns raised

15   by the community and also that have been brought to the

16   Court's attention by the parties with regard to asbestos that

17   was in the internal part of the building that was not

18   accessible to students but still raised questions and

19   concerns, and I'm sure Mr. Pape could speak much more

20   eloquently about the details of how all how that works, but it

21   is our understanding that the district is planning to remove

22   any remaining asbestos that's in the inside or internal parts

23   of the building before students will return to the facility in

24   the fall, and it's also our understanding that all the

25   remaining renovations and repairs and cosmetic changes will

1    also be completed before the start of next school year.

2            One of the other ongoing questions that we have had

3    for the district in connection with this issue is its

4    communication with the Highlands School community, and it is

5    our understanding that the district has taken steps to

6    communicate with school administration and PTA and also other

7    members of the community to inform them of the renovation

8    plans and keep them posted also on other developments related

9    to the school.  It's also our understanding that the district

10   plans to seek input from members of the school community about

11   some cosmetic changes that are in progress as well.  And most

12   recently the district shared a copy of a letter that was sent

13   to the school community just this past week regarding some of

14   those recent developments and plans.

15           So we appreciate the district keeping us posted

16   about the communications, and we continue to encourage the

17   district to keep those lines of communication open, especially

18   given just the range of emotions and frustration that has

19   arisen over the course of this year in connection with these

20   issues.

21           Quickly, just to circle back to the modular units

22   issue, as the district noted, those units have not currently

23   been utilized.  The district is still grappling with how to

24   deal with the over-capacity issues and concrete ways to

25   address it.  One thing that we would remind the district and

1    it's our understanding that this is on their radar is that to

2    the extent that they do use modular units, that they need to

3    ensure that they are not being used in a discriminatory

4    manner.

5         One of the concerns that we had in the past has been

6    to the extent they have been used, there has been concern that

7    there have been classes that are the majority black or

8    couldn't otherwise -- or I should say the district couldn't

9    otherwise use those units and that the students attending

10   classes in those facilities are disproportionately black, and

11   we want to ensure that that's not the case.  The district has

12   assured us that to the extent that they would be put in place,

13   that that would not happen, but we do want to ensure that that

14   is on the Court's radar as something we would monitor.

15         And then the last thing with regard to the other

16   school facilities and work orders, we continue to ask the

17   school district to keep us updated as to any issues that

18   arise, particularly if they see in the review of work orders

19   and complaints that they are receiving throughout the district

20   if there are disproportionate issues with buildings in north

21   Huntsville as compared to issues in south Huntsville.

22         THE COURT:  All right.  Thank you.

23         Mr. Debro, anything for you?

24         MR. DEBRO:  Thank you, Your Honor.  I think

25   Ms. Hamilton covered everything when it comes down to the

modular buildings, and Mr. Pape has given us a good assessment
of matters related to Highlands, and I appreciate the update.
I think the district has gone through some lessons learned,
and we know how to move forward.  So we will just keep
monitoring the update and hope things are successful for a new
year for Highlands in the fall.  So nothing further at this
time.

THE COURT:  Very good.  All right.  Mr. Pape, how
about if we look at discipline next, please.

MR. PAPE:  Yes, Your Honor.  Student discipline
continues to be, from a data standpoint, a challenge for the
district.  I think if I let the superintendent and Dr. Smith
speak candidly, they might even call it a frustration just in
terms of seeing movement in this factor.  I think the district
tried to acknowledge that they do understand and agree that
the DAC -- there's almost no way to slice the district's data
that doesn't show a disparity on the basis of race, so I'm not
going to attempt to do that.  But what I will say, instead, is
that the district's focus has been on attempting to --
especially coming into this school year, the district was able
to report lower number of disciplinary incidents in the
'20-'21 school year, but we knew and tried to be as
transparent as possible that we knew that was not a -- that
was an artificial statistic driven by the Covid school year
and the lack of students in the building.

1          In fact, the district has spent some time discussing

2    internally and trying to think through what support it could

3    do at a district level prior to the start of the '21-'22

4    school year.  The district was aware of some of the concerns

5    and literature speaking to this about students returning to

6    school after over a year of not having socialization that you

7    would have expected students to have, and if you think about

8    those poor kindergartners who started in '19-'20, they got

9    most of a normal year, but then part of the -- the second part

10   of that year has not been normal.  It has been disrupted.  And

11   that certainly contributes to the complexity of this issue for

12   the district.  It's certainly not the cause of, as we have

13   been wrestling with these issues for many years.

14          That said, the district has tried to take steps to

15   bolster its team's focus on how to handle discipline in

16   schools and how to handle behavior and support teachers.

17          I have talked about the PLA and the teacher

18   retention component.  It's not a surprise and it shouldn't

19   come as a surprise and it was planned by the district that the

20   focus of many of those PLA aspects was related to either

21   building cultural competency in its teachers or in helping

22   them with managing their classroom or managing data around

23   PBIS.  That was deliberate decisions by the district to make

24   those points of emphasis.

25          Also, Dr. Smith, serving in a new role -- he has

1   been with the district for some time but he is new in his role

2   as chief student equity officer -- identified that as an

3   important area, that we sort of split equity duties related to

4   students and adults over several roles, and Dr. Smith has been

5   tasked with keeping an eye and serving as sort of an extra set

6   of oversight in many ways joining Dr. McNeal, who has been

7   recently involved as our liaison for the consent order.  He

8   sort of serves functionally as a coliaison in many ways with

9   the consent order.  He is joined by Ms. Melissa Lindsey, who

10  was, until recently, a fairly seasoned principal in our school

11  district, recently serving as principal of Williams Middle

12  School.  She takes over for Donna Clark, who retired last year

13  and had been over behavioral learning.  And her position has

14  been expanded a little broader than what Ms. Clark's position

15  was in an attempt to align our health and mental health and

16  counseling services all under a single department, and she

17  works closely -- along with behavioral learning, she works

18  closely with Dr. Smith to implement training and to support

19  schools and to do things like PBIS audits of our schools.

20          So that has been the goal of their teamwork coming

21  into this fall, and has not been able to, I think, fully hit

22  their stride with implementation, and that's not through lack

23  of their intent to get the work done.  Like everyone at the

24  central office, they are having to fill in at schools and

25  serve to help with the Covid issues that we've had and with

1  the surges that we've had, but they have, nevertheless, been
2  trying to juggle and wear many hats to try to support the
3  district in this.

4          One of the things that Dr. Smith identified was
5  needing to improve the focus and relationship of an outside
6  discipline consultant and has recently entered into a contract
7  with discipline consultant out of the University of Alabama,
8  the district has, and his work with her, Dr. Sarah
9  McDaniel, who has been helping us with our PBIS implementation
10 in the past, but expanding her role more broadly has been part
11 of Dr. Smith's planned work.  I believe he is supposed to meet
12 with her in the coming couple of weeks to set out what her
13 role for the rest of this school year will be, and then we
14 will look going to the next school year.

15         So the district is trying to expand its efforts and
16 narrow its focus and help those teachers who are returning and
17 with students who are also returning this year deal with some
18 of the disciplinary challenges.

19         A preliminary review of the discipline data from
20 last semester shows that our data is more on track to look
21 like a '19-'20 or '18-'19 school year than it will be a
22 '20-'21.  In other words, we will get back to -- the way we
23 are currently going is similar in data.  I think we are
24 trending a little down in a couple of areas, but I don't want
25 to overstate that.  It appears to be trending in the same

1    direction.

2           So that has been the mission that Dr. Smith and

3    Ms. Lindsey and the others that are kind of helping shepherd

4    these principals and schools through this.  It has been a

5    challenge.  And I guess I would also echo -- I believe it was

6    Ms. Gardner who identified that new teachers and teacher

7    turnover doesn't end up having an impact.  You know, even if

8    we can keep the districts numbers fairly high, teacher

9    turnover, even if it's five to 10 percent, if we can get it to

10   that level again, that 10 percent or less range, that's still

11   a decent chunk of teachers coming each year in to replace

12   retired teachers, and those new teachers are typically, not

13   always, but typically less able to handle disciplinary

14   concerns and haven't, certainly, gone through the years of

15   training and professional development that others in the

16   district would have.  So I do echo that as a potential issue.

17   But I think those are the major initiatives that the district

18   has implemented.  I'm happy to try to answer any questions as

19   best as possible.

20           THE COURT:  All right.  Thank you, Mr. Pape.

21           Who is speaking on this factor, please, for the

22   United States?

23           MS. HAMILTON:  I am, Your Honor.  As we have seen

24   over the last several years, the overall data does show that

25   black students in the district continue to be disciplined

disproportionately to white students.  This was a conclusion
that the DAC reached as well in their '19-'20 and '18-'19
reports.

         We do acknowledge that each year there's always some
variation if you hone in on a specific disciplinary category
or if you look at specific schools.  Because the numbers are
averages, there's always going to be some schools that are
demonstrating much better outcomes in terms of how students
are being disciplined.  You also have students -- excuse me.
You also have schools on the other extreme where these
disproportionate rates are even more startling.  One thing we
did want to point out because one of the reports from the DAC
was from the '19-'20 school year -- and this is a positive
example -- was that Jones Valley's numbers in '19-'20 were
better than any other year since the consent order was
implemented.  Most notably, their out-of-school suspension
percentage -- actually, the percentage of black students who
received one or more out-of-school suspensions had dropped
(inaudible) percent, and that was compared to 15 percent in
'18-'19 and 20 percent the prior year before that.

         Similarly, Blossomwood in '19-'20, the number or
percentage of black students who received in-school suspension
and out-of-school suspension was also better than any other
years since the consent order to the extent that out-of-school
dropped to 6 percent and compared to 13 percent, which had

1   been a prior high, and in-school similarly had dropped.

2            Even in those circumstances, though, the risk

3   ratios, that is, the percentage of black students who were

4   more likely to receive discipline than white students, was

5   still higher because while the numbers for black students had

6   dropped, the number for white students had dropped even more.

7            I wanted to point out, for example, changes

8   similarly.  The district has shown over time that they have

9   reduced the number of expulsions, which was a significant

10  issue when we first started the case.  With that said, there

11  are many areas, including just the overall numbers, where the

12  trends continue to show significant disproportionality in

13  student discipline.  One that we wanted to point out that we

14  weren't sure was on the Court's radar was that in the '19-'20

15  school year, with regard to law enforcement referrals, black

16  students were nearly 11 times as likely as white students to

17  be subject to law enforcement referrals.  And, again, if the

18  Court was to examine even more closely some of the numbers,

19  particularly at the middle school level and the high school

20  level with regard to exclusionary consequences, there are some

21  very concerning scenarios that the Court could see.

22            One of the things that we do recognize, as Mr. Pape

23  was explaining, is that since the time the DAC wrote these

24  reports, there have obviously been a lot of changes.  The last

25  report captured the end of the '19-'20 school year, and I

1    would note that it's worth putting on the Court's radar that

2    even though students in Huntsville City Schools moved to

3    virtual learning during the latter part of the '19-'20 school

4    year, a lot of the discipline numbers actually increased

5    during that same school year.  Since there was less time in

6    person, there should just be a natural decrease in those

7    numbers, but that wasn't the case in '19-'20.

8         As Mr. Pape noted, though, in the '20-'21 school

9    year, there did appear to be improvement, but we appreciate

10   the district's candor that that is largely attributed to

11   students reverting to virtual learning for significant parts

12   of the school year.  We also appreciate the superintendent's

13   work and Mr. Pape's candor in acknowledging that the numbers

14   will likely increase for the '20-'21 to '22 school year as

15   well as the disparities that we have been seeing all along.

16        With regard to the reasons for why this is

17   happening, we appreciate just the DAC's analysis and

18   recommendations for just really relaying why we are continuing

19   to see these disparities as we get further and further into

20   implementing (inaudible).  As Mr. Pape noted, certainly there

21   are a lot of issues that have happened on account of the

22   pandemic that can't be dismissed.  Nationally we are seeing a

23   lot of this in other school districts where students have been

24   out of school for extended periods of times and that schools

25   are seeing increased rate in discipline issues.  The reason

for that range, from learning loss and disconnection between
students who are struggling academically and that being
manifested in their behavior at school.  Also, other reasons
that have often been cited by experts around the country
pertain to lack of socialization that students have
experienced, the lack of actual mental health support, taking
into account a lot of the issues that students are
encountering not just at school but also at home in the midst
of the pandemic, lack of consistency, teacher turnover, as
Mr. Pape noted and my colleague mentioned earlier, among other
reasons.

        With that said, we also acknowledge that even prior
to the pandemic there were issues with disproportionate
discipline in Huntsville, and we do appreciate the steps that
the district has set forth that they are planning to take and
are taking at the current school year.  We remind the district
that one of the things that's important about the initiative
and any of the ongoing initiatives that are in place is the
importance of implementing those initiatives.  We are hopeful
that with the addition of Dr. Smith in his role as the chief
equity officer as well as putting initiatives in place that
they really show how well these programs are being implemented
district-wide, and we appreciate in particular the addition of
Dr. Smith who can look at these issues from an equity lens and
not just from the district implementing discipline according

1   to the BLG specifically.

2        We also encourage the district to continue to seek

3   outside resources, and we think it is a very positive

4   development that the district has moved forward with hiring

5   the discipline consultant who Mr. Pape mentioned a moment ago,

6   Sarah McDaniel.  We are very hopeful that she will be able to

7   assist the district, and we are aware of some of her prior

8   work with the district.

9        And the last thing that I would mention with regard

10  to just the general issues related to disproportionality is

11  that we encourage the district to continue to review its data

12  at both the school level and the district level.  The data and

13  information that schools collect on these issues really is a

14  critical lever that can be used to both identify if there are

15  problems that are happening.  Also, that information can be

16  used to identify what are some of the root causes of those

17  problems, is it connected to certain teachers, is it connected

18  to certain disciplinary practices, is it connected to even

19  certain times of the school day.  There's a wealth of

20  information that's available.  So if schools are actually

21  reviewing that information and the district is also monitoring

22  what's happening in these schools, and requiring districts --

23  requiring schools to develop appropriate plans and strategies

24  to address these issues, we do think that there can be further

25  movement on this particular area.

1          One last issue that we want to raise with the

2    Court -- this wasn't mentioned in the DAC report, but we have

3    been made aware of issues related to the administration of the

4    dress code, which is part of the Behavioral Learning Guide,

5    and just potential concerns that have been raised regarding

6    the dress code being implemented in a discriminatory manner.

7    We are aware that the district is currently administering a

8    dress code survey in order to get feedback from students,

9    parents, and the community about whether there are any

10   concerns about the dress code on its face and also if there

11   are concerns or feedback that people want to share about

12   implementation.  So we look forward to seeing the results of

13   that survey and also working with the district to address any

14   issues that the survey reveals.

15          THE COURT:  Thank you, Ms. Hamilton.  This may be

16   something that you have visited with the district about in the

17   past, but I believe the DAC in its report suggested to the

18   district that the district look to other school districts that

19   have had some success with addressing racial disparities in

20   discipline, and I just wondered whether you have any examples

21   that maybe you could share with Mr. Pape of districts that

22   have been able -- you know, part of it is just identifying, as

23   you said, where are the places where discipline seems to

24   become an issue and when does the discipline become

25   disproportional.  So I just didn't know if maybe because of

1    your work in a variety of districts you might be able to be a

2    resource for Mr. Pape with some of that information.

3           MS. HAMILTON:  Absolutely, Your Honor.  And in many

4    ways the district is implementing initiatives that have been

5    shown to be best practices in other places around the country.

6    PBIS is a framework that really is followed by the Department

7    of Education and used in many schools across the country, and

8    it's one framework that has been shown to have measurable

9    results in many school districts.  Similarly, the use of

10   restorative justice and some of the other practices that the

11   district is using have been shown to produce results and

12   improve disproportionate discipline and disparities in other

13   areas.

14          I do think with that said, every district is unique,

15   and one of the issues mentioned earlier was ensuring that

16   those types of programs of implementing fidelity but beyond

17   that recognizing that there may be unique needs and issues in

18   each district that require additional ways of addressing.  But

19   with that said, we are certainly happy to continue to work

20   with the school district to point them toward other resources

21   that are on our radar.

22          THE COURT:  All right.  Thank you.

23          Mr. Debro, do you want to speak to student

24   discipline?

25          MR. DEBRO:  Not at this time, Your Honor.  You

covered my issue.  My issue was finding a model school system
to help guide us to make us trend in the right direction here
in the district.  So you covered that, so we can move on.
Thanks so much.

THE COURT:  Thank you.

All right.  Mr. Pape, I think that brings us to
equitable access to programming in the schools and to
disparities in achievement.

MR. PAPE:  Yes, Your Honor.  This factor,
actually -- while I would say there's frustration with
discipline, I think the frustration here with the district is
a little different, actually.  And I will tell you what I mean
by that.

A lot of the discussion about this factor -- and I'm
included in this, in terms of people I'm talking about who
have done this -- is that there has been a lot of focus on the
AP and recruitment piece.  It has been a big piece by the DAC.
It has been a big focus of the legal team as we have gone to
present to the Court, and obviously it's part of our consent
decree that we focus on this recruitment of students into AP,
and the district has done so.  The district has made that a
huge focus.  I can't tell you how many quarterly meetings,
biannual meetings, other meetings that we've been privy to,
and many more that I'm sure the superintendent and her team
have about this topic.  And, in fact, I think we see in the

1    DAC's report that they identify some of the communication

2    issues that may improve the outreach for AP in their '19-'20

3    report, and then in the '20-'21 report they reported that the

4    district had, in fact, taken their advice, and it's true, and

5    tried to do more targeted recruitment for our black students

6    in high school.  In fact, getting -- (interruption in audio

7    feed) -- folks that work on statistics and data, identifying

8    the students that were proficient but chose not to take an AP

9    course, to try to reach out to them with kind of a warm invite

10   to let them know that we think you have shown the ability to

11   be able to do this and we want you to do this, to try to grow

12   that pool of black participants.

13        Where we're really running into a wall is the number

14   of students who fit in that category.  There is a certain

15   concern, a genuine concern, about placing students in courses

16   when they haven't shown a proficiency to be successful in

17   those courses, and how much harm that could do to a student in

18   terms of building that trust, and then leading to some of

19   those concerns that we see about welcoming students and making

20   sure the environment in those classes is welcoming if the

21   student is not set up and prepared for success; then in many

22   ways we might over-recruit ourselves into some of the concerns

23   that are raised.

24        So that leads with a bigger question mark for the

25   district of where we are moving to get more students prepared

1    so that pipeline grows so that we are pushing the students in

2    the high school, which when I speak to some different

3    frustrations, that's where a lot of that will occur.

4         In the '18-'19 school year, the district began

5    implementing a lot of initiatives, especially at the

6    elementary level, related to -- programs called Collaborative

7    Classroom, and there were some other programs that I believe

8    Ms. Finley may have spoken to at the status conference during

9    the -- if it wasn't the '18-'19, it was the '19-'20 school

10   year speaking on the efforts of '18-'19.  That was the year

11   where in the fall of '19 the district saw movement in its

12   report card grades.  We saw schools have growth academically

13   in north and south Huntsville.  We saw more improvement than

14   we have ever seen in terms of our elementary student

15   performance.  It showed in our score report card grades some

16   of our proficiency.

17        By no means am I saying that they were done, by any

18   stretch, but we started seeing momentum, like planned actions

19   leading to momentum.  And one of the key indicators that

20   Dr. Smith used in his previous role, and I think he is still

21   involved in this in supporting the superintendent in her

22   initiatives, was looking at proficiency data of students at

23   different points throughout the year to track how we thought

24   that students would perform in their end-of-the-year benchmark

25   exams.  So at the beginning of the year, students take the

1    benchmark exam or they take an exam that had certain

2    benchmarks for proficiency to see how that student would fare

3    on material for that school year.

4           So let's say half of the material is taught in the

5    fall.  The students take an examination.  If they score 50

6    percent at the beginning, then that will show that they hit

7    the benchmark in the material for what you would expect the

8    students learn halfway through the school year, tested at the

9    beginning of the semester and at the end of the semester.  And

10   I'm sure there's a more artful explanation if we need to get

11   into the details of how those are designed, and Dr. Smith and

12   Superintendent Finley can explain.  But the core take-away is

13   in that '18-'19 school year, between -- beginning of the year

14   and the middle of the year, we saw an increase of 5 percent

15   and 3 percent in reading and math across our students.  It

16   doesn't sound like huge numbers, but when you're talking about

17   tracking consistent growth and seeing trends, we saw very

18   positive trends that year, 5 percent and 3 percent, and it led

19   to the proficiency results that we got at the end of the

20   '18-'19 school year, which led to that report card grade.

21          So the district continues to implement those effects

22   and those strategies and plans in the '19-'20 school year, and

23   the growth that we saw at the middle of the year was a

24   7 percent, up from 5 percent, in reading and a 9 percent, up

25   from 3 percent, in math.  So we were tracking -- you know,

1    watching Dr. Smith kind of explain this to the group and how
2    big of a statistical impact, how exciting that was to see, you
3    know, you can see the spark of excitement that that's where we
4    were headed.  And at the time it sounded like it was a --
5    maybe a mercy on districts who were dealing with the beginning
6    of the pandemic, but in many ways the State's decision not to
7    have the accountability metric at the end of the year was
8    frustrating to the district because they had seen double the
9    improvement in terms of where they were going from '18-'19
10   where we had this great success story and moved the district
11   to a B, then we finished the year and didn't get to have that.
12   And by March a lot of the standards are taught.  So you have
13   teachers who really made use of these programs, and we were
14   excited to see what the students were going to do with these
15   procedures.
16          Well, then Covid happens and it changes the
17   instructional framework.  And I will say, again, in my
18   noneducator understanding of this, that one of the major
19   components of the programs that were implemented had to do
20   with some group work, social/emotional interactions between
21   students, being there daily with one another and kind of
22   working through those lessons and having really targeted and
23   focused learning for the students, but they were there
24   together.  If you had asked me in '18-'19 if in-person
25   instruction is a component of the success, I probably would

not have listed that in the status conference because that was
a foregone conclusion, but it appears that the in-person made
a major impact, because when you look at that same metric from
fall to mid-year for the '20-'21 school year, in reading it
was a minus 3.  So not even a positive.  It was backwards.
And in math it was flat, basically zero.  So for both, that's
basically a 10 percentage point difference from the previous
year.

        I think there's probably a lot of reasons due to
disruption and everything else we've talked about, but it
definitely did not allow the district to implement the plan
that they thought they were seeing success with in terms of
building that capacity.

        Now we are in '21-'22 and our numbers are sitting
more at 3 percent increase in reading and 4 percent in math.
Does that necessarily mean that we will also see the great
year that we saw in '18-'19, I sure hope so.  I hope that
that's what we will see.  I think that there's probably more
to the story in terms of the disruption.  Just today the
superintendent actually did have to make the hard decision --
this is different from Tuesday when we met on the telephone --
to close schools next week.  Well, not closed but go to remote
learning next week for five days because the surge has hit our
staff just so hard over the last two days that we had some
supervision concerns.

```
1              And so I know -- and I may stop here in a moment and
2     let Ms. Finley finish the rest of this section, but I do know
3     that while she and her term have been working so hard to adapt
4     the success story that we started to see in '18-'19 and
5     '19-'20 to '21-'22, there's probably still a bit more time
6     before we're able to get back to more normalcy.  I sure hope
7     by this fall, I sure hope that we are more past Covid in eight
8     months than we are now, but I do think that has been the
9     biggest challenge for her team to grow that pipeline for those
10    AP and honors kids.  And secondary is how do we get back to
11    the normalcy that we think were working two years ago.
12             So, Ms. Finley, if you want to add anything to that,
13    if the Court will allow, I'm happy to let her --
14             THE COURT:  Sure.
15             SUPERINTENDENT FINLEY:  I'm a little emotional about
16    this, because when you hear this story and you see the gains
17    that we were making, its hurts to hear where we are.  I'm
18    sorry.  We were on a positive trajectory.  Making sure the
19    students have normalcy in their lives.  Our staff are front
20    line, boots on the ground, and they are suffering too.
21    There's things that probably the Court doesn't know regarding
22    what our staff has had to endure with the antimaskers, and
23    we're trying to do what's right by keeping the doors open,
24    from our staff being ambushed after board meetings, to -- I
25    mean, all the things you can imagine, that you've heard across
```

the country.

But at the end of the day, trying to make the right decisions for our students and our teachers.  So I'm sorry I'm so emotional about this, because we're trying to get back to some consistency for our students, and when you hear the gains we made in one year and we were projecting more gains to be made the following year or just this past year to be an A, and you hear that teachers are leaving because they're frustrated.

And as a former teacher, I get it.  I can't imagine what they have to go through every day.  Students that have to go home for being quarantined, or last year having to do virtual at the same time with students face to face.  But I have to say we couldn't have done it without them, and their extraordinary -- I'm proud to be part of this team.  So I'm sorry, Judge, that I get emotional about it, but they work very hard.

With that said, I think -- and I believe it was Ms. Hamilton that pointed it out.  You know, we have been very candid about students coming back, and what we're seeing is that not only -- you hear about learning loss, and I'm not making excuses, but here is the thing.  This is where we are. But the discipline issues, I believe, is a result of the lack of social and emotional interactions, collaboration, they now manifest themselves in behavior issues.  That's what we know happens with children.  And then couple that with it's hard to

get to the academic piece and instruction piece if you are
also addressing behavior issues.

I will say that the extra money that we have been
provided has allowed us and afforded us to do some additional
things, such as providing before and after school tutoring for
students, and for those students that can't get to that
tutoring, we offer it in the middle of the day, what we call
focused learning time, and that's for all grades, and it's
very standards driven.

So the assessments that Mr. Pape was referring to is
very entrenched in how the students are in groups.  So it's
very standard based in terms of the learning that they receive
during the day.

We are looking at ACT mock testing, so we had mock
simulations of that in the fall, so we can front load and work
on that during the focused learning time for our juniors that
are going to take the test in March.  And then also we had
just this past summer, we focused on front loading for AP,
first time AP and honor students.  So they had some
opportunity this summer to participate in that and in ACT boot
camps also for our students.

So there are measures in place and I'm very
fortunate for the federal money that was given to our schools,
but the one thing that we see is that we had some money
allocated also for additional supports in terms of behavioral

1    support and social and emotional support.  And as you know, we

2    contract with WellStone that has licensed LPCs.  They are

3    struggling also trying to find staff as well.  So there's that

4    one part that really is a concern for me, which is part of the

5    plan that addresses the positive climate, because I feel like

6    we've got to get that right, and we've all shared that today,

7    the discipline piece, but more importantly just the positive

8    climate where students feel welcome and part of the group, and

9    reestablishing that collaborative environment in our schools

10   that we had going into, as you see in our data, with our

11   literacy pathway in our private classrooms.

12          So I think with that said, it's reintegrating what

13   I'm calling a great re-engagement rather than the great

14   resignation, I think is how we have to look at things, and

15   although I'm very emotional about it, it's also because I'm

16   very passionate about it and making sure that we continue with

17   that consistency and that standard based instruction that we

18   saw across the district, but more importantly, in order to get

19   our students to AP classes, they have to be prepared, and it

20   starts in elementary.  We all know that.

21          And all that to say -- I'm sorry.  I'm starting from

22   the beginning, because I haven't had a chance to see you,

23   Judge -- is the retention piece for our teachers.  That is so

24   critical.  We see a mass exodus.  It's just everywhere.  I

25   have to applaud our State superintendent who went to the

board.  They have taken a lot of the requirements off of

teaching certificates.  So if there are teachers that are

outside the state -- and you may already know this -- and we

don't have reciprocity with the state, they are allowed to

come and work.  So that's a plus.  Teachers that might be out

of the field and teaching in another field that had a master's

degree, they're going to benefit from that, which is great.

That's another incentive.

And also looking at some other things, like the

Praxis and the NTPA, all these extra requirements they are

adding on to students to graduate, looking at pulling some of

that back.  Not to say that we don't want our teachers

obviously to be ready in a classroom, but maybe starting

recruiting more and to counsel post-secondary, because right

now that is a major concern here in the state.  I'm talking

statewide, but what also concerns us locally is the pipeline

is very, very shallow.  The pool is very shallow for students

that are in college education.

So we are hoping that one of the things that the

State is doing, it might incentivize some of our students that

are now leaving us to go into college education and maybe

return to us.

All that to say, getting back to what we know works

and what we were doing in the year before the pandemic hit us,

a big take-away was it doesn't define us but it has made us

learn how we can do things better in education and be ready to pivot when things change.

That's kind of where we are now.  We are moving to virtual next week.  Our teachers are ready to do it, and we are going to keep pushing forward with that consistency as much as possible.

THE COURT:  Thank you, Ms. Finley.  And hopefully it will just be a short period that you all have to go to virtual.  I know it has to be incredibly, incredibly difficult, and I think we were all -- I can speak about this from the Court's perspective.  We were feeling optimistic in November.  We had made it through Delta and thought we had some breathing space and then you get hit again with a new version of Covid, Omicron, so I know it has been a tough time.  And there's a lot that all districts, not just Huntsville, but all school systems are going to be working to recover and move on from once this difficult period is behind us.

Who is speaking for the United States, please, on this topic?

MS. HAMILTON:  I have a few brief remarks, Your Honor.  First, as with the other factors, we appreciate the DAC's analysis of the equitable access, for their annual report, and just their general review in this area overall. We also appreciate the remarks the superintendent made a moment ago just providing more context for the issues that the

1   district has been facing over the last several years,

2   especially throughout the pandemic.

3          Kind of briefly, with regard to AP and honors, that

4   as the DAC noted, there has been a continual trend of the

5   percentage of black students in AP and honors are lower than

6   white students participating in these courses.  We do

7   recognize in looking at the data that for the last school

8   year, the percentage of black and white students participating

9   in a lot of these courses decreased, but the gap also remains

10  notwithstanding the decrease for both.

11         In particular, in '19-'20, the percentage of black

12  students enrolled in at least one AP course was 17 percent and

13  that number subsequently decreased each year from 17 to 16

14  percent and this year to 12 percent.  Again, as noted, the

15  numbers for white students have decreased, but they started at

16  39 percent and this year is at 34 percent.  So there is a gap

17  that exists between the two.

18         We appreciate the measures that the district has

19  shared that have been taken to address this disparity and

20  participation in AP courses.  As Mr. Pape noted, obviously you

21  can't recruit students for classes that don't wish to

22  participate in those classes, but we do appreciate the

23  district's efforts to identify the students who have whatever

24  requisite courses are necessary and for those who haven't

25  enrolled in AP or honors classes, to do an additional outreach

1    to encourage them to participate in those classes.

2            We also recognize that, as Ms. Finley said a moment

3    ago, that this really is a pipeline issue and we really do

4    have to start early to equip students so that they are

5    prepared to take these classes.  And so we do appreciate the

6    steps that the district has described that they plan to take

7    and have been taking with regard to curriculum and the number

8    of other initiatives and measures that have been put in place,

9    and we do hope that it produces that group of students to

10   reach the grade level that they would be participating in

11   honors and AP classes and that they can actually do so.

12           We also appreciated in the DAC report the DAC's

13   acknowledgment of the student members on the committee.  The

14   DAC gave the example of students who shared that in their

15   experience, many students were discouraged from taking AP and

16   honors courses and that also contributed to the low number of

17   the students who were in these classes, and we do believe that

18   feedback is incredibly valuable.  It sounds like the district

19   has taken that information and is using that to inform some of

20   its practices; but if not, we do encourage the district to

21   take to heart the feedback it is receiving from the DAC and

22   also from the AP and honor surveys that are administered each

23   year, and we're glad to hear that there are changes that are

24   being made to that survey to better gather feedback from the

25   student population and from the teachers as well.

1        With regard to the achievement gap, generally, as

2    the district shared, there are a lot of things that happen

3    with regard to student performance that are not captured in

4    the state-wide exams, and we appreciate the additional context

5    that has been provided even just about the various formative

6    assessments and other assessments throughout the school year

7    where the district has been tracking growth and performance

8    that indicates at different points that students have been

9    benefiting from the curriculum measures in place but then also

10   the fact that due to Covid and other reasons that have been

11   shared, that there have also been ongoing challenges.

12        We do note just because this is data that we have

13   that with regard to the ACT math and English scores for 11th

14   grade and the 3rd and 8th grade math and reading scores that

15   there have been significant gaps between the performance of

16   black students and white students.  That has been consistent.

17   We would note that for the '20-'21 school year, the percentage

18   of white students who demonstrate proficiency in math in the

19   district was at 33 percent compared to only 2 percent of black

20   students in the district.  Similarly, for grades 3 through 8

21   in math, the percentage of white students who demonstrated

22   proficiency on the exam was 40 percent compared to only 5

23   percent black.

24        Again, I'm sure the district would want to get the

25   numbers better for all students, but we do want to ensure that

1   we just point out to the Court that these numbers are

2   incredibly low and that -- really, we're just trying to figure

3   out how to address the disparity as best as possible and also

4   to ensure that students are getting the support that they

5   need.

6          THE COURT:  Ms. Hamilton, let me interrupt you for

7   just a second, because the district put that data in its last

8   report, and just for the record, those test results appear in

9   document 723 at pages 19 through 20.  So thank you.  Go ahead.

10         MS. HAMILTON:  Also, Your Honor, we encourage the

11  district to continue the measures that have been described

12  that they are taking, and we do hope -- again, we recognize

13  that with the pandemic that the challenges that the district

14  were already facing have been further complicated, but we are

15  encouraged by some of the steps that have been described even

16  on this call today as well as things that the district has

17  been sharing with us this school year, and that we will

18  continue to monitor what the district is doing, and we do hope

19  that we will have an opportunity to observe the school in some

20  capacity this year.

21         Just for the Court's benefit, the last school year,

22  due to the pandemic, we were not able to physically get

23  on-site.  We conducted a virtual site visit, which included

24  doing virtual classroom observations as well as some

25  interviews.  We're not sure, again, just given the current

1    rise of the Omicron variant, what that will look like this

2    school year, but we have certainly been trying to find as many

3    ways as possible to continue to monitor the district's

4    compliance.

5              THE COURT:  Thank you, Ms. Hamilton.

6              Mr. Debro, do you have anything on this factor?

7              MR. DEBRO:  Yes, Your Honor.  I will be brief, as

8    the numbers and the data has already been discussed.  I know

9    the district -- instead of just beating more on the district

10   on where we are, I know we have to come up with solutions in

11   helping, and I don't know whether this will help, but in this

12   community of Huntsville where we have probably one of the most

13   educated communities in the nation, I think this is an

14   opportunity I see where students can go ahead and make a

15   difference.  We have three universities here in this community

16   where some may be in the education area where I see

17   opportunities for college students to go ahead and work and

18   tutor and work with some of these students to achieve these

19   gaps on where we are.  There may be some that are in the AP

20   courses that can start earlier on this pipeline and explaining

21   to the younger generation the benefit to go ahead and start

22   them earlier.

23              I don't know whether that will help, but it's just

24   something that we need to do to change these numbers as a

25   community to go ahead and increase the numbers to make sure

1    those gaps are not there like where they are now and just make

2    sure those courses are available to all our students, to black

3    students as well as the majority students in this community.

4              In the comparison of the AP courses at Grissom,

5    Huntsville High, and Jemison, just even going back and looking

6    at those courses that are being offered, maybe we can go ahead

7    and encourage some others to broaden that scope over at

8    Jemison.  It may be just lack of understanding or whatever it

9    may be.  But I know north Huntsville has a new library that

10   could help with those reading scores.  I notice in the report

11   that there was partnerships with several corporations, but

12   looking at opportunities and it may be one of the times where

13   this community gets the benefit of our good superintendent

14   going out and asking for more assistance.  I don't know

15   whether it's from the Boys & Girls Club or one of the D-9

16   organizations or whatever it is, but just to go ahead and

17   reach out, because there are a lot of organizations in this

18   community that do a lot of good work, some with tutoring, some

19   without.

20             So there's just opportunities to go ahead and make

21   some changes here, and I look forward to offering some

22   suggestions to the district for that.

23             THE COURT:  That would be great, Mr. Debro, for you

24   to share resources that you may be aware of that will help the

25   district.

1          It is clear -- and all I'm doing is echoing what

2     everyone else has said -- that the lack of participation in AP

3     courses by black students is tied to the proficiency that

4     black students have in different academic areas, and so the

5     solution is one that is going to take an investment, not just

6     in resources but in time, because the work has to begin at the

7     elementary level to put children in a position to be

8     successful and to excel and have all the opportunities that we

9     want every child to have, and it seems as though -- and I'm

10    separating this from Covid, and I know it's hard to think

11    outside of Covid right now because it is impacting every area

12    of our lives, and particularly so in school communities.  But

13    while the numbers may change some after Covid is behind us and

14    while the numbers may change as students acclimate to this new

15    testing tool, the disparities have been there for a long time

16    in proficiency, and without some concerted effort to address

17    them, they will -- they will be intractable.  And if there is

18    any vestige of de jure segregation that allows us

19    statistically to measure the impact of de jure segregation, I

20    would suggest to you that it's these proficiency measures.

21          So, to me, that says that where the district is able

22    to invest resources to tackle them, those resources are needed

23    tremendously, and I would just encourage the district when

24    it's able to redirect some of the attention that it currently

25    has to invest in Covid, that we all are dedicated to being

1   resources and helping in any way we can, and we look forward

2   to seeing what the district can do to address those continuing

3   disparities.

4           I know every teacher wants to see every student do

5   well.  I wonder, Superintendent Finley, does the school look

6   at -- and I assume you do.  Does the district look at these

7   statistics on a school-by-school basis and not just a

8   district-wide basis?

9           SUPERINTENDENT FINLEY:  Yes, ma'am.  We actually

10  give schools their own report card, I guess, if you will, or

11  their own goals, indicators of future success, and we are

12  meeting with our principals in a couple of weeks to go over

13  their benchmark to see where they are, talk about recruitment

14  efforts, because we are about to open our registration for

15  next year.  That's for high school.  But also looking at the

16  elementary to see where their last star was, which was -- we

17  just completed a few weeks ago, to see if they are on track

18  with the students that we have actually been able to see, like

19  level one, two, and three -- or three and four.  One and two

20  are not proficient.  So we have identified those students,

21  drilled them down, and they have been very strategic in how

22  they are giving more support and intervention to the students

23  as well.

24          I'll give you an idea that I used at Blossomwood to

25  raise scores for the ARMT, which is very similarly scored,

where our teachers are actually going to push in and pull out students that are in the level one and two and work on how they are thinking questioning, because the ACAP is actually different from the Scantron.  And so if the student isn't familiar with the test or the questioning, that adds another layer of difficulty; right.  So that's another supportive service that we're doing just internally with our schools, and I'm going to be working with our principals on that to see where they are on that.  The test is scheduled for the end of March, and everything is kind of subject now with a lot of schools going to virtual.

      But at the end of the day, yes, ma'am, yes, Your Honor, we are working with our schools, and that is our next -- next week, week after next, to discuss their current benchmark and where they are with the students to move them in that proficiency, in that growth piece.

      THE COURT:  I asked the question about whether the district looks at these proficiency scores on a school-by-school basis because I just wonder whether you see differences in predominantly black schools, in schools that have student bodies that are closer in percentages of -- you know, I think of a Blossomwood.  I think of some of the other -- I think it's Jones, that have student bodies that are a little more balanced racially, and then the predominantly white schools, to see how the black students in those schools

1  are performing, and I just was curious to know whether there's

2  any information in that data that helps everyone understand

3  what we see in the overall numbers.

4      SUPERINTENDENT FINLEY:  Yes, Your Honor.  We have

5  actually drilled it down also by subgroups, looking at the

6  black students, white students.  We are looking at special

7  education, EL populations, poverty, and a lot of those

8  students fall within those same categories.  So that has all

9  been desegregated.  They also have that in a dashboard that's

10 available on the State Department website as well as on the

11 ACAP, part of the accountability.  We also have that, that we

12 help and give those principals in case they have any

13 difficulty with it, Your Honor -- that has been presented as

14 part of our discussion to see where we are, and that they see

15 movement with the students identified.

16      THE COURT:  Good.  One of the discouraging pieces of

17 news, if it's true in Huntsville as it appears to be

18 elsewhere, the pandemic is having a bigger impact, it seems,

19 from what I have read, on black students than it has on white

20 students.  So that's almost a double whammy for trying to

21 address these issues.  But I think you basically referred to

22 this in one comment that you made, Superintendent Finley.  It

23 is what it is.  You take where you are and you have to work

24 from where you are, and so that's just going to be something

25 that the district will have to weave in to the work that it's

1  doing.

2          But I certainly think that addressing some of these

3  academic issues will hopefully feed in to the discipline

4  issues that we discussed.  When students feel good about

5  themselves and they feel good about the work they are doing

6  and they are seeing the fruits of all their effort, that

7  certainly seems in the most instances to help address

8  discipline issues.

9          So there's so much that is interwoven here, and even

10 going back to our early topic of extracurricular activities

11 and clubs, using those as a means to build that self-esteem

12 and that curiosity, it's just all works together.  And as

13 important as it is to any district to get to the point where

14 they no longer have supervision, it's hard to ignore the fact

15 that so many of these Green factors operate hand in hand, and

16 success overall can't be achieved without paying close

17 attention to each of them.

18          Mr. Pape, did you have another topic you wanted to

19 move to?

20          MR. PAPE:  Your Honor, I actually think that is

21 the -- I believe that's all of my notes and all of the topics

22 we had prepared.  If there's any other issues, we would be

23 happy to speak to those if we have information available.

24          THE COURT:  I'm looking through my notes.

25 Ms. Hamilton, any other broad issues for the United States?

1       MS. HAMILTON:  There are no other major areas

2    specific to the Green factors.  So similar to Mr. Pape, we are

3    willing to respond to any questions or topics that the Court

4    is interested in hearing about.

5           THE COURT:  Mr. Debro?

6           MR. DEBRO:  Yes, Your Honor.  Just as an old issue,

7    some time ago the Court will probably remember we had the

8    question about the students that lived in the area of Sparkman

9    homes.  I'm not sure whether the district was able to track

10   that population to see if they are still in the system or what

11   is the current status of that group of students.

12          MR. PAPE:  Your Honor, I could probably ask

13   Dr. Smith to address that.  I know he was working on that

14   particular issue, if the Court would like to hear about that.

15          THE COURT:  Sure.

16          DR. SMITH:  We worked with the Huntsville Housing

17   Authority to identify who were those students who might be

18   displaced.  The way -- kind of what they did with that

19   population is for the ones who were being displaced, they gave

20   vouchers, some of them within the district.  I believe some

21   were out.  But most of them actually ended up being really in

22   the same general area, in that kind Hereford, Blossomwood,

23   Jones Valley kind of region.

24           So for the students who were a little bit older, the

25   middle school students, the high school students, there really

 1  wasn't a ton of disruption in terms of where they were going
 2  to school.  You know, if their elementary feeder changed but
 3  they are in high school, they would still be going to
 4  Huntsville High.  But the younger students who we identified,
 5  we did reach out to those families at the beginning of the
 6  year -- I think it was actually probably over the summer --
 7  and just said, hey, we understand the situation that you are
 8  in; regardless of where that voucher is pointing you, you are
 9  free to continue in that feeder pattern for your duration at
10  Huntsville City Schools.
11          We had some take advantage of that.  We had some not
12  take advantage of it.  For instance, if they had been zoned to
13  another one of our schools, they were okay going there.  Like,
14  for instance, with the elementary schools and some of the
15  changes in those schools -- some of them wanted to stay where
16  they were.  I know we did have an issue or two where I worked
17  with some families because they had originally wanted to stay
18  with what their priorly zoned school was and then afterwards
19  just realized, hey, this is not -- I would rather go down the
20  street to Jones Valley, or whatever.
21          So there were some kind of August adjustments that
22  the principal, Dr. Scott, over there in Blossomwood and the
23  principal, Ms. Alexander, over there at Jones Valley helped us
24  to kind of get those students moved around.  We are going to
25  keep track of who they are, and as long as they want that, as

1   long as they want to kind of continue in that feeder pattern,

2   I don't think the district has a problem with letting them

3   continue.

4            Like I said, the disruption was actually, I think, a

5   little bit more minimal than we realized it would be just in

6   terms of it wasn't all the students who were zoned for Jones

7   Valley were now moved over there to Providence or something

8   like that.  Some of them, a lot of the vouchers kind of were

9   within the area.  I hope that answers the question there.

10           But that's something that we are keeping on our

11  radar.  I believe -- I'm sorry I'm talking too much, but I

12  think they are actually closing -- I would have to check with

13  the Huntsville Housing Authority.  I think they have a plan

14  around some of that mid town area to kind of make adjustments

15  to some of those other units where they have families located,

16  and so hopefully we can use this as a model, do it even a

17  little more systematically where we can offer that same

18  benefit.

19           Mr. Debro, or anybody else, Mr. Pape, if you hear of

20  some of that, let us know, because we definitely want to reach

21  out and make sure we offer that service to those families.

22           THE COURT:  Does that answer your question,

23  Mr. Debro?

24           MR. DEBRO:  Yes, ma'am, it did.  Thanks so much.

25           THE COURT:  Sure.  Was there anything else for you?

1          MR. DEBRO:  Nothing further at this time.

2          THE COURT:  Superintendent Finley and Dr. Smith,

3    first of all, thank you so much for all the time you have

4    given us today.  I know things are particularly difficult

5    right now, and I'm sorry to hear that you're having to go to

6    remote learning again next week, but hopefully it will be

7    short-lived.  And among the many heroes of the pandemic are

8    the teachers and administrators who have worked so hard to

9    keep life as normal as possible for students, and I salute all

10   of you.  Very hard, very difficult work.

11          I know that your effort has been to keep things as

12   normal as possible, and because for the Huntsville district,

13   part of normal is this consent order.  I'm grateful that the

14   district is willing to continue these conversations even in

15   the midst of the pandemic.  So thank you for your time and

16   your effort.

17          Going back to that sort of big picture conversation

18   about the DAC's efforts and the district's work with the DAC,

19   those of us who have been part of this process for several

20   years now know that just figuring out the DAC's place in this

21   consent order was a big process, and we have been so fortunate

22   to have so many parents and now so many students be willing to

23   participate and volunteer their time because they are so

24   invested in the district and they want so badly to see the

25   district succeed broadly and in its ability to satisfy the

1    consent order.

2          In mentioning that the DAC doesn't have to take a

3    deep dive into the statistics in the annual report, I suspect

4    some of that work comes from that dedication that the parents

5    have and their desire to really do a great job for the

6    district.  And I suspect, too, that if the DAC isn't getting a

7    lot of feedback from the dropboxes from community meetings,

8    from all the different ways that they try to reach out and

9    gather information so that they can fulfill their obligation

10   to the district and their obligation under the consent order,

11   they are going to turn to those statistics because it's their

12   way of being able to provide feedback, and so it's incumbent

13   on all of us, to the extent that we can, to help make the

14   consent order and the reports that the district worked so hard

15   to provide, consistent with the obligations under the consent

16   order, accessible.  And if they are accessible to the DAC, all

17   the members of the DAC, then they are going to be accessible

18   to all parents in the community and all stakeholders in the

19   community.

20         So that's something that has a lot of merit to it in

21   a very broad sense.  And those of us who have been part of

22   this process also know that there's a difficult line in the

23   district's work with the DAC because the DAC needs to be

24   independent and needs to be perceived as independent for

25   people to be willing to come forward and share concerns with

1  the DAC, but the DAC also needs a certain level of assistance

2  to be able to function, because it doesn't have an independent

3  source of funding.  It doesn't have its own infrastructure to

4  accomplish a lot of the work that it does.

5          So I would be delighted to hear suggestions from

6  anyone as our final little bit of conversation here today

7  about how we can continue to support the DAC as best we can

8  and we can continue to show our appreciation for everything

9  that these parents and students are doing for the district,

10  because we are all going to make mistakes.  I will be the

11  first one to misread data, to forget something in the consent

12  order, to have to go remind myself of some of the requirements

13  of the consent order, and ask the lawyers to help me refocus.

14  And so I certainly understand why a member of the DAC would

15  need that assistance as well.

16          And I want to make sure that we are recognizing the

17  significant contribution that these parents and students are

18  making and doing everything we can to help them satisfy their

19  obligations and just their sincere wish to do well by all the

20  stakeholders in the district.  So I'm happy to start with

21  anyone who would like to speak to that.

22          MR. PAPE:  Your Honor, I would like to speak on

23  behalf of the district team.  I think that we have wrestled

24  with that specific issue of how much support is too much

25  support versus autonomy, and it is a difficult issue, and I'm

```
1   not sure we all necessarily appreciated it in the development
2   of this process years ago.  You know, putting it into action,
3   I don't know that that occurred to us, in hindsight.
4            I do think an aspect that would potentially help and
5   help maybe even avoid where there's inadvertent messaging in
6   the superintendent's response that almost seems being more
7   adversarial with the DAC about trying to defend itself in the
8   data is trying to -- and I don't necessarily think formalizing
9   is the right word, and I guess this is also an easy suggestion
10  for me to make, to volunteer someone else on this call more
11  work.  Sorry, Dr. Smith.  But the superintendent and Dr. Smith
12  and their team -- I know Dr. Smith has extended the -- I don't
13  want to say olive branch; a friendly handshake multiple times,
14  and I don't know -- you know, put the ball in the court of the
15  DAC to decide how best to use someone with his expertise to be
16  able to break down data in a way that lets them have a
17  dialogue.  They can certainly draw their own conclusions from
18  what he helps them understand.  They certainly do not have to
19  accept -- because he does work for the district.  He is a
20  district employee.  But we have some of these individuals with
21  expertise that are different than just serving as a liaison.
22  Dr. McNeal has done a great job of just being the liaison in
23  terms of coordinating when they have building needs or things
24  like that.
25            But there's a certain element to, I think,
```

1   understanding the data that having that twice a year meeting

2   with the superintendent may be a little nerve wracking.

3   I mean, I take that for granted.  I meet with the

4   superintendent all the time.  Our team does that regularly.

5   Whereas, if you're a parent, you don't have that option.  And

6   so it's almost like -- and I don't know that it necessarily

7   has to be a formal change, but if it was almost like an

8   authorization that it is okay to have sit-downs with data with

9   people at the district who are responsible for helping manage

10   that, to work through it, so it's not seen as infringing on

11   their autonomy, but almost authority for them to meet and then

12   draw their own distinctions, so they are not having to work in

13   a vacuum or relearn Excel if they haven't learned it in years

14   in trying to do the -- I don't know how that would look, but

15   just as a conversation starter, I think we have some team

16   members who would much rather not wait to find out that there

17   have been such -- well, we think maybe misunderstandings in

18   the data before coming to the report and then they could have

19   a more effective report where they feel their voice is heard

20   prior to it becoming a written document and we're in this back

21   and forth formal filing that feels almost like litigation and

22   less of a collaboration.

23           THE COURT:  Thank you.

24           Who else would like to weigh in?

25           MS. HAMILTON:  Your Honor, I appreciate all of your

1   words about the role of the DAC and the importance of us being

2   able to support them while also recognizing their

3   independence, which has been a difficult line to walk over the

4   years.

5           One thing that I would add is that I have found that

6   it has been very beneficial when the parties had opportunities

7   to reach out to the DAC chair to find out if they have any

8   needs for technical assistance or general questions in

9   support.  They often do a great job of articulating what their

10  concerns are.  And I have also found from year to year that

11  those needs look different.  Things that we discovered with

12  this current DAC when we started the school year was that they

13  wanted the initial training to look different than it had from

14  prior years, so instead of doing one long training where we

15  went over all of the Green factors and provided a lot of

16  substantive information, they felt that it would be much more

17  beneficial to talk about more of the ins and outs of what does

18  it mean to be a DAC member and what does that look like in

19  practice, and where we really did a deeper dive into the Green

20  factors.  And they've had also other suggestions that they

21  want their meetings to look different and other resources and

22  supports that they would like.  So I think the parties, that

23  we can reach out to the current chair the second semester of

24  the school year just to check in and touch base to see how the

25  school year is going.

1      As we continue to build a relationship with this

2  chair, as we had with the prior chair who held that position

3  for many years, we just want to make sure that he knows he is

4  more then welcome to reach out to the parties for that type of

5  assistance while also not being so much communication that it

6  impacts their ability to maintain their independence.

7      THE COURT:  One of the suggestions, I believe, in

8  the DAC report -- I apologize for speaking over someone just

9  now -- was moving the selection process for the DAC earlier so

10  that the training that you just mentioned, Ms. Hamilton, can

11  happen over the summer and the DAC feels like it can hit the

12  ground running.  You know, we've missed that early -- the

13  first meeting for several years now.  Some of that is on me

14  for not getting back to you all when you get me names.  I need

15  to do that right away, and any time lost on that is not

16  helpful to the DAC, so that's an area of improvement for me.

17  But if that's something that you all think we could do

18  feasibly, move up the selection process?

19      MS. HAMILTON:  The district (inaudible) -- the

20  logistics of what that looks like in terms of getting

21  applications out during the school year.  I know right now the

22  application window -- the selection process ends over the

23  summer, so it automatically sets things in course for us not

24  to be able to begin training to do that until the new school

25  year.  I think their suggestion makes a lot of sense.  I would

1   be curious to hear from the district more about the logistics

2   of how to do that.

3          MR. PAPE:  Your Honor, to speak to that, I think

4   that as of right now -- and again this may be one of those

5   hindsight moments.  In trying to set it up near the end of the

6   year, it often does run in to graduation, it often runs into

7   soliciting applications, and it's difficult to fault any

8   student or parent who is sort of getting to that mind-set of,

9   hey, I'm wrapping my year up; I'm not looking for the next

10  thing.  Moving it up earlier, since we have a lot of the same

11  forms and we have a lot of the same processes, I think it

12  would be fairly easy to move it up a little bit more, maybe

13  mid-semester, so by the end of the year they know what their

14  summertime plans would be.  I think we could explore and

15  collaborate with the United States about a decent time frame

16  and propose that back to the Court, and obviously Mr. Debro,

17  and propose that back to the Court.  I think it's called for

18  or it's called out specifically in the consent order.

19         THE COURT:  It is.

20         MR. PAPE:  -- work through to correct that once we

21  came up with an idea.  But we are happy to do that, to work

22  with the parties on that.

23         THE COURT:  And I would suggest maybe including

24  Mr. Gregory in that conversation to get some feedback and some

25  more specifics from the DAC about how they would envision

1    using that earlier identification of the new DAC members to

2    facilitate some training over the summer.

3             But, yes, if you all are willing to discuss that, I

4    thought that was a helpful suggestion from the DAC, and it

5    would be great to be able to respond specifically to something

6    that they had proposed for us.

7             I did begin to talk over someone else, I think.  So

8    who else wanted to speak, please?

9             MR. DEBRO:  I don't think anyone else was speaking,

10   but I will add that from where we've come, I would say we have

11   really progressed.  The relationship that started out with the

12   DAC and the whole process of trying to find our way started

13   out rocky, but we have evolved and I think we have really

14   advanced, and we've had some challenges over the years, but I

15   think we are moving in the right direction.  And we're going

16   to have some changes.  We're going to have continued

17   challenges, but I think it's a good check and balance and I

18   think it's a good way to get feedback not only for the Court

19   but also for the district and for the community.  So I think

20   it has been very beneficial to have the DAC, even though we've

21   had some past challenges.

22            I like the fact that they are offering these

23   suggestions for us to move forward and for the betterment of

24   this community and this case.

25            THE COURT:  All right.  Very good.  Well, Mr. Pape,

1   you hit the nail on the head.  I did feel like when I was

2   reading the district's response to the DAC report that it was

3   an adversarial piece as opposed to a conversation in which

4   we're just sharing the information that we're aware of to fill

5   in the story that was presented to us, and when I think about

6   just what is in the best interest of the district in terms of

7   overall satisfaction with the district and just healthy

8   relationships, that seems a better way to approach it.  And

9   when I think about the legal obligation of good faith, I think

10  a tone that's too adversarial has the ability to chill

11  communication, because if somebody thinks as soon as I tell

12  you what I think, you're going to slap me down and tell me I

13  absolutely disagree with this, that, unfortunately, has the

14  potential to dissuade open and honest communication.  Just

15  like Ms. Finley in her response talked about how important it

16  is not to have teachers underreport discipline because they

17  are afraid of having some bad consequence come from that.

18          We just always need to be aware in our

19  communication, me included, that when we sometimes express our

20  point of view in an adversarial way, we may impact our ability

21  to get information we need from people who are trying to share

22  it for productive purpose.

23          So I thank you for you finding the word, Mr. Pape,

24  and your recognition that that's what everybody is working

25  toward here.

```
1              Is there any concluding remark that -- let me start

2     with you, Mr. Debro.  Any concluding remarks from you today?

3              MR. DEBRO:  Nothing further, Your Honor.

4              THE COURT:  Anything for the United States?

5              MS. HAMILTON:  We just thank the Court for making

6     time to have this today and to provide a venue for the parties

7     to provide an update, and we also appreciate the work of the

8     DAC, especially in light of the pandemic.  They produced two

9     reports that provided very helpful information under very

10    challenging circumstances.

11             THE COURT:  Yes, ma'am.

12             Mr. Pape?

13             MR. PAPE:  Yes, Your Honor.  On behalf of the team

14    and the district, I want to say thank you, and, I guess, if

15    it's okay with the Court, give the superintendent an

16    opportunity if she wants to say anything else.  You all have

17    heard quite a bit from me today.

18             THE COURT:  Of course.

19             SUPERINTENDENT FINLEY:  To the DOJ attorneys and

20    Mr. Debro, thank you for letting us be here today.  And I love

21    your idea, Judge Haikala, of the collaborative approach.  I'm

22    a former school counselor and that's all I know, and so I

23    would be remiss if I didn't apologize, because that is not the

24    tone I use and I wouldn't want to make it adversarial.  So

25    moving forward, I would even love to be more involved, and I
```

1    don't know if I can because I know it's written in the consent

2    order, but I miss being a liaison of the DAC.  And they do

3    bring forth a lot of great ideas.  I'm actually working with

4    the DAC students now.  I would love to be more involved if

5    it's possible.  But, again, thank you, and I look forward to

6    being more collaborative.

7              THE COURT:  Terrific.  Well, thank you all.  The

8    whole collection of people we have here who have given so much

9    time this afternoon is a great team.  Everybody has their job

10   to do, but everyone has done it so well today.  So thank you

11   for that.  So take care.  Stay well.

12             (End of proceedings.)

C E R T I F I C A T I O N

    I hereby certify that the foregoing transcript
in the above-styled cause is true and accurate.


**Leah S. Turner, RMR, CRR**
**Federal Official Court Reporter**