# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **SONNIE WELLINGTON HEREFORD, IV.,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **AND** | ) **Case No.: 5:63-cv-00109-MHH** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff-Intervenor,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **HUNTSVILLE BOARD OF EDUCATION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

The Court has reviewed the 2022-2023 Desegregation Advisory Committee – DAC – applications and the parties' applicant rankings and recommendations. (Docs. 732, 736). The Court thanks the parent and student applicants for their interest in serving on the DAC. The candidates' applications were very strong.

Consistent with the amended consent order (*see* Doc. 509, pp. 4-5), the Court appoints the following new parent members to the 2022-2023 DAC:

- Christopher Gregory (Middle School parent)[1]

- Candice N. White Halverson (Middle School parent)

- Jason O'Brien (High School parent)

- Cynthia Plansky (Magnet School parent)

(Doc. 733, pp. 3-4).[2]

Consistent with the amended consent order (*see* Doc. 509, pp. 4-5), the Court appoints the following student members to the 2022-2023 DAC:

- Mia Uribe (Columbia High School)

- Ja'Nyiea Everson (Jemison High School)

- Emilia Accardi (New Century Technology High School)

- Elizabeth Sierzego (Huntsville High School)[3]

- William Berry (Grissom High School)[4]

---

[1] Christopher Gregory has completed his first, two-year term on the DAC. Mr. Gregory is reappointed to the DAC for a second, two-year term.

[2] The following parents are returning to the DAC to complete the second year of their first term: Nicholaos Jones (Elementary School parent), Navid Foroughi (Elementary School parent), Cyle Lewis (High School parent), Andre Jackson (Majority-to-Minority parent), and Jeniece Wilmer (Majority-to-Minority parent). Lakeshia Wheeler (Magnet School parent) is returning to the DAC to complete the second year of her second term.

[3] Elizabeth Sierzego served as a student member on the 2021-2022 DAC. Ms. Sierzego reapplied to serve on the 2022-2023 DAC. She is being appointed to serve on the DAC for a second year as a student member.

[4] On March 15, 2022, when the DAC application window closed, the District had not received DAC student applications from Grissom High School. (Doc. 732, p. 5). The District extended the DAC application deadline to March 30, 2022. Then, the District extended the DAC student

- Christopher Lockhart (Lee High School)[5]

(Doc. 733, pp. 5-6).

The Court thanks these parents and students for their willingness to serve their school district. In addition, for the 2022-2023 DAC, because of the ongoing COVID-19 pandemic, the Court permits the DAC to hold its public and non-public meetings virtually by video-conference if it is not practicable for the DAC to hold its meetings in person. (*See* Doc. 450, p. 86).

**DONE** and **ORDERED** this June 13, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

application deadline for students at Grissom High School until the last day of school. The District received Mr. Berry's application during the extended DAC application window.

[5] On March 15, 2022, when the DAC application window closed, the District had not received DAC student applications from Lee High School. (Doc. 732, p. 5). The District extended the DAC application deadline to March 30, 2022. Then, the District extended the DAC student application deadline for students at Lee High School until the last day of school. The District received Mr. Lockhart's application during the extended DAC application window.