# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **SONNIE WELLINGTON HEREFORD, IV,** *et al.*, | } } } |
| **Plaintiffs,** | } } |
| and | } } |
| **UNITED STATES OF AMERICA,** | } } Case No.: 5:63-cv-00109-MHH } |
| **Plaintiff-Intervenor,** | } } |
| v. | } } |
| **HUNTSVILLE BOARD OF EDUCATION,** *et al.*, | } } } |
| **Defendants.** | } |

## **ORDER**

The Court has reviewed the applications and recommendations for the vacant 2022-23 Desegregation Advisory Committee M-to-M parent position. (Doc. 752).[1] The Court thanks the parent applicants for their interest in serving on the DAC and for their helpful applications.

Consistent with the amended consent order (*see* Doc. 509, pp. 3-5), the Court appoints Michelle Kedem to the 2022-23 DAC.

---

[1] The parties received notice and confirmed that Andre Jackson, appointed to the DAC as an M-to-M parent on October 8, 2021, no longer has the time or capacity to serve on the DAC. The parties solicited applications for this vacancy.

**DONE** and **ORDERED** this January 26, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE